# EXHIBIT 2
## PART 1

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

November 30, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2083799A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through October 31, 2008:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 1,973.41 |
| **Balance Due as of November 30, 2008** | $   1,973.41 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:          CONNER & WINTERS
                   4000 One Williams Center
                   Tulsa, Oklahoma 74172-0148

CWOK000001

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

November 30, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2083799A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through October 31, 2008:**

| | | |
|---|---|---|
| Total Current Fees and Disbursements | | 1,973.41 |
| **Balance Due as of November 30, 2008** | $ | 1,973.41 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
           4000 One Williams Center
           Tulsa, Oklahoma 74172-0148

CWOK000002

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

November 30, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002                        Invoice No. 2083799A

Re: LaSalle Bank, N.A.


For Professional Services Rendered Through October 31, 2008

| Date | Initial | Hours | Description |
|---|---|---|---|
| 10/8/2008 | KAP | 0.20 | Telephone conference with P. Snyder re details of new lawsuit |
| 10/9/2008 | KAP | 0.40 | Telephone conference with P. Snyder re details of case to be filed |
| 10/14/2008 | KAP | 1.00 | Prepare engagement letter; Telephone conference with P. Snyder |
| 10/20/2008 | KAP | 0.30 | Correspondence to and from P. Snyder re service on LaSalle |
| 10/20/2008 | CAJ | 0.80 | Research re LaSalle Bank and Bank of America in preparation to effect service |
| 10/21/2008 | KAP | 1.10 | Review complaint draft; Correspondence to P. Snyder re various issues |
| 10/21/2008 | CAJ | 1.10 | Telephone conference with Bank of America legal department in preparation to effect service of process; Conference with K. Phansalkar re the same and Complaint; Review and revise Complaint |
| 10/22/2008 | KAP | 1.80 | Correspondence with P. Snyder re local practice; Revisions to complaint; Correspondence to P. Snyder and R. Owens |
| 10/23/2008 | KAP | 0.50 | Correspondence with P. Snyder re various issues; |

CWOK000003

# CONNER & WINTERS, LLP
### LAWYERS

Page 2                                                     November 30, 2008

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | Perfect service |
| 10/24/2008 | CAJ | 0.30 | Review and revise Application for Admission Pro Hac Vice |
| 10/28/2008 | KAP | 0.30 | Correspondence to P. Snyder re pro hac vice and other matters |

| | Total Hours | 7.80 | | Total Fees $ | 1,965.00 |
|---|---|---|---|---|---|

**Disbursements Advanced:**

| | | |
|---|---|---|
| Photocopies | | 0.15 |
| Postage | | 8.26 |
| Total Disbursements | $ | 8.41 |
| | | |
| Matter Total Fees and Disbursements | $ | 1,973.41 |

Balance Due................................................................$    1,973.41

CWOK000004

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
November 30, 2008
Page 3

Invoice No. 2083799A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 290.00 | 5.60 | $ | 1,624.00 |
| Crystal A. Johnson | CAJ | 155.00 | 2.20 | | 341.00 |
| TOTAL | | | 7.80 | $ | 1,965.00 |

CWOK000005

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

December 24, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2084789A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through November 30, 2008:**

| | |
|---|---|
| Total Current Fees and Disbursements | 1,007.50 |
| **Balance Due as of December 24, 2008** | $ 1,007.50 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000006

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

December 24, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2084789A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through November 30, 2008:**

| | |
|---|---|
| Total Current Fees and Disbursements | 1,007.50 |
| **Balance Due as of December 24, 2008** | $ 1,007.50 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THE REMITTANCE COPY**

Federal Tax I.D. No. 73-1388566

---

REMIT TO:        CONNER & WINTERS
                 4000 One Williams Center
                 Tulsa, Oklahoma 74172-0148

**Tulsa**
**Oklahoma City**
**Northwest Arkansas**
**Washington, D.C.**
**Houston, Texas**
**Jackson, Wyoming**
**Santa Fe, New Mexico**

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

December 24, 2008

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2084789A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through November 30, 2008

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 11/3/2008 | KAP | 0.19 | Correspondence with P. Snyder re service on LaSalle |
| 11/4/2008 | KAP | 0.20 | Telephone conference with A. Yen |
| 11/5/2008 | CAJ | 0.30 | Research re effecting service of process; Conference with K. Phansalkar re the same |
| 11/12/2008 | KAP | 0.10 | Correspondence with P. Snyder |
| 11/14/2008 | KAP | 0.20 | Correspondence from and to P. Snyder re LaSalle's position |
| 11/18/2008 | KAP | 0.20 | Correspondence with P. Snyder |
| 11/20/2008 | KAP | 0.20 | Correspondence with P. Snyder |
| 11/20/2008 | LJL | 0.80 | |
| 11/21/2008 | KAP | 0.30 | Telephone conference with J. Harmon re LaSalle representation; Correspondence to J. Harmon |
| 11/25/2008 | KAP | 0.30 | Correspondence to P. Snyder re defendant's motion |

| | Total Hours | 2.79 | Total Fees $ | 657.50 |
|--|-------------|------|--------------|--------|

**Disbursements Advanced:**

CWOK000008

| | | |
|---|---|---|
| Filing/Recording Fee | | 350.00 |
| Total Disbursements | $ | 350.00 |
| Matter Total Fees and Disbursements | $ | 1,007.50 |
| Balance Due................................................................................................... | $ | 1,007.50 |

CWOK000009

**CONNER & WINTERS**
ATTORNEYS & COUNSELORS AT LAW

Tulsa
Oklahoma City
Northwest Arkansas
Washington, D.C.
Houston, Texas
Jackson, Wyoming
Santa Fe, New Mexico

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
December 24, 2008
Page 3

Invoice No. 2084789A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 290.00 | 1.69 | $ | 491.00 |
| Crystal A. Johnson | CAJ | 155.00 | 0.30 | | 46.50 |
| Laura J. Long | LJL | 150.00 | 0.80 | | 120.00 |
| TOTAL | | | 2.79 | $ | 657.50 |

CWOK000010

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002            Invoice No. 2085650A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through December 31, 2008:**

| | |
|---|---|
| Total Current Fees and Disbursements | 485.00 |
| **Balance Due as of January 28, 2009** | **$        485.00** |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:            CONNER & WINTERS
                     4000 One Williams Center
                     Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2085650A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through December 31, 2008:**

| | |
|---|---|
| Total Current Fees and Disbursements | 485.00 |
| **Balance Due as of January 28, 2009** | $    485.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000012

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2085650A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through December 31, 2008

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/3/2008 | KAP | 0.20 | Correspondence to P. Snyder; Review pleadings |
| 12/5/2008 | KAP | 0.20 | Correspondence with P. Snyder |
| 12/7/2008 | KAP | 0.20 | Review application filed by defendants |
| 12/12/2008 | KAP | 0.30 | Review Answer to Complaint filed by LaSalle |
| 12/15/2008 | KAP | 0.40 | Correspondence from and to P. Snyder re local rules and procedures |
| 12/23/2008 | KAP | 0.20 | Correspondence with P. Snyder re Rule 26(f) |
| | Total Hours | 1.50 | Total Fees $ 435.00 |

**Disbursements Advanced:**

| | | |
|---|---|---|
| Filing/Recording Fee | | 50.00 |
| Total Disbursements | $ | 50.00 |
| Matter Total Fees and Disbursements | $ | 485.00 |

Balance Due..................................................................................$ 485.00

CWOK000013

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

Crown Northcorp, Inc.
January 28, 2009
Page 2

Invoice No. 2085650A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|--|------|
| Kiran A. Phansalkar | KAP | 290.00 | 1.50 | $ | 435.00 |
| TOTAL | | | 1.50 | $ | 435.00 |

CWOK000014

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

February 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2086611A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through January 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 1,500.00 |
| **Balance Due as of February 24, 2009** | $    1,500.00 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000015

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

February 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2086611A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

### For professional services rendered through January 31, 2009:

|  |  |
|---|---|
| Total Current Fees and Disbursements | 1,500.00 |
| **Balance Due as of February 24, 2009** | $ 1,500.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000016

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

February 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter No. 12327-0002

Invoice No. 2086611A

Re:  LaSalle Bank, N.A.

For Professional Services Rendered Through January 31, 2009

| Date | Initial | Hours | Description |
|---|---|---|---|
| 1/15/2009 | KAP | 0.50 | Correspondence with P. Snyder; Check docket; Review scheduling order |
| 1/16/2009 | KAP | 1.00 | Correspondence with P. Snyder re discovery conference and local rules; Correspondence with P. Snyder re inquiry as to US Magistrates |
| 1/17/2009 | KAP | 0.40 | ██████████; Correspondence to P. Snyder re experts and form report |
| 1/26/2009 | KAP | 0.20 | Correspondence with P. Snyder |
| 1/27/2009 | KAP | 1.10 | Review draft status report; Correspondence to P. Snyder re changes and answers to inquiries |
| 1/28/2009 | KAP | 0.20 | Telephone conference with P. Snyder re appearance at conference telephonically; Review correspondence to defense counsel |
| 1/29/2009 | KAP | 1.10 | Correspondence to B. Day and L. Goode re status conference; Multiple correspondence with P. Snyder re initial disclosures, etc. |
| 1/30/2009 | KAP | 0.50 | Telephone conference with B. Day (LaSalle counsel); Various correspondence with P. Snyder re initial disclosures |

| Total Hours | 5.00 | Total Fees $ | 1,500.00 |
|---|---|---|---|

CWOK000017

| | | |
|---|---|---|
| Matter Total Fees and Disbursements | $ | 1,500.00 |

Balance Due..........................................................................................................$    1,500.00

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
February 24, 2009
Page 3

Invoice No. 2086611A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 5.00 | $ | 1,500.00 |
| TOTAL | | | 5.00 | $ | 1,500.00 |

CWOK000019

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

March 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002                Invoice No. 2087490A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through February 28, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 2,580.00 |
| **Balance Due as of March 24, 2009** | $    2,580.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:        CONNER & WINTERS
                 4000 One Williams Center
                 Tulsa, Oklahoma 74172-0148

Remittance Copy

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

March 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2087490A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through February 28, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 2,580.00 |
| **Balance Due as of March 24, 2009** | $ 2,580.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

---

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

March 24, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2087490A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through February 28, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 2/1/2009 | KAP | 0.40 | Review defendant's disclosures in Oklahoma proceedings; Correspondence from P. Snyder |
| 2/2/2009 | KAP | 0.30 | Telephone conference with ▓▓▓▓ re ▓▓▓▓▓▓ ▓▓▓▓▓▓ |
| 2/3/2009 | KAP | 1.40 | Telephone conference with P. Snyder; Correspondence with P. Snyder; Review defendant's joint status report; Review final report and file |
| 2/4/2009 | KAP | 0.40 | Telephone conference with P. Snyder re preparation for status conference |
| 2/5/2009 | KAP | 1.40 | To federal court for status conference before Judge Cauthron; Attend conference; Telephone conference with P. Snyder |
| 2/11/2009 | KAP | 1.20 | Review ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Review P. Snyder and J. Halper correspondence |
| 2/12/2009 | KAP | 1.10 | Review Imperial Petition; Correspondence to R. Haupt; Transmit to P. Snyder for consideration |
| 2/19/2009 | KAP | 0.70 | Correspondence with P. Snyder; Review correspondence with defendant's counsel; Telephone conference with R. Haupt |
| 2/23/2009 | KAP | 0.80 | Telephone conference with R. Haupt re subpoenaed information; Correspondence with P. Snyder re same; |

CWOK000022

# CONNER & WINTERS, LLP
### LAWYERS

Page 2                                                                March 24, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|  |  |  | Telephone conference with P. Snyder re two (2) additional mortgage loan transactions |
| 2/25/2009 | KAP | 0.50 | Prepare application for extension of time to amend pleadings and joinder |
| 2/26/2009 | KAP | 0.40 | Conference with C. Johnson; Correspondence to P. Snyder re joinder |

|  | Total Hours | 8.60 |  | Total Fees $ | 2,580.00 |
|--|--|--|--|--|--|

Matter Total Fees and Disbursements     $     2,580.00

Balance Due..............................................................................................$     2,580.00

CWOK000023

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
March 24, 2009
Page 3

Invoice No. 2087490A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 8.60 | $ | 2,580.00 |
| TOTAL | | | 8.60 | $ | 2,580.00 |

CWOK000024

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

April 27, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002                    Invoice No. 2088457A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through March 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 5,898.84 |
| **Balance Due as of April 27, 2009** | $   5,898.84 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:            CONNER & WINTERS
                     4000 One Williams Center
                     Tulsa, Oklahoma 74172-0148

CWOK000025

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

April 27, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2088457A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through March 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 5,898.84 |
| **Balance Due as of April 27, 2009** | $ 5,898.84 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:       CONNER & WINTERS
                4000 One Williams Center
                Tulsa, Oklahoma 74172-0148

CWOK000026

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

April 27, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter No. 12327-0002

Invoice No. 2088457A

Re:  LaSalle Bank, N.A.

For Professional Services Rendered Through March 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/4/2009 | KAP | 0.40 | Telephone conference with R. Haupt re subpoena; Correspondence to P. Snyder re same |
| 3/10/2009 | KAP | 0.90 | Correspondence with P. Snyder; Review defendant's initial disclosures; Correspondence re 30(b)(6) deposition |
| 3/11/2009 | KAP | 0.30 | Correspondence to R. Haupt re errant subpoena |
| 3/12/2009 | KAP | 0.40 | Review discovery requests for local formatting; Correspondence to P. Snyder |
| 3/13/2009 | KAP | 0.20 | Correspondence with P. Snyder |
| 3/16/2009 | KAP | 1.10 | Telephone conference ▓▓▓▓▓▓▓▓▓▓▓▓; Review 30(b)(6) notice; Review J. Halper correspondence; Correspondence with P. Snyder |
| 3/18/2009 | KAP | 0.80 | Review P. Snyder correspondence; Telephone conference with P. Snyder |
| 3/19/2009 | CAJ | 1.00 | Research re motions to amend to add parties and claims |
| 3/20/2009 | PMK | 2.00 | Work on Motion to Amend Complaint, including review of correspondence regarding amendment |
| 3/21/2009 | CAJ | 0.30 | Conference re strategy for joining claims and/or parties |

CWOK000027

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/22/2009 | KAP | 1.30 | Review Hillandale and Heritage Ridge transactions for addition to complaint; Conference with C. Johnson re motion to add parties and claims |
| 3/23/2009 | KAP | 0.50 | Telephone conference with P. Snyder re amended pleading anticipated |
| 3/23/2009 | CAJ | 0.30 | Telephone conference with P. Snyder re motion to amend compliant |
| 3/25/2009 | KAP | 0.70 | Quick review of defendant's discovery requests; Correspondence to P. Snyder re same |
| 3/25/2009 | CAJ | 1.90 | Revise Motion to Amend |
| 3/26/2009 | KAP | 1.90 | Conference with C. Johnson re amendments required to complaint; Review discovery correspondence; Correspondence to P. Snyder; Telephone conference with ███████; Review P. Snyder correspondence; Multiple correspondence with P. Snyder; Review proposed correspondence |
| 3/26/2009 | CAJ | 2.10 | Work on Motion to Amend Pleadings; Research re joinder of claims |
| 3/27/2009 | KAP | 1.40 | Review Crown Northcorp motion; Conference with C. Johnson re same; Review J. Halper letter |
| 3/27/2009 | CAJ | 1.80 | Work on Motion to Amend Pleadings; Conference with K. Phansalkar re the same; Draft correspondence to P. Snyder re the same |
| 3/30/2009 | KAP | 1.50 | Multiple correspondence with P. Snyder; Conference with C. Johnson; Review correspondence; Correspondence to J. Edwards |
| 3/30/2009 | CAJ | 2.10 | Review various correspondence from P. Snyder and attachment re pending deposition and amended complaint; Research re effect of protective order on pending deposition; Telephone conference with Judge Cauthron's clerk re the same; Telephone conference with P. Snyder re procedure for responding to a protective order |
| 3/31/2009 | KAP | 1.20 | Review P. Snyder correspondence; Review Defendant's Motion for Protective Order; Review Court's ruling; Telephone conference with P. Snyder |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/31/2009 | CAJ | 1.10 | Review and revise Amended Complaint; Review and analyze Motion for a Protective order in preparation to review response; Review various emails from P. Snyder and attachments re deposition and order on motion for a protective order |

|  |  |  |  |
|---|---|---|---|
| Total Hours | 25.20 | Total Fees $ | 5,789.00 |

**Disbursements Advanced:**

| | | |
|---|---|---|
| Westlaw | | 109.84 |
| Total Disbursements | $ | 109.84 |
| Matter Total Fees and Disbursements | $ | 5,898.84 |

Balance Due...........................................................................................$  5,898.84

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
April 27, 2009
Page 4

Invoice No. 2088457A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 12.60 | $ | 3,780.00 |
| Crystal A. Johnson | CAJ | 165.00 | 10.60 | | 1,749.00 |
| Paige Kraft | PMK | 130.00 | 2.00 | | 260.00 |
| TOTAL | | | 25.20 | $ | 5,789.00 |

CWOK000030

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

May 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2089540A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through April 30, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 4,593.53 |
| **Balance Due as of May 28, 2009** | $    4,593.53 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

May 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2089540A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through April 30, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 4,593.53 |
| **Balance Due as of May 28, 2009** | $     4,593.53 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000032

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

May 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2089540Z

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through April 30, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 4/1/2009 | KAP | 1.90 | Review amended Complaint and revisions to motions; Correspondence to and from P. Snyder re filing of motion and non-consent; Correspondence from J. Halper and with P. Snyder re other discovery issues |
| 4/1/2009 | CAJ | 1.30 | Review revisions to Motion for Leave to File Amended Complaint in preparation to finalize and file the same; Revise Motion for Leave; Review various correspondence from P. Snyder re the same; Prepare Motion and exhibit and file |
| 4/1/2009 | PMK | 1.50 | Prepare order for Motion for Extension of Time for Leave to file Amended Complaint; Prepare exhibit to the Motion; File Motion and submit proposed order to the Judge |
| 4/2/2009 | KAP | 0.50 | Correspondence with P. Snyder; Conference re filing of amended deposition notice |
| 4/2/2009 | CAJ | 1.90 | Draft correspondence re briefing schedule on Motion for Leave to Amend; Review and revise amended notice of deposition; Telephone conference with P. Synder re the same |
| 4/2/2009 | PMK | 1.00 | Prepare Amended Notice and attachment for filing; Prepare proposed order regarding Motion to Amend |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Complaint to provide to all parties |
| 4/6/2009 | KAP | 0.40 | Correspondence with P. Snyder; Conference with C. Johnson |
| 4/6/2009 | CAJ | 0.30 | Correspondence with P. Synder re discovery responses |
| 4/7/2009 | KAP | 0.20 | Conference with C. Johnson re federal rules |
| 4/7/2009 | CAJ | 0.60 | Correspondence with P. Synder re three day rule in the Western District of Oklahoma; Research re the same |
| 4/9/2009 | KAP | 0.90 | Review P. Snyder correspondence; Review J. Halper correspondence; Correspondence to P. Snyder |
| 4/9/2009 | CAJ | 0.30 | Review correspondence from P. Synder re discovery and deposition issues |
| 4/10/2009 | KAP | 0.90 | Correspondence to P. Snyder re discovery issues; Review second document production request; Correspondence to P. Snyder re same |
| 4/13/2009 | KAP | 0.80 | Correspondence with P. Snyder re depositions; Conference with S. Spitz re efforts to secure court reporter |
| 4/14/2009 | KAP | 0.20 | Correspondence with P. Snyder |
| 4/15/2009 | KAP | 0.40 | Review P. Snyder correspondence; Correspondence to P. Snyder re confidentiality issues raised by Defendant |
| 4/16/2009 | KAP | 1.10 | Review P. Snyder summary of deposition; Correspondence to P. Snyder re back-up emails; Review interrogatory responses by LaSalle |
| 4/20/2009 | KAP | 0.80 | Telephone conference with R. Haupt re status; Review documents provided; Correspondence to P. Snyder |
| 4/21/2009 | KAP | 0.40 | Confirm no response to motion re joinder; Correspondence to P. Snyder |
| 4/22/2009 | CAJ | 0.40 | Review correspondence from P. Snyder re Motion to Amend; Telephone conference with Judge Cauthron's chambers re the same |
| 4/23/2009 | KAP | 0.80 | Review deposition notice to Wells Fargo; Review |

CWOK000034

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | Order; Review P. Snyder correspondence |
| 4/23/2009 | PMK | 0.50 | Revise Amended Petition and file in USWD |
| 4/24/2009 | KAP | 0.60 | Review draft Protective Order; Correspondence re same to P. Snyder |
| 4/24/2009 | CAJ | 0.30 | Correspondence re proposed protective orders; Review the same in preparation to respond |
| 4/27/2009 | KAP | 0.70 | Review P. Snyder correspondence; Review draft discovery responses; Correspondence to P. Snyder; J. Halper correspondence |

|                | Total Hours | 18.70 | Total Fees $ | 4,411.50 |
|----------------|-------------|-------|--------------|----------|

**Disbursements Advanced:**

| | | |
|---|---|---|
| Westlaw | | 182.03 |
| Total Disbursements | $ | 182.03 |
| Matter Total Fees and Disbursements | $ | 4,593.53 |

Balance Due.............................................................................................$   4,593.53

**CONNER & WINTERS**
ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
May 28, 2009
Page 4

Invoice No. 2089540A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | Fees |
|------|----------|------|-------|------|
| Kiran A. Phansalkar | KAP | 300.00 | 10.60 | $ 3,180.00 |
| Crystal A. Johnson | CAJ | 165.00 | 5.10 | 841.50 |
| Paige Kraft | PMK | 130.00 | 3.00 | 390.00 |
| TOTAL | | | 18.70 | $ 4,411.50 |

CWOK000036

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

June 25, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2090417A KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

**For professional services rendered through May 31, 2009:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 2,505.00 |
| **Balance Due as of June 25, 2009** | $    2,505.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:     CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000037

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

June 25, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002                    Invoice No. 2090417A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through May 31, 2009:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 2,505.00 |
| **Balance Due as of June 25, 2009** | **$ 2,505.00** |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:          CONNER & WINTERS
                   4000 One Williams Center
                   Tulsa, Oklahoma 74172-0148

CWOK000038

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

June 25, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2090417A

Re:  LaSalle Bank, N.A.

For Professional Services Rendered Through May 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 5/1/2009 | KAP | 0.80 | Review P. Snyder correspondence re protective order; Correspondence to P. Snyder re same |
| 5/1/2009 | CAJ | 0.30 | Conference re procedures for filing under seal; Review correspondence re the same |
| 5/6/2009 | KAP | 0.20 | Review P. Snyder correspondence |
| 5/6/2009 | CAJ | 0.30 | Review correspondence from P. Synder re status and litigation strategy |
| 5/11/2009 | KAP | 1.20 | Review P. Snyder correspondence re discovery issues; Correspondence to P. Snyder; Review proposed email; Correspondence with P. Snyder re motion and confidentiality |
| 5/11/2009 | CAJ | 0.80 | Review correspondence from P. Snyder re document/discovery issues in Ohio LaSalle litigation in preparation to respond; Review enclosures to the same re previous correspondence with opposing counsel on the issue; Conference with K. Phansalkar re the same; Review proposed response to confidentiality issues raised by opposing counsel |
| 5/12/2009 | KAP | 0.60 | Correspondence with P. Snyder re discovery dispute issue; Review J. Halper letter; Conference with C. Johnson re discovery disputes |

CWOK000039

# CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 5/12/2009 | CAJ | 2.50 | Review correspondence from P. Snyder re Defendants' discovery responses; Correspondence to P. Synder re the same; Review Defendants' Answer to the Amended Complaint; Review extended correspondence from J. Halper in response to issues raised re confidentiality in preparation to file an emergency motion and/or respond |
| 5/13/2009 | KAP | 0.40 | Correspondence with P. Snyder; Correspondence to J. Kines; Review P. Snyder and J. Halper correspondence |
| 5/13/2009 | CAJ | 0.50 | Review correspondence from P. Snyder to J. Halper re Ohio litigation issues which relate to the Oklahoma litigation; Review and analyze correspondence between J. Halper and P. Synder re upcoming depositions and discovery responses |
| 5/14/2009 | KAP | 0.40 | Review LaSalle's second discovery requests |
| 5/19/2009 | KAP | 0.40 | Review changes to protective order (Oklahoma); Correspondence to P. Snyder |
| 5/20/2009 | KAP | 0.50 | Review amended interrogatory response; Correspondence to P. Snyder |
| 5/26/2009 | KAP | 0.20 | Review P. Snyder correspondence re protected information |
| 5/28/2009 | KAP | 0.50 | Review revised paragraphs to orders; Correspondence to J. Halper and P. Snyder |
| 5/29/2009 | KAP | 0.40 | Review L. Lee discover letter; Review C. Johnson summary |
| 5/29/2009 | CAJ | 0.60 | Review extended correspondence from J. Halper; Summarize the same and draft memorandum to P. Synder re the same |

|  | Total Hours | 10.60 |  | Total Fees $ | 2,505.00 |
|--|-------------|-------|--|--------------|----------|

Matter Total Fees and Disbursements    $    2,505.00

Balance Due............................................................................$    2,505.00

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
June 25, 2009
Page 3

Invoice No. 2090417A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 5.60 | $ | 1,680.00 |
| Crystal A. Johnson | CAJ | 165.00 | 5.00 | | 825.00 |
| TOTAL | | | 10.60 | $ | 2,505.00 |

CWOK000041

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

July 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2091529A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

### For professional services rendered through June 30, 2009:

| | |
|---|---|
| Total Current Fees and Disbursements | 8,254.80 |
| Balance Due as of July 28, 2009 | $ 8,254.80 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:        CONNER & WINTERS
                 4000 One Williams Center
                 Tulsa, Oklahoma 74172-0148

CWOK000042

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

July 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2091529A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through June 30, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 8,254.80 |
| **Balance Due as of July 28, 2009** | $ 8,254.80 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

July 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter No. 12327-0002

Invoice No. 2091529A

Re:  LaSalle Bank, N.A.

For Professional Services Rendered Through June 30, 2009

| Date | Initial | Hours | Description |
|---|---|---|---|
| 6/5/2009 | KAP | 0.40 | Review P. Snyder correspondence to J. Halper re remaining discovery disputes |
| 6/8/2009 | KAP | 0.20 | Review P. Snyder correspondence |
| 6/9/2009 | KAP | 2.10 | Review documents pertaining to discovery issues; Conference call with P. Snyder re motion to compel issues; Review Oklahoma documents provided by P. Snyder |
| 6/9/2009 | CAJ | 1.00 | Prepare for meeting re discovery responses in preparation to file motion to compel; Telephone conference with P. Snyder and K. Phansalkar re the same |
| 6/10/2009 | KAP | 0.50 | Correspondence from P. Snyder re Plaintiff's discovery responses; Correspondence to P. Snyder |
| 6/11/2009 | KAP | 0.20 | Correspondence with P. Snyder |
| 6/11/2009 | CAJ | 0.30 | Review correspondence from P. Snyder re discovery issues in preparation to draft Motion to Compel |
| 6/12/2009 | KAP | 1.90 | Review P. Snyder letter; Review materials for Motion to Compel; Review opposition papers in Ohio litigation; Conference with T. Wagner re same for basic research purposes |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 6/12/2009 | CAJ | 0.40 | Review correspondence relating to discovery |
| 6/16/2009 | KAP | 0.50 | Conference with C. Johnson re Motion to Compel |
| 6/16/2009 | CAJ | 4.20 | Work on Motion to Compel |
| 6/17/2009 | KAP | 0.40 | Conference with C. Johnson re discovery issues |
| 6/17/2009 | CAJ | 3.70 | Work on Motion to Compel |
| 6/18/2009 | KAP | 1.00 | Review P. Snyder correspondence; Conference with C. Johnson; Telephone conference with B. Campbell |
| 6/18/2009 | CAJ | 3.20 | Work on Motion to Compel; Conference re cost of recovering backup tapes; Telephone conference with P. Snyder re the same |
| 6/19/2009 | KAP | 0.80 | Correspondence with P. Snyder; Correspondence with B. Campbell; Review P. Snyder correspondence to J. Halper |
| 6/19/2009 | CAJ | 2.60 | Work on Motion to Compel; Draft extended correspondence to P. Snyder re the same; Review correspondence from P. Snyder re remaining discovery issues; Review P. Snyder's draft letter in response to remaining discovery issues |
| 6/21/2009 | CAJ | 2.80 | Work on brief to Motion to Compel |
| 6/22/2009 | KAP | 1.00 | Correspondence from P. Snyder re witness issues; Conference with C. Johnson re Motion to Compel |
| 6/22/2009 | CAJ | 2.60 | Work on brief for Motion to Compel |
| 6/23/2009 | KAP | 1.50 | Review and revise Motion to Compel |
| 6/23/2009 | CAJ | 2.90 | Review and revise Motion to Compel; Correspondence with P. Snyder re the same |
| 6/25/2009 | KAP | 0.30 | Review P. Snyder correspondence |
| 6/25/2009 | CAJ | 2.50 | Conference with P. Snyder re Motion to Compel; Conference with K. Phansalkar re the same; Review and revise Motion to Compel |
| 6/30/2009 | KAP | 0.80 | Correspondence from and to P. Snyder re discovery process; Conference with C. Johnson re same; Review changes to Motion to Compel |
| 6/30/2009 | CAJ | 2.30 | Review extended correspondence from P. Snyder re discovery issues; Conference with K. Phansalkar re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | the same; Review and revise Motion to Compel; Telephone conference with P. Snyder re the same; Review correspondence from P. Snyder re discovery issues |
|      | Total Hours | 40.10 | Total Fees $  8,182.50 |

**Disbursements Advanced:**

|  |  |  |
|--|--|--|
| Photocopies | | 72.30 |
| Total Disbursements | $ | 72.30 |
| Matter Total Fees and Disbursements | $ | 8,254.80 |

Balance Due.............................................................................................$    8,254.80

CWOK000046

**CONNER & WINTERS**

ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
July 28, 2009
Page 4

Invoice No. 2091529A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 11.60 | $ | 3,480.00 |
| Crystal A. Johnson | CAJ | 165.00 | 28.50 | | 4,702.50 |
| TOTAL | | | 40.10 | $ | 8,182.50 |

CWOK000047

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

August 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2092528A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through July 31, 2009:**

|  |  |
|---|---|
| Total Current Fees and Disbursements | 14,983.46 |
| **Balance Due as of August 28, 2009** | $  14,983.46 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000048

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

August 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2092528A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

### For professional services rendered through July 31, 2009:

| | |
|---|---|
| Total Current Fees and Disbursements | 14,983.46 |
| **Balance Due as of August 28, 2009** | $    14,983.46 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:        CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

August 28, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2092528A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through July 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 7/1/2009 | KAP | 0.40 | Review P. Snyder correspondence re back up tapes; Correspondence with P. Snyder re privilege review of documents |
| 7/1/2009 | CAJ | 1.40 | Prepare exhibits to Motion to Compel and File; Review and revise the same; Review correspondence between J. Halper and P. Snyder regarding motion to compel and other discovery issues |
| 7/1/2009 | PMK | 0.40 | Review emails regarding discovery document review; meeting with K. Phansalkar regarding same. |
| 7/2/2009 | KAP | 1.50 | Review P. Snyder correspondence re privilege review; Conference with P. Kraft and C. Johnson re meeting on document production; Review J. Halper letter; Conference with C. Johnson re document discovery procedures |
| 7/2/2009 | CAJ | 2.70 | Review extended correspondence re document review for privilege from P. Snyder; Review correspondence re lawyer's involved in litigation in preparation to review documents for privileged; Review correspondence from J. Halper re deposition dates and other discovery issues; Conference with P. Kraft re inventory of documents and strategy for review; Extended telephone conference with P. |

CWOK000050

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Snyder and P. Kraft re document review |
| 7/2/2009 | PMK | 1.60 | E-correspondence with K. Phansalkar, C. Johnson and P. Snyder regarding document review project; inventory, review and organize documents received from P. Snyder; conference call with P. Snyder and C. Johnson regarding production and process; conference calls and meeting to review documents and discuss production process. |
| 7/3/2009 | CAJ | 0.30 | Review extended correspondence re deposition and other discovery issues from P. Snyder |
| 7/5/2009 | KAP | 0.80 | Correspondence with P. Snyder; Conference with P. Kraft re document review |
| 7/6/2009 | KAP | 1.20 | Review document production issues |
| 7/6/2009 | PMK | 0.30 | E-correspondence with P. Snyder regarding document production; conference calls with vendor regarding same. |
| 7/7/2009 | KAP | 1.30 | Conference with P. Kraft; Review L. Lou correspondence re deposition; Correspondence to P. Snyder re impact on scheduling |
| 7/7/2009 | CAJ | 0.40 | Conference with P. Kraft and K. Phansalkar re document review strategy and status; Conference with K. Phansalkar re scheduling order and strategy related to the same |
| 7/7/2009 | PMK | 0.40 | Conference calls with vendor regarding status and questions pertaining to document production; e-correspondence with vendors regarding same; e-correspondence with P. Snyder regarding document production questions; conference with K. Phansalkar and C. Johnson regarding same. |
| 7/8/2009 | CAJ | 0.20 | Conference with P. Kraft and vendor re document review |
| 7/8/2009 | PMK | 0.50 | Conference calls with vendor regarding electronic discovery document production; e-correspondence to both vendors regarding status and document production process; e-correspondence with P. Snyder regarding same; conference with vendor and C. Johnson regarding document production; review of project progress to ensure that documents are being |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | correctly processed. |
| 7/9/2009 | PMK | 2.40 | Review responsive discovery documents for privilege information. |
| 7/10/2009 | PMK | 2.00 | Review documents for privilege information; conference call with vendor regarding status of electronic files and numbering of South Carolina files. |
| 7/11/2009 | KAP | 0.40 | Review P. Snyder correspondence re various scheduling issues |
| 7/13/2009 | KAP | 0.60 | Review P. Kraft correspondence; Conference with P. Kraft |
| 7/13/2009 | CAJ | 0.40 | Review extended correspondence from P. Snyder re deposition and other discovery issues; Draft correspondence re the same |
| 7/13/2009 | PMK | 1.90 | E-correspondence to K. Phansalkar and C. Johnson regarding status of document review; e-correspondence to P. Snyder regarding document review; conference call with vendor regarding production process; review of 30(b)(6) depo notice regarding docketing question; review responsive discovery documents for privilege information. |
| 7/14/2009 | KAP | 0.60 | Conference with C. Johnson; Review J. Halper correspondence |
| 7/14/2009 | CAJ | 0.50 | Review extended correspondence and attachments from J. Halper re back up tapes |
| 7/14/2009 | PMK | 0.40 | Conference call with vendor regarding electronic discovery documents and status; e-correspondence with K. Phansalkar regarding same; review of responsive discovery documents. |
| 7/15/2009 | KAP | 0.50 | Review P. Snyder correspondence; Correspondence from L. Lee |
| 7/15/2009 | CAJ | 0.60 | Review correspondence from P. Synder re telephone conference with opposing counsel; Review correspondence from P. Snyder re case deadlines and deposition issues in preparation to draft Joint Motion to Extend; Conference with P. Kraft re privilege review |

CWOK000052

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 7/15/2009 | PMK | 2.00 | Review discovery documents for privilege information. |
| 7/16/2009 | KAP | 0.70 | Correspondence with K. Gallagher and P. Snyder; Review motion re time extension |
| 7/16/2009 | CAJ | 2.30 | Draft Joint Motion to Extend All Remaining Deadlines; Conference with K. Phansalkar re the same; Review correspondence from P. Snyder re the same; Draft Order granting Motion to Extend All Remaining Deadlines |
| 7/16/2009 | PMK | 1.10 | Review documents for privilege information. |
| 7/17/2009 | CAJ | 0.50 | Conference with K. Phansalkar re Motion to Extend; Review and revise the same; Correspondence with P. Snyder re the same |
| 7/20/2009 | KAP | 1.20 | Review multiple correspondence; Conference with P. Kraft re progress on documents; Review defendant's proposed changes to joint motion |
| 7/20/2009 | CAJ | 1.30 | Review various correspondence from P. Synder and P. Kraft re document review; Conference with P. Kraft and K. Phansalkar re the same; Review J. Halper's revisions to Joint Application for Extension |
| 7/20/2009 | PMK | 13.00 | Multiple e-correspondence with P. Snyder regarding document production and questions pertaining thereto; two conference calls with P. Snyder regarding same; e-correspondence with K. Phansalkar and C. Johnson regarding status of documents review; multiple conference calls and meeting with vendor regarding document production processes and status; review documents. |
| 7/21/2009 | KAP | 1.20 | Review response to motion to compel; Multiple correspondence with P. Snyder; Conference with P. Kraft re status |
| 7/21/2009 | CAJ | 2.90 | Correspondence with P. Snyder re local rules on reply briefs; Review and analyze Memorandum in Response to our Motion to Compel in preparation to Respond; Conference with P. Kraft re document review; Conference with K. Phansalkar re Reply to Motion to Compel; Correspondence with J. Edwards re Joint Motion to Extend All Deadlines; File Joint |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Motion to Extend |
| 7/21/2009 | PMK | 4.30 | Prepare and file Joint Motion for Extension of Time to File; prepare and submit proposed Order for Joint Motion for Extension of Time to File to the Judge; e-correspondence to counsel attaching proposed Order; E-correspondence with K. Phansalkar and C. Johnson regarding document review and status; conference call with vendor regarding document process and status of conversion process; review documents for privilege information. |
| 7/22/2009 | KAP | 1.00 | Review correspondence from various parties; Conference with P. Kraft re various issues |
| 7/22/2009 | CAJ | 1.00 | Conference with P. Kraft and K. Phansalkar re document review; Conference with P. Kraft re certain privileged documents in preparation to produce |
| 7/22/2009 | PMK | 3.70 | Review discovery documents; e-correspondence with K. Phansalkar and C. Johnson regarding document review status; conference with K. Phansalkar and C. Johnson regarding status; prepare summary of same; e-correspondence with P. Snyder regarding status and attorneys included in privilege review. |
| 7/23/2009 | KAP | 0.70 | Correspondence with J. Edwards; Review Judge Cauthron order and docket |
| 7/24/2009 | KAP | 0.80 | Correspondence with P. Snyder; Conference call with P. Snyder re reply brief |
| 7/24/2009 | CAJ | 2.00 | Review and analyze Motion to Compel and Response in preparation to draft Reply; Telephone conference with P. Snyder re the same |
| 7/27/2009 | CAJ | 0.20 | Review correspondence from L. Lee re document production |
| 7/28/2009 | KAP | 0.40 | Correspondence from L. Lee re documents produced by Defendant |
| 7/28/2009 | CAJ | 0.50 | Work on Reply to Motion to Compel |
| 7/29/2009 | KAP | 0.60 | Conference with P. Kraft re status of documents |
| 7/29/2009 | CAJ | 4.30 | Work on Reply to Motion to Compel |
| 7/29/2009 | PMK | 3.00 | Work on document review; prepare spreadsheet for |

CWOK000054

**CONNER & WINTERS, LLP**
LAWYERS

Page 6                                              August 28, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | privilege documents; prepare documents for privilege review; remove documents in unsupported format; e-correspondence with C. Johnson and K. Phansalkar regarding same. |
| 7/30/2009 | KAP | 1.80 | Review and revise Reply; Correspondence with P. Snyder re response to Imperial Bank; Review Imperial Bank subpoena |
| 7/30/2009 | CAJ | 4.80 | Work on Reply to Motion to Compel; Conference with P. Kraft re document review; Review portion of documents for privilege in preparation to produce |
| 7/30/2009 | PMK | 3.50 | E-correspondence exchanges with P. Snyder; review e-correspondence from J. Harrow; conference with C. Johnson regarding document review; prepare spreadsheet of privilege documents; remove documents in unsupported formats; prepare privilege documents for attorney review. |
| 7/31/2009 | KAP | 0.50 | Conference with P. Kraft re discovery issues; Review P. Snyder correspondence |
| 7/31/2009 | CAJ | 1.30 | Conference with P. Kraft re document production; Review and revise Reply to Motion to Compel and File; Conference with P. Kraft and vendor re document production |
| 7/31/2009 | PMK | 1.60 | Work on document review; electronically organize documents for review and production; remove privilege documents; delete documents and files in unsupported formats; conference calls with P. Snyder regarding status and details regarding format and organization of documents; conference calls and meeting with vendor regarding same; conferences with K. Phansalkar and C. Johnson regarding same. |

|          | Total Hours | 85.90 | Total Fees $ | 14,887.00 |
|----------|-------------|-------|--------------|-----------|

**Disbursements Advanced:**

| | | |
|---|---|---|
| Photocopies | | 8.40 |
| Westlaw | | 88.06 |
| Total Disbursements | $ | 96.46 |

CWOK000055

August 28, 2009

Matter Total Fees and Disbursements     $      14,983.46

Balance Due..............................................................................................$      14,983.46

**CONNER & WINTERS**

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
August 28, 2009
Page 8

Invoice No. 2092528A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|--|------|
| Kiran A. Phansalkar | KAP | 300.00 | 16.20 | $ | 4,860.00 |
| Crystal A. Johnson | CAJ | 165.00 | 27.60 | | 4,554.00 |
| Paige Kraft | PMK | 130.00 | 42.10 | | 5,473.00 |
| TOTAL | | | 85.90 | $ | 14,887.00 |

CWOK000057

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

September 30, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2093762A  KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

**For professional services rendered through August 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 12,204.41 |
| Balance Due as of September 30, 2009 | $   12,204.41 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Remittance Copy

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

September 30, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2093762A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through August 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 12,204.41 |
| **Balance Due as of September 30, 2009** | $    12,204.41 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

September 30, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2093762A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through August 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/1/2009 | KAP | 0.30 | Conference with P. Kraft re document production |
| 8/1/2009 | PMK | 1.50 | Work on Oklahoma Document review - create spreadsheet of privilege documents; electronically revise and review documents to prepare for review and production. |
| 8/3/2009 | KAP | 0.40 | Correspondence from P. Snyder and J. Halper |
| 8/3/2009 | CAJ | 0.30 | Conference with P. Kraft re document review in preparation for production |
| 8/3/2009 | PMK | 6.10 | Multiple e-correspondence exchanges with P. Snyder, K. Phansalkar and C. Johnson regarding Nevada discovery document production; e-correspondence exchanges with L. Skinner regarding same; prepare letter to P. Snyder enclosing document production DVDs; multiple conference calls with vendor regarding document production process; e-correspondence with vendor regarding same; e-correspondence with C. Johnson regarding Oklahoma document production review; review Oklahoma electronic documents; update spreadsheet of privilege documents to be reviewed. |
| 8/4/2009 | CAJ | 1.60 | Review documents in preparation for production; Conference with P. Kraft re document review in |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | preparation for production |
| 8/4/2009 | PMK | 5.90 | E-correspondence with K. Phansalkar and C. Johnson regarding document review and production; review Oklahoma documents and update spreadsheet for privilege review. |
| 8/5/2009 | CAJ | 3.50 | Review documents in preparation for production; Conference with P. Kraft re document review in preparation for production |
| 8/5/2009 | PMK | 6.10 | E-correspondence with C. Johnson regarding Oklahoma document review; review remaining Oklahoma loan documents and prepare for C. Johnson to review; prepare non-privileged documents for production; update spreadsheet and organize documents to be produced. |
| 8/6/2009 | CAJ | 2.30 | Review documents in preparation for production |
| 8/6/2009 | PMK | 6.40 | Review Oklahoma documents and update spreadsheet; re-insert non-privileged document post C. Johnson review; begin review process of Nevada emails; create files and system for review. |
| 8/7/2009 | CAJ | 2.50 | Review documents in preparation for production |
| 8/7/2009 | PMK | 2.50 | Conference calls with C. Johnson regarding document review; meeting the C. Johnson regarding same; re-insert non-privileged documents post C. Johnson review; prepare documents to be produced; conference calls and in person meeting with vendor regarding document production process; conferences with S. Spitz and L. Skinner regarding document production; multiple emails and conference calls with vendor regarding same; organize privilege documents for file and update spreadsheet; e-correspondence to K. Phansalkar regarding status. |
| 8/8/2009 | KAP | 0.90 | Correspondence with P. Snyder; Correspondence to and from B. Campbell re document production delay |
| 8/9/2009 | CAJ | 3.00 | Review documents in preparation for production |
| 8/10/2009 | KAP | 0.40 | Conference with C. Johnson re privileged documents |
| 8/10/2009 | CAJ | 0.80 | Review privileged documents in preparation for production |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/11/2009 | PMK | 2.40 | E-correspondence to J. Trojanowsky regarding Oklahoma emails |
| 8/14/2009 | CAJ | 1.50 | Review documents for privilege in preparation to produce |
| 8/14/2009 | PMK | 0.20 | Review email from P. Snyder regarding Oklahoma emails. |
| 8/17/2009 | KAP | 0.40 | Correspondence with P. Snyder; Conference with P. Kraft |
| 8/17/2009 | PMK | 0.40 | Meeting with vendor regarding Owens' emails and processing of same; conference call with vendor regarding the size of the files once loaded. |
| 8/18/2009 | KAP | 0.40 | Correspondence to ███████ re ███████████ ██████████; Telephone conference with ███████ |
| 8/18/2009 | CAJ | 2.20 | Review documents for privilege in preparation to produce |
| 8/19/2009 | CAJ | 2.90 | Review documents for privilege in preparation to produce |
| 8/20/2009 | KAP | 0.90 | Review L. Lee correspondence and correspondence to P. Snyder re protective orders; Correspondence from Defendants re discovery |
| 8/20/2009 | CAJ | 0.40 | Review various correspondence re protective order; Review correspondence from L. Lee re depositions; Review correspondence from J. Halper re response to discovery request |
| 8/21/2009 | KAP | 0.70 | Review order entered by Judge Cauthron; Telephone conference with P. Snyder re same |
| 8/23/2009 | KAP | 0.30 | Telephone conference with ███████ re ███████ ███████████████ |
| 8/24/2009 | KAP | 0.80 | Telephone conference with P. Snyder re document issues and other litigation issues; Review correspondence re discovery disputes with LaSalle |
| 8/24/2009 | CAJ | 0.40 | Review correspondence from P. Snyder re protective order issues; Conference with K. Phansalkar re the same |
| 8/25/2009 | KAP | 0.70 | Correspondence with P. Snyder to review discovery letters; Review P. Snyder and P. Kraft |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | correspondence |
| 8/25/2009 | CAJ | 0.40 | Review proposed correspondence to J. Halper re e-mail backup tapes; Review various correspondence relating to deposition schedules; Conference with P. Kraft re documents production and 30(b)(6) notice |
| 8/25/2009 | PMK | 1.10 | E-correspondence with P. Snyder regarding status; conference call with P. Snyder regarding document production status and time entries on Motion to Compel to prepare Motion for Attorneys' Fees; prepare Notice for deposition and exhibit; e-correspondence to K. Phansalkar and C. Johnson summarizing status and conference call with P. Snyder. |
| 8/26/2009 | KAP | 0.50 | Correspondence with P. Snyder; Conference with C. Johnson |
| 8/26/2009 | CAJ | 0.40 | Review and revise notice of deposition; Conference and correspondence with P. Snyder re the same |
| 8/26/2009 | PMK | 0.70 | E-correspondence exchanges with P. Snyder regarding Notice of 30(b)(6) deposition; e-correspondence exchanges with K. Phansalkar and C. Johnson regarding Notice; E-correspondence with P. Snyder regarding document review and production; review e-correspondence from J. Garza regarding document review; review file documents and analyze status of remaining documents. |
| 8/27/2009 | PMK | 1.20 | Conference call with T. Ramaekers regarding document production; conference call with vendor regarding same; e-correspondence exchange with P. Snyder and T. Ramaekers regarding same; review and manage file documents produced and not produced |
| 8/28/2009 | KAP | 0.60 | Correspondence with P. Snyder and L. Lee; Telephone conference with P. Snyder re staffing depositions |
| 8/28/2009 | CAJ | 0.60 | Review various correspondence between the parties re deposition notices; Draft correspondence to P. Snyder re discovery issues; Telephone conference with P. Snyder re upcoming depositions |

CWOK000063

**CONNER & WINTERS, LLP**
LAWYERS

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 8/28/2009 | PMK | 1.80 | Review file documents regarding question on Initial Disclosures; e-correspondence exchanges with P. Snyder regarding same; E-correspondence exchanges with T. Ramaekers regarding depo transcripts; review file regarding depo transcripts; create electronic file for same; e-correspondence exchanges with T. Ramaekers regarding receiving NEFs from the Western District; update ECF registration form for P. Snyder and submit to the court clerk; e-correspondence exchanges with P. Snyder and T. Ramaekers regarding document production; review revisions of privilege document review and re-insert into document production; review e-correspondence exchanges between counsel. |
| 8/29/2009 | KAP | 0.50 | Review correspondence from J. Halper re discovery; Correspondence with P. Snyder re court scheduling dates |
| 8/30/2009 | CAJ | 0.50 | Draft correspondence to P. Snyder re pretrial and trial deadlines; Work on Application for Attorney's fees |
| 8/31/2009 | KAP | 0.80 | Telephone conference with P. Snyder re deposition parties and assignments; Review application for fees |
| 8/31/2009 | CAJ | 3.70 | Work on Application for Costs; Work on Application for Attorney's fees; Prepare exhibit detailing time in order to attach to the same; Review and revise application and exhibit and file |
| 8/31/2009 | PMK | 1.20 | Review revision regarding privilege review by C. Johnson; prepare non-privilege documents for production; e-correspondence with T. Ramaeker regarding discovery production; prepare attorney information update form for P. Snyder and submit to the Court; conference with vendor regarding production process. |

| | Total Hours | 73.10 | | Total Fees $ | 11,910.00 |
|---|---|---|---|---|---|

**Disbursements Advanced:**

| | |
|---|---|
| Federal Express | 8.13 |
| Outside Copying Cost | 285.68 |
| Photocopies | 0.60 |

CWOK000064

| | | |
|---|---|---|
| Total Disbursements | $ | 294.41 |
| Matter Total Fees and Disbursements | $ | 12,204.41 |
| Balance Due........................................................................................................$ | | 12,204.41 |

CWOK000065

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
September 30, 2009
Page 7

Invoice No. 2093762A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 8.60 | $ | 2,580.00 |
| Crystal A. Johnson | CAJ | 165.00 | 27.00 | | 4,455.00 |
| Paige Kraft | PMK | 130.00 | 37.50 | | 4,875.00 |
| TOTAL | | | 73.10 | $ | 11,910.00 |

CWOK000066

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

October 14, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter No. 12327-0002

Invoice No. 2094183A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through September 30, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 26,278.03 |
| Balance Due as of October 14, 2009 | $    26,278.03 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:          CONNER & WINTERS
                   4000 One Williams Center
                   Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

October 14, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2094183A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through September 30, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 26,278.03 |
| **Balance Due as of October 14, 2009** | $ 26,278.03 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

October 14, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002          Invoice No. 2094183A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through September 30, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/1/2009 | KAP | 1.70 | Numerous correspondence with Crown attorneys; Conference with P. Kraft; Correspondence to P. Snyder re document issues |
| 9/1/2009 | CAJ | 0.30 | Review various correspondence re massive document production and potential motion to compel re backup tapes |
| 9/1/2009 | PMK | 4.50 | E-correspondence exchanges with T. Ramaekers regarding document production; conference calls with client vendor regarding production of emails; conference call with T. Ramaekers regarding discovery; e-correspondence with T. Ramaekers and P. Snyder regarding production of emails; conference calls with vendor regarding electronic discovery database and process; review e-correspondence from K. Phansalkar regarding document production to third party; organize documents to produce to same; conference with vendor regarding third party production; review emails from P. Snyder regarding case status. |
| 9/2/2009 | KAP | 2.90 | Correspondence with P. Snyder re deposition strategy; Review Defendant's 30(b)(6) topics; Telephone conference with P. Snyder re various issues; Conference call with J. Halper, L. Lee and P. |

CWOK000069

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Snyder re discovery conference; Telephone conference with ████ re discovery ████ ████ |
| 9/2/2009 | CAJ | 0.50 | Review various correspondence between the parties relating to deposition schedules and other discovery issues; Conference with K. Phansalkar re requirements of Rule 34 |
| 9/2/2009 | PMK | 1.10 | E-correspondence with T. Ramaekers regarding Owens emails; conference call with T. Ramaekers regarding Owens emails and document review process; e-correspondence to J. Harrow regarding defective CD; e-correspondence to J. Trojanowsky regarding Flessner emails; conference calls with vendor regarding document production; review e-correspondence from T. Ramaekers and J. Harrow regarding document review, search terms and pst. file regarding Owens; e-correspondence to K. Phansalkar and C. Johnson regarding status; review pst files regarding date ranges; e-correspondence exchange with K. Phansalkar regarding status; prepare discovery document production regarding subpoena; conference calls with I.T. regarding corrupted files; review multiple emails. |
| 9/3/2009 | KAP | 2.00 | Multiple correspondence with P. Snyder re discovery disputes and other issues; Telephone conference with P. Snyder re scheduling of depositions and other discovery disputes; Correspondence with P. Snyder re Nevada fact witnesses |
| 9/3/2009 | CAJ | 0.50 | Review various correspondence regarding upcoming deposition and deposition schedules; Conference with K. Phansalkar re the same |
| 9/3/2009 | PMK | 1.40 | Conference call with T. Ramaekers regarding document organization of Owens' emails; review emails from T. Ramaekers regarding document production; review emails from P. Snyder regarding depos; Prepare Amended Notice for Rule 30(b)(6) Deposition; e-correspondence to K. Phansalkar and C. Johnson regarding same; conference call with K. Phansalkar regarding Amended Notice; e-correspondence to P. Snyder, K. Phansalkar and C. Johnson regarding Amended Notice and question |

CWOK000070

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | regarding Notice to Steve Wasser; begin review and organization of production process. |
| 9/4/2009 | KAP | 1.20 | Correspondence to and from P. Snyder and J. Trojanowsky; Conference with P. Snyder re document production |
| 9/4/2009 | CAJ | 2.00 | Review correspondence and notices relating to certain depositions; Research re requirements for production under Federal Rule of Civil Procedure 34 |
| 9/4/2009 | PMK | 1.20 | Review emails from P. Snyder; e-correspondence exchange with K. Phansalkar regarding document review; review e-correspondence regarding deposition notices; conference call with K. Phansalkar regarding document review and status; prepare Amended Notice and exhibit and file; gather information for document review; conference call with I.T. regarding downloading information off FTP website; multiple email exchanges with T. Ramaekers and P. Snyder regarding documents; conference call with vendor regarding data and e-discovery review program; e-correspondence with I.T. regarding FTP file; conference call with I.T. regarding same; e-correspondence to T. Ramaekers regarding same; prepare Notice of Deposition to Steve Wasser; e-correspondence regarding same; conference calls with MyITpros regarding information from client; conference call with T. Ramaekers regarding same; e-correspondence exchanges with T. Ramaekers and P. Snyder regarding vendor discussions and discovery production status; e-correspondence to K. Phansalkar and C. Johnson regarding Notice of Wasser. |
| 9/6/2009 | KAP | 0.50 | Review index provided by defendants |
| 9/7/2009 | KAP | 2.10 | Review research re Rule 34 and Defendant's production; Review multiple correspondence between Plaintiff's and Defendant's counsel; Review multiple P. Snyder correspondence re various issues |
| 9/7/2009 | CAJ | 4.50 | Research re requirements for production under Federal Rule of Civil Procedure 34; Draft memorandum re obligations under Rule 34 in preparation to file Motion for Compel |

CWOK000071

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/8/2009 | KAP | 3.00 | Review P. Snyder correspondence; Review issues re electronic tapes; Review Ohio court order; Conference call with P. Snyder, C. Johnson, P. Kraft, and T. Ramaekers; Review L. Lee and P. Snyder correspondence |
| 9/8/2009 | CAJ | 2.30 | Conference re Rule 34 obligations in preparation to draft Motion to Compel; Telephone conference with P. Snyder, P. Kraft, and K. Phansalkar re case strategy; Review extended correspondence from J. Halper re document production, specifically request for a more detailed index; Draft correspondence to P. Snyder re Rule 34 in preparation to continue meet and confer process re documents produced and the lack of identification relating to the same |
| 9/8/2009 | PMK | 0.70 | Review e-correspondence regarding depositions and conference call; conference call with K. Phansalkar, C. Johnson, P. Snyder and T. Ramaekers regarding depositions and document production; review e-correspondence from T. Ramaekers regarding document review database; review e-correspondence from vendor regarding document review; review information to obtain scope of production and review. |
| 9/9/2009 | KAP | 2.00 | Review P. Snyder correspondence; Correspondence to P. Snyder; Review multiple correspondence with L. Lee, J. Halper, J. Trojanowsky, and T. Ramaekers; Correspondence to J. Halper re scheduling; Correspondence with P. Snyder |
| 9/9/2009 | CAJ | 0.40 | Review various correspondence re supplemental discovery, deposition scheduling issues, back-up tape issues and potential motions to compel |
| 9/9/2009 | PMK | 1.80 | Conference call with D. Fletcher and B. Stephens regarding MetaLINCS; e-correspondence exchanges with T. Ureameters regarding document review; review email exchanges regarding case; review documents. |
| 9/10/2009 | KAP | 1.50 | Review documents in connection with depositions; Correspondence with P. Snyder re same |
| 9/10/2009 | PMK | 1.90 | Conference calls with vendor regarding additional |

| Date | Initial | Hours | Description |
|---|---|---|---|
| | | | review; conference with K. Phansalkar regarding status of document review; e-correspondence exchanges with P. Snyder and K. Phansalkar regarding J. Trojanowsky's emails; review J. Trojanowsky emails and organize information for production. |
| 9/11/2009 | KAP | 1.30 | Correspondence with J. Halper; Telephone conference with J. Halper; Review correspondence from P. Snyder and J. Trojanowsky |
| 9/11/2009 | PMK | 1.70 | e-correspondence exchange with T. Ramaekers regarding document review; review emails regarding privilege documents; conference call with T. Ramaekers regarding same; review documents for production |
| 9/14/2009 | KAP | 1.90 | Correspondence to J. Halper re scheduling; Revise deposition notices |
| 9/14/2009 | PMK | 2.50 | Multiple conference calls with D. Fletcher; conference call with T. Ramaekers; meeting with K. Phansalkar regarding document review; conference call with P. Snyder regarding same; e-correspondence exchanges with T. Ramaekers and P. Snyder regarding document review; conference call with B. Stephens regarding document production; review documents for production to opposing counsel. |
| 9/15/2009 | KAP | 2.70 | Correspondence with J. Trojanowsky; Correspondence with P. Snyder re numerous issues; Correspondence with J. Halper |
| 9/15/2009 | PMK | 3.20 | Multiple e-correspondence exchanges with P. Snyder and T. Ramaekers regarding document review and document production; multiple e-correspondence exchanges and conference calls with D. Fletcher and B. Stephens regarding database search and document production; conferences with K. Phansalkar regarding status of document review and production; review emails for privilege information and production |
| 9/16/2009 | KAP | 2.30 | Correspondence with P. Snyder re various items; Conference with P. Kraft; Correspondence with J. Halper; Correspondence with J. Trojanowsky; |

CWOK000073

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Correspondence with P. Snyder |
| 9/16/2009 | PMK | 2.30 | Conference calls with D. Fletcher and B. Stephens regarding document production and database search; multiple email exchanges with P. Snyder and T. Ramaekers regarding document review and production; review emails for document production; review emails for privilege issues; prepare Notices for depositions; e-correspondence from K. Phansalkar regarding same; conference calls with Esquire Court Reporters regarding scheduling multiple depositions. |
| 9/17/2009 | KAP | 3.10 | Telephone conference with P. Snyder; Telephone conferences with K. Llewellyn re potential deposition of appraiser; Correspondence with J. Trojanowsky; Telephone conference with J. Trojanowsky re strategy; Correspondence with J. Halper |
| 9/17/2009 | PMK | 2.30 | Multiple e-correspondence exchanges with P. Snyder and T. Ramaekers regarding document review and production; multiple e-correspondence exchanges and conference calls with D. Fletcher regarding same; e-correspondence with P. Snyder regarding deposition notices; e-correspondence with K. Phansalkar regarding same; e-correspondence exchanges with Esquire regarding deposition arrangements. |
| 9/18/2009 | KAP | 3.20 | Correspondence with J. Trojanowsky and P. Snyder; Review LaSalle opposition to fees; Correspondence with J. Halper |
| 9/18/2009 | PMK | 8.70 | Multiple e-correspondence exchanges regarding documents and depositions; conference call with J. Smith regarding deposition scheduling and e-calendar; e-correspondence regarding same; conferences with K. Phansalkar regarding document review and depositions |
| 9/20/2009 | CAJ | 1.30 | Review various e-mal correspondence re document review and production, discovery issues and impending depositions; Review and analyze Objection to Application for Motion for Attorney's Fee in preparation to file Reply |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/21/2009 | KAP | 2.00 | Telephone conference with client's expert witness |
| 9/21/2009 | CAJ | 4.80 | Research re discovery of electronically stored information in the tenth circuit in preparation to draft Motion to Compel Backup Tapes; Work on Motion to Compel and Protective Order; Correspondence with P. Snyder re the same |
| 9/22/2009 | KAP | 1.70 | Review various motions re protective orders and back up tapes |
| 9/22/2009 | CAJ | 6.90 | Research re discovery of electronically stored information in the Tenth Circuit in preparation to draft Motion to Compel Backup Tapes; Review and revise Motion to Compel; Prepare exhibits to Motion to Compel; Review and revise Emergency Protective Order; Review and revise affidavits to attach to Motion to Compel and Emergency Protective Order; Correspondence with co-counsel re the same |
| 9/23/2009 | CAJ | 3.90 | Correspondence with P. Snyder and K. Phansalkar re deposition schedule and notices; Conference with K. Phansalkar re deposition schedules and notices and case strategy; Review J. Halper's letter re protective order and motion to compel in preparation to discuss with P. Snyder and K. Phansalkar; Correspondence with P. Snyder re effecting service; Telephone conference with P. Snyder re Defendant's response to Plaintiff's emergency protective order; Review court's order in Nevada re protective order; Telephone conference with P. Snyder re the same; Work with P. Kraft and P. Snyder on notices for former LaSalle employees |
| 9/24/2009 | CAJ | 2.60 | Correspondence with P. Snyder re deposition notices and subpoenas; Review and revise notice and subpoenas; Telephone conference with private investigator re address for witness in preparation of subpoenas; Conference with K. Phansalkar re subpoenas; Draft extended correspondence to P. Snyder re notices and deposition subpoenas; Communications with P. Snyder re filing of notices; Review correspondence from J. Halper re emergency protective order; Telephone conference with private process server re effecting service of subpoenas; |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | Telephone conference with P. Snyder re notices |
| 9/25/2009 | KAP | 0.60 | Conference with C. Johnson; Correspondence with P. Snyder |
| 9/25/2009 | CAJ | 1.00 | Telephone conference with K. Phansalkar re deposition status and case strategy in preparation for continued depositions of ex-LaSalle employees; Draft correspondence to process server re effecting service on ex-LaSalle witnesses; Telephone conference with T. Dolan re effecting service in Chicago on fact witness |
| 9/27/2009 | KAP | 0.60 | Correspondence from J. Trojanowsky and P. Snyder |
| 9/27/2009 | CAJ | 2.50 | Correspondence with P. Snyder re motion to withdraw; Draft Motion to Withdraw Motion for Emergency Protective Order; Work on Reply to Response to Application for Attorney Fees |
| 9/28/2009 | KAP | 3.10 | Review multiple P. Snyder and J. Trojanowsky emails; Correspondence to J. Halper re deposition issues; Telephone conference with J. Trojanowsky and P. Snyder; Review L. Lee and J. Trojanowsky correspondence; Telephone conferences with ▮▮▮▮ ▮▮▮▮▮▮▮▮▮; Correspondence with client re same |
| 9/28/2009 | CAJ | 4.80 | Work on Reply to Response to Application for Attorney Fees; Research re reasonableness of attorneys fees, factors considered and standard applied in preparation of Reply; Review and revise Application to Withdraw and draft corresponding order |
| 9/28/2009 | PMK | 1.60 | e-correspondence exchange with T. Ramaekers regarding document production; e-correspondence to T. Ramaekers and conference call regarding document database; prepare J. Trojanowsky's original files for delivery; prepare letter; review and revise Motion to Withdraw Protective Order and submit to Judge; conference with vendor regarding past document production and cross referencing. |
| 9/29/2009 | KAP | 1.90 | Review LaSalle documents re (1) Flessner loans, (2) systemic problems with LaSalle underwriting process, (3) Bank of America MFG evaluation |

# CONNER & WINTERS, LLP
## LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | information; Review P. Snyder and T. Fini correspondence; Correspondence to J. Trojanowsky |
| 9/29/2009 | CAJ | 1.50 | Review and revise Reply to Response to Application for Attorney's Fees and file; Correspondence with P. Snyder re the same |
| 9/29/2009 | PMK | 2.20 | Review of documents received from J. Trojanowsky; e-correspondence to T. Ramaekers and P. Snyder regarding questions of privilege; conference with K. Phansalkar regarding document review; review of previously produced documents pertaining to privilege communications; conference call with T. Ramaekers regarding new production; conference calls with P. Snyder regarding same; document review regarding R. Jeffries; review and file Reply to Defendant's Objections to Motion for Attorneys' Fees. |
| 9/30/2009 | KAP | 0.90 | Telephone conference with █████████ |
| 9/30/2009 | CAJ | 0.50 | Review documents for privilege; Research witness locations in preparation for depositions |

| | Total Hours | 119.60 | | Total Fees $ | 24,132.50 |
|---|---|---|---|---|---|

## Disbursements Advanced:

| | |
|---|---:|
| Air Fares | 788.50 |
| Federal Express | 43.33 |
| Outside Copying Cost | 0.00 |
| Filing/Recording Fee | 175.00 |
| Meals | 255.60 |
| Mileage/Toll/Parking | 75.00 |
| Photocopies | 254.10 |
| Taxi | 90.00 |
| Lodging Expenses | 462.68 |
| Postage | 1.32 |
| Total Disbursements $ | 2,145.53 |

Matter Total Fees and Disbursements    $    26,278.03

Balance Due.............................................................................................................$    26,278.03

**CONNER & WINTERS**
ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
October 14, 2009
Page 11

Invoice No. 2094183A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | Fees |
|------|----------|------|-------|------|
| Kiran A. Phansalkar | KAP | 300.00 | 42.20 | $ 12,660.00 |
| Crystal A. Johnson | CAJ | 165.00 | 40.30 | 6,649.50 |
| Paige Kraft | PMK | 130.00 | 37.10 | 4,823.00 |
| TOTAL | | | 119.60 | $ 24,132.50 |

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

November 10, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2094904A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

For professional services rendered through October 31, 2009:

|  |  |
|---|---|
| Total Current Fees and Disbursements | 67,307.84 |
| **Balance Due as of November 10, 2009** | $    67,307.84 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:
CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

November 10, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2094904A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through October 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 67,307.84 |
| **Balance Due as of November 10, 2009** | **$ 67,307.84** |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

November 10, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2094904A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through October 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 10/1/2009 | KAP | 3.30 | Correspondence with P. Snyder; Review J. Hoyt subpoena; Correspondence to P. Snyder re status; Conference call with P. Snyder and J. Trojanowski re status of depositions; Review L. Lee correspondence; Conference with M. Blackburn re Oklahoma case preparation |
| 10/1/2009 | MDB | 0.70 | Teleconference with K. Phansalkar and P. Kraft; Review letter from J. Halper and proposed Stipulated Protective Order |
| 10/1/2009 | CAJ | 3.00 | Research witness locations in preparation for depositions; Telephone conference with process server re effecting service on witnesses located in Chicago, Illinois; Correspondence with P. Snyder re the same; Correspondence re response to motion to compel; Conference with P. Banner re witness identification search; Correspondence re process server |
| 10/1/2009 | PMB | 1.00 | Research current addresses for ███████ and █ ████ |
| 10/1/2009 | PMK | 1.70 | Conference call with M. Blackburn and K. Phansalkar regarding additional witnesses; Research regarding additional witnesses; Research regarding contact information of various companies to prepare |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | subpoenas; Draft subpoenas to custodian of records of Capital Abstract and First American National; Draft Notice for witnesses; E-Correspondence exchanges to K. Phansalkar and M. Blackburn regarding initial findings. |
| 10/2/2009 | KAP | 2.60 | Conference with P. Kraft re service of individual title persons; Telephone conference with ████ |
| 10/2/2009 | MDB | 3.70 | Office conference with P. Kraft regarding document search and subpoenas; Review documents; Prepare subpoenas; Teleconference with ████ |
| 10/2/2009 | CAJ | 0.40 | Conference with P. Kraft re effecting service on ex-LaSalle employees; Review subpoenas and correspondence re the same |
| 10/2/2009 | PMK | 5.00 | Conference with M. Blackburn regarding witnesses; Research regarding fact witnesses; ████; Conference calls with ████ ████; Research regarding witness L. Rachel; Draft subpoenas and exhibits; Draft notice and letters to provide with subpoenas; Prepare final documents to serve on witnesses; E-Correspondence to First American regarding subpoena; E-Correspondence to Capital Abstract regarding service of subpoena; E-Correspondence to K. Phansalkar ad P. Snyder regarding status of subpoenas; Conference call with private investigator regarding subpoenas; conference call with private investigator regarding service status; E-Correspondence to K. Phansalkar and P. Snyder regarding same. |
| 10/3/2009 | KAP | 0.80 | Review deposition schedule; Correspondence to P. Snyder re same; Correspondence from J. Halper; Final review of Protective Order and correspondence to P. Snyder re same |
| 10/4/2009 | KAP | 3.90 | Review three K. Lewallen appraisals; Telephone conference with ████; Telephone conference with P. Snyder re deposition schedule and "big picture" issues; Correspondence with J. Trojanowski and P. Snyder |
| 10/4/2009 | CAJ | 0.40 | Review various correspondence from P. Snyder re protective orders, depositions and other discovery |

CWOK000083

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | issues |
| 10/5/2009 | KAP | 7.10 | Correspondence with P. Snyder re various issues; Telephone conferences with ████████ re ████████ ████████; Review various issues re Protective Order, title agent issues, and appraisal issues in Oklahoma; Conference with M. Blackburn re title company deponents; Travel to Austin, TX, for deposition; correspondence from L. Lee and P. Snyder; Conference with C. Johnson |
| 10/5/2009 | MDB | 0.10 | Review Notice of Subpoena |
| 10/5/2009 | CAJ | 0.50 | Review various correspondence from P. Snyder re backup tapes; Review notices for depositions; Review letter from L. Lee re inadvertent production |
| 10/5/2009 | PMK | 3.70 | Meeting with K. Phansalkar regarding status of witnesses and depositions; Conference call with M. Blackburn regarding witnesses; Conference calls with private investigator regarding status of service on Chicago witnesses; E-Correspondence to K. Phansalkar and P. Snyder regarding same; Prepare Notice of Subpoenas; Prepare exhibits to Notice; E-Correspondence exchanges with T. Ramaekers regarding production of Owens' emails; Review multiple E-Correspondence from P. Snyder and other counsel regarding case matters; Perform additional research regarding contact information on witnesses |
| 10/6/2009 | KAP | 8.30 | Attend deposition of K. Lewallen; Travel to Oklahoma City, OK; Correspondence from and to L. Lee re scheduling; Correspondence to J. Trojanowski |
| 10/6/2009 | MDB | 0.20 | Teleconference with ████████ regarding subpoenas; Email to P. Kraft |
| 10/6/2009 | MDB | 1.10 | Teleconferences with ████████; Revise and finalize subpoena; Emails to K. Phansalkar |
| 10/6/2009 | CAJ | 2.30 | Review correspondence from P. Snyder and L. Lee re privileged documents; Review documents in order to redact and produce; Review extended correspondence re backup tape issue and Motion to Compel re the same in connection with briefing on the same; Review notices for depositions |

November 10, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 10/6/2009 | PMK | 3.00 | Multiple E-Correspondence exchanges with T. Ramaekers and J. Smith regarding depositions and transcript postings; E-Correspondence exchanges with M. Blackburn regarding depositions of Oklahoma witnesses; Prepare revised versions of subpoenas to serve on witnesses; Conference calls with witnesses regarding service; Conference calls and conference with process server regarding obtaining service on witnesses; Review documents to determine privileged information and prepare redacted versions of documents; E-Correspondence with K. Phansalkar regarding same; Conference with S. Spitz regarding document production and software for document management; E-Correspondence to S. Spitz regarding detail of same; Research and review document regarding additional fact witnesses to be deposed by Defendant; Review multiple emails regarding additional case information. |
| 10/7/2009 | KAP | 1.30 | Correspondence from and to L. Lee re depositions; Review P. Snyder correspondence; Telephone conference with ███ re ███████████; Correspondence with L. Lee |
| 10/7/2009 | PMK | 2.90 | Review documents pertaining to Oklahoma witnesses; E-Correspondence and conference call with T. Ramaekers regarding documents to review for Oklahoma witnesses; prepare Notice and exhibits to Notice; file same; conference with process server regarding service on L. Rachel; E-Correspondence to M. Blackburn regarding same; E-Correspondence with M. Blackburn regarding document production and information relating to Oklahoma witnesses; Review E-Correspondence and previous documents from T. Ramaekers regarding summary of document production; coordinate information to provide to Esquire regarding court reporters for Oklahoma City; Meeting with S. Spitz regarding software for document production |
| 10/8/2009 | KAP | 1.70 | Review various correspondence among parties; Correspondence with J. Trojanowski; Conference with P. Kraft and C. Johnson re depositions of S. Carolina witnesses; Telephone conference with L. |

CWOK000085

## CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Lee re deposition issues |
| 10/8/2009 | MDB | 0.20 | Respond to email of L. Lee regarding discovery issues |
| 10/8/2009 | MDB | 2.10 | Review documents in preparation for depositions of L. Rachel, M. Chappalean and C. Crone |
| 10/8/2009 | CAJ | 3.30 | Review extended correspondence from L. Lee and P. Snyder re expert deposition, protective order and other discovery issues; Conference with K. Phansalkar re deposition of fact witnesses in preparation of the same; Conference with P. Kraft re document retrieval system in preparation to take deposition of H. Sanders and other fact witnesses; Work on Response to Motion to Compel |
| 10/8/2009 | PMK | 2.80 | Conference with K. Phansalkar regarding status; Prepare and file Return of Service on L. Rachel; Conduct additional research on L. Rachel for deposition; E-Correspondence with Esquire regarding deposition reporter and videographer in Oklahoma; Review E-Correspondence from T. Ramaekers regarding depositions, document production and review; Conferences with K. Phansalkar regarding witness updates; Conferences with M. Blackburn and C. Johnson regarding document review |
| 10/9/2009 | KAP | 1.30 | Correspondence with P. Snyder; Conference with M. Blackburn and C. Johnson re numerous issues |
| 10/9/2009 | MDB | 0.40 | Teleconference with ███████ regarding L. Rachel; Teleconference with L. Lee regarding deposition |
| 10/9/2009 | MDB | 3.20 | Review documents in preparation for deposition |
| 10/9/2009 | CAJ | 2.50 | Draft correspondence with P. Snyder re response to motion to compel; Work on Response to Motion to Compel; Telephone conference with P. Snyder re strategy for response to Defendant's Motion to Compel |
| 10/9/2009 | PMK | 2.80 | Conference calls with ████████████████ regarding subpoena; Conference with K. Phansalkar regarding witnesses and documents needed for depositions; Conferences with M. Blackburn regarding subpoenas and document production; |

CWOK000086

| Date | Initial | Hours | Description |
|---|---|---|---|
| | | | Review documents for depositions; Conference calls and E-Correspondence with Capitol Abstract regarding responsive document production; Conference with K. Phansalkar regarding document production for depositions; Conference call with T. Ramaekers regarding same; E-Correspondence with T. Ramaekers regarding same; E-Correspondence with Esquire regarding arrangements for depositions; Conference calls with process server regarding witness and document production to be obtained from Capitol Abstract; Review documents to prepare for depositions |
| 10/10/2009 | KAP | 3.80 | Review transcripts of several deponents (Goodwin, Trojanowski) |
| 10/11/2009 | MDB | 1.90 | Review documents in preparation for deposition |
| 10/12/2009 | KAP | 2.70 | Review J. Hoyt desk review on Oklahoma City appraisals; Correspondence with T. Fini re various motions; Correspondence with P. Snyder; Correspondence to and from J. Hoyt; Review deposition transcript |
| 10/12/2009 | MDB | 0.60 | Attention to emails; Teleconference with T. Fini regarding deposition of L. Rachel; Teleconferences with ████ |
| 10/12/2009 | MDB | 3.80 | Review deposition of J. Trojanowsky; Review documents produced by Capitol Abstract |
| 10/12/2009 | CAJ | 5.80 | Work on Response to Motion to Compel; Research re standard applied for claim of unduly burdensome in response to production request in preparation to respond to Motion to Compel; Draft correspondence to P. Snyder re Response to Motion to Compel; Review and revise Subpoena and Notice; Correspondence with P. Kraft and P. Snyder re the same |
| 10/13/2009 | KAP | 3.90 | Correspondence with P. Snyder, S. Union, and K. Lewallen; Review PSA; Review S. Brown and J. James deposition transcripts; Correspondence with S. Union; Correspondence with J. Trojanowski re various issues; Review and revise response to Motion to Compel |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 10/13/2009 | MDB | 3.60 | Prepare for depositions of L. Rachel, K. Lawrence and T. Stark |
| 10/13/2009 | CAJ | 6.30 | Work on Response to Motion to Compel; Draft correspondence to P. Snyder re the same; Draft affidavit in support of Response to Motion to Compel; Prepare exhibits to the same and file |
| 10/13/2009 | PMK | 0.90 | E-Correspondence with T. Ramaekers regarding depositions; Prepare deposition arrangements electronically through Esquire; Conference call with J. Smith regarding same; Document review regarding witness Harvey Sanders, III |
| 10/14/2009 | KAP | 2.30 | Review H. Sanders documents; Office conference with M. Blackburn re L. Rachel deposition and documents |
| 10/14/2009 | MDB | 3.60 | Prepare for depositions of L. Rachel, K. Lawrence and T. Stark |
| 10/14/2009 | CAJ | 0.40 | Correspondence with P. Snyder re reply to response to motion to compel; Review correspondence from Judge Cauthron's Chambers |
| 10/14/2009 | PMK | 1.50 | Conference calls with Esquire regarding preparations for depositions; prepare Capitol Abstract files for review; perform search regarding witness Sanders, III. |
| 10/15/2009 | KAP | 4.20 | Review response to Crown motion re back-up tapes; Review D. Kleszynski deposition subpoena; Correspondence to P. Snyder; Attend portion of L. Rachel deposition; Review Stark and Lawrence appraisals |
| 10/15/2009 | MDB | 7.60 | Deposition preparation; Attend deposition of L. Rachel |
| 10/15/2009 | PMK | 4.40 | Prepare for L. Rachel deposition; prepare exhibits and information for M. Blackburn; Review appraisal documents for Oklahoma loans; E-Correspondence exchanges with T. Ramaekers regarding Capitol Abstract documents; E-Correspondence with vendor regarding same; Prepare letter and CD to T. Ramaekers regarding document production |

CWOK000088

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 10/16/2009 | KAP | 4.90 | Telephone conference with ▉▉▉; Deposition of J. Hoyt; Correspondence with P. Snyder and J. Trojanowski re depositions to date; Telephone conference with ▉▉▉ |
| 10/16/2009 | MDB | 4.50 | Attend deposition of J. Hoyt; Prepare for depositions of appraisers |
| 10/16/2009 | MDB | 2.20 | Review state regulations regarding appraisers |
| 10/16/2009 | CAJ | 1.70 | Research re Uniform Standards of Professional Appraisal Practice; Research re FIRREA guidelines; Correspondence re the same in preparation of deposition of J. Hoyt |
| 10/16/2009 | PMK | 3.50 | Review documents regarding appraisals and for preparation of depositions of Stark and Lawrence; Review email from P. Snyder regarding deposition testimony; organize and manage document production; Review emails and indexes regarding document production |
| 10/18/2009 | KAP | 0.90 | Review correspondence with J. Trojanowski and correspondence to client; Telephone conference with P. Snyder re case strategy |
| 10/18/2009 | MDB | 2.70 | Prepare for depositions of Stark and Lawrence |
| 10/19/2009 | KAP | 0.70 | Correspondence to ▉▉▉ |
| 10/19/2009 | MDB | 6.20 | Prepare for depositions of appraisers |
| 10/19/2009 | PMK | 2.90 | Review documents for depositions; Prepare depositions for review and to use as exhibits |
| 10/20/2009 | KAP | 4.80 | Conference with T. Fini; Prepare deposition calendar; Telephone conference with H. Sanders re documents; Correspondence to H. Sanders; Correspondence to J. Trojanowski; Review R. Owen deposition; Correspondence with client re various matters; Review E. Stawiarski deposition |
| 10/20/2009 | MDB | 9.60 | Travel to Tulsa; Attend depositions of K. Lawrence; Return to Oklahoma City |
| 10/20/2009 | CAJ | 0.30 | Review Uniform Standard Appraisal Guidelines for 2005 |
| 10/20/2009 | PMK | 0.30 | E-Correspondence with S. Canfield regarding |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|  |  |  | depositions in Houston |
| 10/21/2009 | KAP | 2.80 | Review K. Lawrence testimony; Review J. Trojanowski correspondence; Review McDargh subpoena; Conference call with J. Trojanowski, P. Snyder, and C. Johnson re game planning; Review multiple emails from L. Lee, T. Fini, and others |
| 10/21/2009 | MDB | 6.20 | Prepare for deposition of T. Stark; Travel to Houston |
| 10/21/2009 | CAJ | 1.60 | Review extended correspondence from P. Snyder; Telephone conference with P. Snyder, K. Phansalkar and J. Trajonowski re case strategy; Review extended correspondence from L. Lee re notices and status report |
| 10/21/2009 | PMK | 3.60 | Conferences with M. Blackburn regarding document review and preparation for depositions; E-Correspondence with T. Ramaekers regarding Capitol Abstract document production and other production; Research and review documents regarding rent rolls and expenses related to Heritage Ridge; Conference calls with T. Ramaekers regarding document review and document review regarding specific searches; Prepare documents and exhibits for depositions for M. Blackburn |
| 10/22/2009 | KAP | 1.00 | Conference with C. Johnson and P. Kraft re discovery schedule |
| 10/22/2009 | MDB | 11.10 | Attend deposition of T. Stark; Return travel to Oklahoma City |
| 10/22/2009 | CAJ | 1.50 | Conference with K. Phansalkar and P. Kraft re deposition strategy; Work on Supplemental Discovery Requests |
| 10/22/2009 | PMK | 4.50 | Conference with K. Phansalkar and C. Johnson regarding case status and upcoming depositions and subpoenas to issue and document review; Research regarding firm information and location for subpoena to Smith Moore; Research regarding court jurisdiction; Research regarding location for document production within the limits required by the Federal Rules of Civil Procedure; Prepare Subpoena and exhibit for Smith Moore; Review of exhibits regarding requests for documents; E- |

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | Correspondence to K. Phansalkar regarding same; Document review for documents and information regarding Smith Moore and Harvey Sanders, III; Perform research regarding Harvey Sanders, III |
| 10/23/2009 | KAP | 3.10 | Correspondence with P. Snyder re depositions and interrogatories; Review Reply brief of LaSalle; Correspondence with L. Lee and J. Halper; Correspondence with J. Trojanowski and P. Snyder; Correspondence from and to H. Sanders; Correspondence to J. Trojanowski |
| 10/23/2009 | CAJ | 0.50 | Review multiple communications re discovery related issues in preparation of supplemental discovery requests |
| 10/25/2009 | KAP | 0.60 | Correspondence with J. Trojanowski and P. Snyder |
| 10/26/2009 | KAP | 0.50 | Review P. Snyder correspondence; Review ████████ ██████; Review subpoenas filed by LaSalle |
| 10/26/2009 | MDB | 0.30 | Attention to email from J. Davenport; Reply to email |
| 10/26/2009 | CAJ | 4.90 | Review and revise Reply to Motion to Compel Backup Tapes in preparation to file; Conference with P. Kraft re debunked USA Commercial Mortgage in order to determine proper party to serve document subpoenas; Review and revise exhibits to subpoenas; Review and revise exhibits to Reply to Motion to Compel; Prepare exhibits and file |
| 10/26/2009 | PMK | 6.10 | Perform research regarding witnesses; Prepare additional subpoenas; Prepare exhibits to each subpoena; Revise subpoenas and exhibits; Review spreadsheet from T. Ramaekers regarding subpoenas and depositions; Review multiple E-Correspondence exchanges between P. Snyder and other counsel regarding Reply brief, affidavits and additional information; E-Correspondence exchanges with T. Ramaekers regarding subpoenas and depositions and document production; E-Correspondence exchanges with C. Johnson regarding subpoenas and depositions; E-Correspondence to court reporter regarding locations and deposition arrangements; Multiple conference calls to locate witnesses and to locate information to prepare subpoenas; Review, revise Reply to Response to Motion to Compel |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Electronically Stored Information; Conferences with C. Johnson regarding same; Prepare exhibits to same; Prepare Reply and Exhibits for filing; File brief |
| 10/27/2009 | KAP | 3.40 | Conference with C. Johnson re supplemental interrogatories and production; Work through deposition schedule; Conference with work group re same; Review multiple correspondence with P. Snyder, L. Lee, and J. Trojanowski; Conference call with P. Snyder and J. Trojanowski |
| 10/27/2009 | MDB | 1.00 | Office conference with K. Phansalkar to establish discovery plan |
| 10/27/2009 | CAJ | 6.10 | Review extended correspondence from P. Snyder re case strategy; Work on supplemental discovery requests; Review extended correspondence from J. Halper re documents requests; Conference with M. Blackburn, K. Phansalkar and P. Kraft re deposition dates and strategy and subpoenas; Telephone conference with P. Snyder and J. Trojanowski re case strategy |
| 10/27/2009 | PMK | 3.90 | Continue research regarding witnesses; prepare subpoenas and exhibits; meeting with K. Phansalkar, M. Blackburn and C. Johnson regarding depositions and document production; Document review regarding witnesses; Conference calls to witnesses regarding service and contact information; E-Correspondence with M. Blackburn and K. Phansalkar regarding document review and information found on witnesses; E-Correspondence with Esquire regarding scheduling of depositions and arrangements; E-Correspondence exchanges with T. Ramaekers and C. Johnson regarding deposition testimony and exhibits; Prepare documents for C. Johnson review |
| 10/28/2009 | KAP | 3.90 | Review P. Snyder correspondence; Correspondence with L. Lee; Correspondence with T. Fini; Conference call with T. Fini, L. Lee, and S. Union re depositions; Correspondence to H. Sanders; Conference with P. Kraft; Telephone conference with L. Lee; Correspondence with T. Fini re deposition calendar; Review P. Snyder correspondence re ▪ |

CWOK000092

| **Date** | **Initial** | **Hours** | **Description** |
|----------|-------------|-----------|-----------------|
| | | | ▉▉▉ |
| 10/28/2009 | MDB | 0.30 | Teleconference with opposing counsel regarding discovery schedule |
| 10/28/2009 | MDB | 0.20 | Exchange emails regarding depositions of First American representatives |
| 10/28/2009 | CAJ | 2.80 | Review and revise Third Request for Production of Documents; Draft correspondence to P. Snyder re the same; Review extended correspondence from P. Snyder to ▉▉▉ re case strategy; Review proposed correspondence to J. Halper from P. Snyder re ▉▉▉▉ |
| 10/28/2009 | PMK | 1.20 | Work on subpoenas and exhibits; Meeting regarding status of same; Multiple E-Correspondence exchanges with T. Ramaekers and Esquire regarding depositions scheduling and arrangements; Additional research regarding witnesses and companies in Utah to prepare subpoenas and exhibits; Conference calls with multiple witnesses regarding information needed to prepare subpoenas and depositions; E-Correspondence to K. Phansalkar and C. Johnson regarding information obtained from ▉▉▉▉ and research regarding same; Review multiple E-Correspondence exchanges between P. Snyder, client and other counsel; Review E-Correspondence from T. Ramaekers and Esquire regarding additional depositions |
| 10/29/2009 | KAP | 1.40 | Correspondence with J. Trojanowski and P. Snyder; Correspondence to T. Fini re deposition issues; Correspondence with L. Lee; Correspondence with ▉ ▉▉▉ |
| 10/29/2009 | CAJ | 3.30 | Review extended correspondence between J. Trojanawski, P. Snyder and K. Phansalkar re case strategy, ▉▉▉, ▉▉▉ issues; Review and revise numerous subpoenas |
| 10/29/2009 | PMK | 4.10 | Research regarding H. Sanders, III; research locations and courts in order to prepare subpoena; E-Correspondence exchanges and conference calls with Esquire regarding arrangements for depositions and locations; Research regarding travel distances and |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | flight arrangements in order to determine location of deposition and ability to coordinate with other scheduled depositions; Conferences with K. Phansalkar and M. Blackburn regarding same; Conference calls with locations in Wiston-Salem to host deposition; Research regarding establishments to arrange deposition; Conference calls with Wake Forest University regarding arrangements and booking of conference room to host depositions; Research information regarding connecting flights from Greensboro to Greenville to determine time and date of deposition; Review and revise subpoenas and exhibits |
| 10/30/2009 | KAP | 3.10 | Review and revise subpoenas; Telephone conference with T. Fini; Correspondence to J. Trojanowski; Correspondence from P. Snyder; Telephone conference with J. Hoyt regarding subpoenas; Correspondence with ▮▮▮▮; Correspondence with T. Fini, P. Snyder, and J. Trojanowski |
| 10/30/2009 | CAJ | 1.90 | Review and revise subpoena and exhibit requesting production of documents to Smith and Moore and Harvey Sanders; Telephone conference with Smith and Moore in preparation to effect service of process; Review correspondence to H. Sanders; Conference with P. Kraft re effecting service |
| 10/30/2009 | PMK | 4.50 | Review and revise subpoenas; Conferences with M. Blackburn and C. Johnson regarding same; Conference calls with Wake Forest University regarding deposition arrangements; E-Correspondence exchanges with T. Ramaekers regarding document production; Review and revise subpoena letters to witnesses; Prepare Notices and exhibits for subpoenas; E-Correspondence exchanges with Esquire regarding subpoenas and depositions; Conference calls and E-Correspondence with process server regarding service of subpoenas; Prepare paperwork for process server; Prepare additional information to submit to process server; Conferences with M. Blackburn and C. Johnson regarding status of same |
| 10/31/2009 | KAP | 2.10 | Correspondence with P. Snyder; Review scheduling; |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | Preparation of notebook; Correspondence with ███ ██████████████ ; Telephone conference with P. Snyder re ████████████ and scheduling |

|  | Total Hours | 271.30 |  | Total Fees $ | 62,234.50 |

**Disbursements Advanced:**

| | |
|---|---:|
| Air Fares | 1,228.20 |
| Federal Express | 232.11 |
| Outside Copying Cost | 83.23 |
| PACER Access Charges | 17.92 |
| Meals | 136.12 |
| Mileage/Toll/Parking | 208.00 |
| Witness Fees | 851.70 |
| Photocopies | 339.15 |
| Taxi | 150.00 |
| Lodging Expenses | 672.67 |
| Deliveries | 140.00 |
| Research Fees | 1.95 |
| Postage | 0.44 |
| Ground Transport | 66.00 |
| Westlaw | 727.14 |
| Color Printing | 2.50 |
| Miscellaneous | 66.21 |
| Service of Process | 150.00 |
| Total Disbursements | $    5,073.34 |
| | |
| Matter Total Fees and Disbursements | $   67,307.84 |

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
November 10, 2009
Page 15

Invoice No. 2094904A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 80.40 | $ | 24,120.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 77.10 | | 21,588.00 |
| Crystal A. Johnson | CAJ | 165.00 | 49.50 | | 8,167.50 |
| Patricia M. Banner | PMB | 130.00 | 1.00 | | 130.00 |
| Paige Kraft | PMK | 130.00 | 63.30 | | 8,229.00 |
| TOTAL | | | 271.30 | $ | 62,234.50 |

CWOK000096

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

December 9, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2095884A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

### For professional services rendered through November 30, 2009:

| | |
|---|---|
| Total Current Fees and Disbursements | 70,878.04 |
| Balance Due as of December 9, 2009 | $ 70,878.04 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Remittance Copy

CWOK000097

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

December 9, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2095884A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through November 30, 2009:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 70,878.04 |
| **Balance Due as of December 9, 2009** | $ 70,878.04 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:
CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

December 9, 2009

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2095884A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through November 30, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 11/1/2009 | KAP | 0.60 | Conference with C. Johnson re K. Flessner and G. Dowden; Conference with M. Blackburn re H. Sanders |
| 11/2/2009 | KAP | 2.80 | Meeting with M. Blackburn, C. Johnson, and P. Kraft; Draft correspondence to J. Halper re second motion to amend pleadings; correspondence from ▮▮▮; Correspondence with T. Fini re K. Flessner and G. Dowden |
| 11/2/2009 | MDB | 1.00 | Office conference to plan deposition schedule |
| 11/2/2009 | CAJ | 5.60 | Telephone conference with ▮▮▮ re ▮▮▮ ▮▮▮ deposition; Conference with K. Phansalkar, M. Blackburn, and P. Kraft re depositions and subpoenas; Review and revise subpoenas and exhibits thereto; Begin review of documents in preparation for McDargh's deposition |
| 11/2/2009 | PMK | 4.60 | Work on subpoenas and exhibits; make arrangements for depositions; Meeting with K. Phansalkar, M. Blackburn and C. Johnson regarding status and projects; Conference calls with witness Judy Rex; Conference calls with witness Julie Christensen; Conference calls with witness Kerry Walker; E-Correspondence to process server regarding witnesses; Prepare letters to witnesses; Work on |

CWOK000099

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | exhibits; Conference with L. Skinner regarding same; Organize and manage documents and information regarding background information of witnesses and discovery documents pertaining to witnesses |
| 11/3/2009 | KAP | 1.30 | Review J. Trojanowsky re various issues; Meeting with C. Johnson re McDargh issues; correspondence to P. Snyder re various issues; Review M. Kooi subpoena |
| 11/3/2009 | MDB | 0.10 | Teleconference with B. Sanders regarding deposition |
| 11/3/2009 | CAJ | 4.50 | Review documents produced by McDargh in preparation for his deposition; Review and revise correspondence to deponents; Review and revise authentication of records |
| 11/3/2009 | PMK | 7.30 | Conference call and E-Correspondence to witnesses; Prepare subpoenas; E-Correspondence and conference calls with P.S. Direct regarding service on witnesses; Prepare information for P.S. Direct to request service on witnesses; Research information on witnesses and companies; Revise subpoenas for multiple witnesses; Prepare letters to be sent with subpoenas; Revise letters and contact information; Coordinate service and payment of fees; Prepare Authentication of Business Records form to be sent with letter and subpoenas; E-Correspondence with witness Julie Christensen regarding deposition and service of subpoena; Conference calls with Judy Rex regarding deposition and service of subpoena and production of documents; Conference with local process server regarding serving Judy and Marvin Rex and picking up documents; Conference with M. Blackburn and C. Johnson regarding preparation of Authentication of Business Records and service process of multiple witnesses; E-Correspondence with T. Ramaekers regarding document production |
| 11/4/2009 | KAP | 1.70 | Review Texas loan detail (Complaint and breach notices); Correspondence from and to T. Fini; Telephone conference with J. Trojanowsky; Correspondence from D. Lee |
| 11/4/2009 | MDB | 0.40 | Teleconference with B. Sanders regarding deposition |

December 9, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 11/4/2009 | CAJ | 3.20 | Prepare deposition note book for McDargh deposition; Review and revise multiple deposition subpoenas and exhibits; Review correspondence to deponents; Work on Motion to Amend |
| 11/4/2009 | PMK | 1.00 | Review and revise subpoenas to multiple witnesses; E-Correspondence and conference calls with court reporters and law firms in multiple locations to confirm deposition arrangements; E-Correspondence with P.S. Direct regarding service on witnesses; Conference with M. Blackburn and C. Johnson regarding subpoenas; Prepare and revise letters to serve with subpoenas; Make additional arrangements and confirm details regarding depositions and subpoenas; Prepare final, executed subpoenas and letters to be served; Prepare paperwork and witness fees for witnesses; E-Correspondence with Nevada counsel regarding witnesses and depositions; E-Correspondence with T. Ramaekers regarding documents and witnesses; Create and prepare spreadsheet regarding November depositions, subpoenas and production of documents; Conference calls with P.S. Direct regarding status of service; Prepare Entry of Appearance for M. Blackburn and file |
| 11/5/2009 | KAP | 2.60 | Revise J. Halper correspondence re adding claims; Review ███████ correspondence; Correspondence to P. Snyder and J. Trojanowsky; Review McDargh documents |
| 11/5/2009 | CAJ | 2.30 | Work on Motion to Amend; Review Notices of deposition and document subpoenas in preparation to file the same; Correspondence with P. Snyder re Third Request for Production of Documents |
| 11/5/2009 | PMK | 3.30 | E-Correspondence to M. Blackburn regarding service of K. Walker; Review Master Production Matrix from T. Ramaekers and review document production received at our office; E-Correspondence to T. Ramaekers of subpoena and deposition schedule spreadsheet; E-Correspondence with P.S. Direct regarding status of service of K. Walker; E-Correspondence with T. Ramaekers regarding documents production; Review E-Correspondence |

CWOK000101

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | exchanges from NAF former registered agent, J. Buckley, and C. Johnson; Review documents found in background research pertaining to NAF; Conference call with J. Buckley regarding current address to issue subpoena to NAF; E-Correspondence with T. Ramaekers regarding missing document production and documents needed from our office; E-Correspondence with C. Johnson regarding conference call with J. Buckley; Review E-Correspondence from T. Ramaekers to Esquire regarding deposition schedule; E-Correspondence to T. Ramaekers regarding same; Prepare Notice of Depositions of Judy and Marvin Rex, NAF, Julie Christensen and Kerry Walker and exhibits; file Notice and exhibits |
| 11/6/2009 | KAP | 0.70 | Review J. Trojanowsky correspondence; Correspondence with L. Lee; Conference call with P. Snyder re multiple issues |
| 11/6/2009 | MDB | 1.60 | Telephone call to ███; Review documents produced by First American |
| 11/6/2009 | CAJ | 2.30 | Work on Motion to Amend; Review correspondence from J. Trojanowsky re letter to J. Halper relating to amending Oklahoma Complaint to add parties; Conference with P. Kraft re subpoena to ███ and effecting service on ███; Telephone conference with K. Phansalkar and P. Snyder re case status and strategy |
| 11/6/2009 | PMK | 1.80 | E-Correspondence exchanges with P.S. Direct regarding affidavit of service on K. Walker and B. Sanders; E-Correspondence to M. Blackburn regarding deposition of B. Sanders; Prepare deposition schedule and email to Esquire; E-Correspondence exchanges with C. Johnson regarding preparation for upcoming depositions; Prepare new subpoena for NAF; Prepare letter to be served with subpoena; Prepare paperwork requesting service by P.S. Direct; E-Correspondence to P.S. Direct attaching subpoena, letter and request paperwork for service on K. Walker for NAF; E-Correspondence with M. Blackburn regarding production of documents to ███; Prepare and |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | send multiple emails to ███████████ ████████████████████; Review charges and records of service obtained through P.S. Direct; Conference call with P.S. Direct regarding same and proof of service still needed; Review multiple Notices filed by LaSalle; Review document production for preparation of depositions |
| 11/8/2009 | KAP | 2.40 | Review multiple P. Snyder and J. Trojanowsky correspondence re new claims and other issues; Correspondence with R. Haupt re K. Flessner; Conference with C. Johnson; Revise J. Halper correspondence |
| 11/8/2009 | CAJ | 0.70 | Review various correspondence re Third Request for Production of Documents in preparation to revise and serve the same; Review various correspondence re letter to T. Fini relating to consolidating cases and adding claims |
| 11/9/2009 | KAP | 3.90 | Correspondence with P. Snyder and J. Trojanowsky; Conference with P. Kraft and C. Johnson re document issues; Prepare outline for McDargh; Correspondence for T. Fini; Review J. Trojanowsky letter re ███████████; Revise J. Halper letter |
| 11/9/2009 | MDB | 1.00 | Office conference with K. Phansalkar regarding deposition schedule; Email to T. Fini regarding same; Teleconference with T. Fini; Telephone call to ██ ████ |
| 11/9/2009 | CAJ | 6.90 | Work on Third Request for Production of Documents; Review correspondence re document request to M. Kooi; Review various correspondence re notice letter; Work on Second Amended Complaint; Work on Motion to Amend |
| 11/9/2009 | PMK | 2.00 | Review E-Correspondence exchanges between P. Snyder, K. Phansalkar and Jackie Trojanowsky regarding additional document requests; Review E-Correspondence from P. Snyder to M. Kooi regarding subpoena production; Conference call and E-Correspondence with ███████ regarding First American document production; Prepare Notice of subpoena to K. Walker for NAF; Prepare exhibit to Notice and file; prepare documents for review by C. |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Johnson for upcoming depositions; Update deposition and subpoena spreadsheet. |
| 11/10/2009 | KAP | 3.20 | Correspondence from and to P. Snyder; Conference with M. Blackburn and C. Johnson re claims being added in Oklahoma case; Review research provided by ███████; Correspondence from and to S. Brown; Review Chowdhury notice; Telephone conference with T. Fini re deposition by telephone; Conference with M. Blackburn re Oklahoma case issues |
| 11/10/2009 | MDB | 1.00 | Office conference with K. Phansalkar and P. Kraft regarding deposition schedule; Office conference with K. Phansalkar and P. Kraft regarding deposition schedule; Office conference with K. Phansalkar regarding planning |
| 11/10/2009 | CAJ | 2.00 | Work on Motion to Amend; Review correspondence from P. Snyder re discovery requests; Draft correspondence to L. Lee re the same |
| 11/10/2009 | PMK | 3.00 | Review E-Correspondence from S. Brown regarding document production; Review and gather documents to send to T. Ramaekers; Prepare log of documents to determine status of document production; E-Correspondence to Esquire regarding changes and cancellations of depositions; E-Correspondence exchanges with P.S. Direct regarding service of subpoena to NAF; E-Correspondence to M. Blackburn regarding same; E-Correspondence exchanges with T. Ramaekers regarding document production; Review document matrix received from T. Ramaekers to compare to documents received by our office; Review fax from Smith Moore regarding document production; E-Correspondence with M. Blackburn regarding moving depositions; Conference call with J. Rex regarding deposition date; Conference calls and emails regarding deposition changes; Update deposition and subpoena spreadsheet |
| 11/11/2009 | KAP | 1.90 | Correspondence with P. Snyder; Revise McDargh outline |
| 11/11/2009 | MDB | 0.10 | Review email from P. Snyder regarding Scheduling |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | Order; Conference with C. Johnson regarding same |
| 11/11/2009 | MDB | 3.70 | Review and revise Second Amended Complaint, Motion for Leave to Amend, and Motion for Extension of Deadlines; Draft letter to M. Giese regarding subpoena |
| 11/11/2009 | CAJ | 5.80 | Work on Motion to Amend First Amended Complaint; Review correspondence from P. Snyder re motions and document production and Second Amended Complaint |
| 11/11/2009 | PMK | 3.20 | E-Correspondence exchanges with L. Skinner regarding deposition changes; make arrangements in house regarding deposition that have been rescheduled; E-Correspondence with Esquire regarding deposition changes; Conference calls J. Rex regarding document production; E-Correspondence with J. Rex attaching additional document production; Review E-Correspondence exchanges between M. Blackburn and T. Fini regarding deposition changes; Meeting with vendor regarding production process of Rex documents; E-Correspondence with P.S. Direct regarding proofs of service; Create multiple document searches for deposition review |
| 11/12/2009 | KAP | 7.40 | Attend deposition of McDargh representative; Review draft second amended complaint and motion and request to alter Scheduling Order; Correspondence with P. Snyder; Tie documents to deposition |
| 11/12/2009 | MDB | 2.60 | Review documents produced by M. Dodds; iVize search regarding M. Dodds |
| 11/12/2009 | PMK | 1.20 | Create and perform searches regarding documents to review for upcoming depositions; E-Correspondence to M. Blackburn regarding same; Prepare revised deposition schedule; E-Correspondence exchanges with Esquire regarding same; E-Correspondence exchanges with Utah law firm regarding deposition details and arrangements; Update deposition and subpoena spreadsheet; Review document production to update spreadsheet |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 11/13/2009 | KAP | 0.80 | Correspondence with P. Snyder; Telephone conferences with T. Fini re claims issues; Correspondence with P. Snyder re Defendant's position |
| 11/13/2009 | CAJ | 1.80 | Review various correspondence from P. Snyder re Motion to Extend All Deadlines, Application to Amend and Second Amended Complaint; Review and revise Motion to Extend and Application to Amend and file; Review correspondence from T. Fini re the same |
| 11/13/2009 | PMK | 1.30 | Prepare documents for review by M. Blackburn for upcoming depositions |
| 11/15/2009 | KAP | 3.50 | Review expert stipulation; Review correspondence with P. Snyder and T. Brown; Correspondence to ▮ ▮ re local counsel; Telephone conference with P. Snyder re trial progress and pending issues |
| 11/16/2009 | MDB | 0.70 | Review email from B. Harvey; Email to T. Fini; Review letter from Buckley regarding document production; Email to S. Canfield regarding travel arrangements |
| 11/16/2009 | MDB | 3.80 | Preparation for deposition of Dodds, Christensen and Walker; Review documents |
| 11/16/2009 | PMK | 2.60 | Conference with M. Blackburn regarding upcoming depositions and document review; E-Correspondence exchanges with M. Blackburn and S. Canfield regarding same; Review Notices and subpoenas filed by LaSalle to update deposition and subpoena spreadsheet; Update spreadsheet; Create and perform multiple document searches regarding witness Smith; Conference call with K. Walker regarding documents; E-Correspondence with Esquire regarding changes to the Chappelear and Crone depositions; Conference with vendor regarding document production status; E-Correspondence exchanges with P.S. Direct regarding charges; prepare updated deposition schedule and email to Esquire; Review Notices and subpoenas to confirm dates and times of depositions |
| 11/17/2009 | KAP | 1.60 | Correspondence with P. Snyder and ▮ ▮; Review |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | court order |
| 11/17/2009 | MDB | 4.60 | Deposition preparation; Teleconference with M. Giese regarding subpoena to Leatherwood Smith |
| 11/18/2009 | KAP | 3.10 | Review NFR contract; Correspondence with P. Snyder re multiple issues; Multiple correspondence with ▇▇▇; Telephone conference with J. Hoyt re expert issues; Telephone conferences with ▇▇▇ and ▇▇▇ re status; Conference with M. Blackburn re depositions; Review ▇▇▇▇▇ subpoena; Correspondence with ▇▇▇ re same |
| 11/18/2009 | MDB | 3.50 | Deposition preparation for Dodds, Christensen, Wallace and Smith; Teleconference with J. Troast; Teleconference with J. Troast; Teleconference with K. Walker; Email to T. Fini |
| 11/18/2009 | CAJ | 4.60 | Review correspondence from P. Snyder re order on Motion for Extension; Communications with court clerk re the same and Amended Complaint; Review documents in preparation of K. Walker and J. Christianson's depositions |
| 11/19/2009 | KAP | 1.80 | Telephone conference with T. Fini; Review First American documents produced; Telephone conference with ▇▇▇ re decision to appear at deposition; Correspondence to and from P. Snyder |
| 11/19/2009 | MDB | 9.00 | Travel to S. Carolina for deposition of M. Dodds; Preparation for deposition of M. Dodds |
| 11/19/2009 | CAJ | 5.70 | Review documents produced by First American Title in preparation for deposition of NAF representatives; Review documents relating to Brett Smith in preparation for his deposition; Review documents in preparation for M. Dodd's deposition; Correspondence with M. Blackburn re the same |
| 11/19/2009 | PMK | 4.10 | Review dos regarding question of loans pertaining to NAF; Create and perform document searches regarding specific witnesses; E-Correspondence with C. Johnson regarding same; Conferences with C. Johnson regarding document review; E-Correspondence with Esquire regarding deposition arrangements; E-Correspondence with Utah law firm regarding depositions; Conference call with K. |

CWOK000107

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Walker regarding document production; E-Correspondence to M. Blackburn regarding same; E-Correspondence to M. Blackburn regarding deposition arrangements; Conference with C. Johnson regarding deposition preparation; Review and manage documents received from opposing counsel and third parties; Conference calls with Smith Moore regarding document production |
| 11/20/2009 | KAP | 1.90 | Telephone conference with ▮▮▮▮▮▮▮ re North Carolina property; Correspondence with P. Snyder; Review L. Lee correspondence re addition of claims; Correspondence with J. Trojanowsky; Revise deposition calendar; Correspondence to P. Snyder summarizing LaSalle's position |
| 11/20/2009 | MDB | 15.00 | Preparation for and attend deposition of M. Dodds; Return to Oklahoma City |
| 11/20/2009 | CAJ | 5.00 | Review documents relating to Heritage Ridge in preparation for deposition of NAF representatives; Telephone conference with J. Christiansen re her deposition; Prepare exhibits for depositions |
| 11/20/2009 | PMK | 2.20 | Review, summarize and organize document production; Review additional documents received from First American for deposition preparation; E-Correspondence to T. Ramaekers regarding document production; Prepare document production to send to T. Ramaekers; Meet with vendor regarding additional document production; Conference call with J. Christensen regarding deposition; E-Correspondence to C. Johnson and M. Blackburn regarding same; E-Correspondence with Esquire regarding depositions; E-Correspondence with C. Johnson regarding document review; E-Correspondence to T. Ramaekers attaching First American's additional document production; Update deposition and subpoena spreadsheet |
| 11/21/2009 | KAP | 1.90 | Telephone conferences with P. Snyder re expert issues and discovery schedule; Review correspondence with J. Trojanowsky and G. Markel |
| 11/21/2009 | MDB | 3.20 | Review documents and prepare for depositions |

CWOK000108

December 9, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 11/22/2009 | MDB | 13.20 | Travel to Salt Lake City; Preparation for depositions of J. Christensen and K. Walker |
| 11/22/2009 | CAJ | 1.80 | Various communications with M. Blackburn in preparation for depositions of National Apartment Finance Representatives; Review documents in preparation for same; Review correspondence re case deadlines |
| 11/23/2009 | KAP | 2.80 | Correspondence to M. Blackburn re broker issues; Correspondence to J. Trojanowsky re North Carolina loan; Correspondence from and to ▮▮▮▮; Review orders in case; Correspondence with P. Snyder re same; Review discovery schedule; Conference with M. Blackburn re ongoing discovery |
| 11/23/2009 | MDB | 10.60 | Preparation for depositions of K. Walker and B. Smith; Attend deposition of J. Christensen; Preparation of deposition of B. Smith |
| 11/23/2009 | CAJ | 2.50 | Correspondence with M. Blackburn re exhibit for deposition of NAF representatives; Prepare documents and send to N. Skolout re the same; Review transcript of A. Lee in preparation for B. Smith's deposition; Correspondence with M. Blackburn re the same; Review Court's order on motion for extension and Defendant's Motion to Compel |
| 11/23/2009 | PMK | 2.10 | Review documents produced from opposing counsel and third parties; Summarize and organize document production; Conference with vendor regarding additional third party production; E-Correspondence to T. Ramaekers regarding same; Review Notices and subpoenas previously issued to compare with document production received; Create Notice and subpoena notebook for tracking depositions and document production; Update deposition and subpoena spreadsheet; E-Correspondence to T. Ramaekers regarding deposition of K. Roper |
| 11/24/2009 | KAP | 4.40 | Correspondence with P. Snyder and J. Trojanowsky re ▮▮▮▮ issues; Review order on electronic tape; Correspondence with P. Snyder; Telephone conference with T. Fini re expert reports; Review draft discovery responses; Review LaSalle objection |

CONNER & WINTERS, LLP
LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | to motion; Telephone conference with J. Trojanowsky re expert selection; Correspondence with P. Snyder; Telephone conference with J. Halper; Multiple correspondence to P. Snyder re various issues; Telephone conference with J. Trojanowsky re lawsuit victory in Ohio; Correspondence with J. Trojanowsky; Correspondence with ▓▓▓▓ re expert issues |
| 11/24/2009 | MDB | 13.10 | Preparation for deposition of K. Walker; Attend deposition K. Walker; Preparation for deposition of B. Smith |
| 11/24/2009 | CAJ | 2.20 | Review order on Plaintiff's Motion to Compel Electronically Stored Information; Draft Responses to Defendant's Third Request for Production |
| 11/24/2009 | PMK | 1.90 | E-Correspondence exchanges with T. Ramaekers regarding document production and depositions; Conference call with T. Ramaekers regarding same; Conference with C. Johnson regarding subpoenas to third party witnesses and documents received; Conference with K. Phansalkar regarding document production and depositions; Conference with L. Skinner regarding document management; Update spreadsheet regarding depositions and subpoenas; E-Correspondence to Jackie Trojanowsky attaching deposition transcripts; Organize electronic production; Conference with J. Powell regarding document management and organization processes; Conference call with vendor regarding pending document production; E-Correspondence with Esquire regarding missing deposition transcripts and deposition exhibits; E-Correspondence with T. Ramaekers regarding same; E-Correspondence with M. Blackburn regarding deposition schedule |
| 11/25/2009 | KAP | 3.10 | Review court order re extension of deadlines; Correspondence with P. Snyder and J. Trojanowsky; Correspondence with ▓▓▓▓; Correspondence to ▓▓▓▓; Correspondence to ▓▓▓▓; Correspondence with M. Blackburn re collective management agreements; Correspondence with P. Snyder re experts and depositions; Correspondence with J. Trojanowsky; Multiple correspondence with |

December 9, 2009

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | P. Snyder, J. Trojanowsky, and LaSalle counsel re various items |
| 11/25/2009 | MDB | 16.10 | Preparation for and attend deposition of B. Smith; Return to Oklahoma City |
| 11/25/2009 | CAJ | 4.40 | Review order on Plaintiff's Motion to File Second Amended Complaint in preparation to advise; Review various correspondence re case strategy in light of ███████████████████████████ ; Conference with K. Phansalkar re Responses to Defendant's Third Request for Production; Deposition preparation for NFR and Rex depositions; Various correspondence re location of additional NFR documents |
| 11/25/2009 | PMK | 0.40 | Review and organize document production and deposition transcripts; E-Correspondence with T. Ramaekers and Esquire regarding depositions; E-Correspondence exchanges with T. Ramaekers regarding additional document production; Multiple conferences with K. Phansalkar and C. Johnson regarding document production and depositions; E-Correspondence to K. Phansalkar, P. Snyder and C. Johnson regarding same |
| 11/26/2009 | CAJ | 2.50 | Review documents produced by NFR in preparation for deposition of NFR representatives; Conference with K. Phansalkar and M. Blackburn re case strategy; Prepare for deposition of Rexs |
| 11/27/2009 | KAP | 1.10 | Conference with M. Blackburn and C. Johnson; Correspondence with J. Trojanowsky |
| 11/29/2009 | KAP | 1.20 | Correspondence from P. Snyder; Conference with C. Johnson re Rex depositions upcoming |
| 11/29/2009 | CAJ | 4.50 | Review documents produced on Ivise in preparation for deposition of NFR representatives; Review appraisal and previous inspection reports in preparation for deposition of NFR representatives; Review extended correspondence from P. Snyder re case strategy; Prepare outline for depositions of NFR representatives |
| 11/30/2009 | KAP | 2.00 | Correspondence with P. Snyder re case primary |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | issues; Correspondence with T. Fini; Review revised stipulation; Correspondence with L. Lee; Correspondence with P. Snyder re Oklahoma order; Conference with C. Johnson re depositions |
| 11/30/2009 | MDB | 3.80 | Preparation for depositions of M. Chappalean and C. Clone |
| 11/30/2009 | CAJ | 8.80 | Prepare for deposition of J. Rex and M. Rex; Take the deposition of J. Rex; Take the deposition of M. Rex; Review various correspondence re case status, strategy, and pending discovery issues; Conference with M. Blackburn and K. Phansalkar re deposition of Rexes |
| 11/30/2009 | PMK | 3.30 | Prepare documents and CD to be sent to T. Ramaekers; Conference with vendor regarding additional production; Conference call with Esquire regarding depositions; E-Correspondence with Esquire regarding same; Conferences with C. Johnson regarding Rex depositions; Conference calls with ▮▮▮▮▮▮▮▮ regarding ▮▮▮▮▮▮; Review documents and prepare exhibits for depositions; Organize production of subpoenaed documents and deposition transcripts and exhibits; Conference with M. Blackburn regarding deposition preparation for First American Title witnesses; Conference with Fini regarding Sanders deposition; Create and prepare documents to be used as exhibits at deposition |

|  | Total Hours | 288.20 |  | Total Fees $ | 66,188.50 |
|--|-------------|--------|--|--------------|-----------|

**Disbursements Advanced:**

| | |
|---|---|
| Air Fares | 1,548.00 |
| Federal Express | 54.99 |
| Outside Copying Cost | 129.79 |
| Meals | 469.62 |
| Mileage/Toll/Parking | 54.00 |
| Witness Fees | 510.00 |
| Photocopies | 142.05 |

| | | |
|---|---|---:|
| Taxi | | 50.00 |
| Lodging Expenses | | 701.04 |
| Postage | | 3.66 |
| Westlaw | | 240.39 |
| Color Printing | | 136.00 |
| Service of Process | | 650.00 |
| Total Disbursements | $ | 4,689.54 |
| | | |
| Matter Total Fees and Disbursements | $ | 70,878.04 |

Balance Due.......................................................................................................$    70,878.04

CWOK000113

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
December 9, 2009
Page 16

Invoice No. 2095884A KAP
Client No. 12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 57.70 | $ | 17,310.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 108.10 | | 30,268.00 |
| Crystal A. Johnson | CAJ | 165.00 | 77.10 | | 12,721.50 |
| Paige Kraft | PMK | 130.00 | 45.30 | | 5,889.00 |
| TOTAL | | | 288.20 | $ | 66,188.50 |

CWOK000114

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

January 12, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2097221A KAP

Re: LaSalle Bank, N.A.

Remittance Copy

---

**INVOICE SUMMARY**

**For professional services rendered through December 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 48,258.32 |
| **Balance Due as of January 12, 2010** | $ 48,258.32 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 12, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2097221A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through December 31, 2009:**

|  |  |
|---|---|
| Total Current Fees and Disbursements | 48,258.32 |
| **Balance Due as of January 12, 2010** | $ 48,258.32 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

**CONNER & WINTERS**
ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 12, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2097221A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through December 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/1/2009 | KAP | 1.10 | Conference with C. Johnson re First American representative depositions; Telephone conference with P. Snyder re Kleszynski depo issue; Correspondence with P. Snyder |
| 12/1/2009 | MDB | 5.60 | Prepare for and attend depositions of M. Chappelean and C. Crone |
| 12/1/2009 | CAJ | 5.90 | Assist in preparing for deposition of First American Title Representatives; Attend deposition of M. Chappelear and C. Crone; Research re ▓▓▓▓▓▓ relating to expert witnesses; Conference with K. Phansalkar re the same |
| 12/1/2009 | PMK | 1.40 | Process additional document received and prepare for delivery to T. Ramaekers; Prepare letter and documents and CDs to be sent to T. Ramaekers; Review summarize and organize document production and deposition transcripts and exhibits |
| 12/2/2009 | KAP | 3.10 | Correspondence with P. Snyder re fact witness issues; Correspondence with J. Trojanowsky; Conference call with P. Snyder, J. Trojanowsky, M. Blackburn, and C. Johnson re all pending issues; Correspondence with J. Trojanowsky, P. Snyder, and T. Fini; Review draft order re case deadlines; |

CWOK000117

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Correspondence with P. Snyder |
| 12/2/2009 | MDB | 2.00 | Office conference with K. Phansalkar, C. Johnson, P. Snyder and T. Trojanowsky regarding status and discovery |
| 12/2/2009 | CAJ | 4.50 | Review proposed correspondence to J. Halper re continued depositions; Draft order at request of Court relating to extension of deadlines; Extended telephone conference with J. Trojanowsky, P. Snyder, M. Blackburn and K. Phansalkar re case strategy; Work on 30(b)(6) Notice of Deposition to LaSalle; Correspondence with L. Lee re new deadlines; Research re ▓▓▓▓▓▓▓▓▓▓; Work on brief summary of previous depositions in preparation for pending depositions |
| 12/2/2009 | PMK | 0.50 | Review letter form P. Snyder regarding depositions and letter to opposing counsel; Review E-Correspondence from Jackie Trojanowsky regarding depositions of various witnesses; E-Correspondence with Esquire regarding confirmation of Sanders deposition; Review E-Correspondence and letter from P. Snyder to Halper regarding deposition scheduling; Review E-Correspondence from C. Johnson regarding Order fixing new deadlines |
| 12/3/2009 | KAP | 1.20 | Correspondence to J. Trojanowsky; Conference with C. Johnson re various issues and scheduling orders; Correspondence with client; Correspondence with ▓ ▓▓▓▓▓▓▓▓▓▓ |
| 12/3/2009 | CAJ | 3.30 | Work on 30(b)(6) notice to LaSalle; Correspondence with P. Snyder re inspection by NFR completed for Capmark; Review and revise Order Fixing New Deadlines; Draft Correspondence re the same |
| 12/3/2009 | PMK | 2.40 | Review E-Correspondence from opposing counsel regarding Order fixing new dates; E-Correspondence exchanges with T. Ramaekers regarding depositions and exhibits and obtaining transcripts of Lewallen and Lawrence deposition transcripts; Review and organize documents and research regarding witnesses and deposition information; Review information to receipt of all document production to date, and to confirm that all documents have been produced to T. |

CWOK000118

# CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Ramaekers and opposing counsel |
| 12/4/2009 | KAP | 1.20 | Review and revise second 30(b)(6) notice to LaSalle; Correspondence with P. Snyder and J. Trojanowsky; Review L. Lee correspondence re discovery issues |
| 12/4/2009 | CAJ | 0.80 | Draft correspondence from P. Snyder re 30(b)(6) notice and trial setting; Review and revise 30(b)(6) Notice; Correspondence re strategy for topics contained in notice |
| 12/4/2009 | PMK | 0.60 | E-Correspondence with T. Ramaekers regarding depositions and document production; Conference calls with Judge Cauthron's clerk regarding current Scheduling Order and extensions and questions as to amended rules; E-Correspondence to K. Phansalkar, M. Blackburn and C. Johnson regarding information received regarding Judge's decision to apply old rules to this matter |
| 12/5/2009 | KAP | 0.80 | Review P. Snyder and J. Trojanowsky emails ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ re Forum; Correspondence with P. Snyder re same |
| 12/6/2009 | KAP | 0.90 | Review ▓▓▓▓▓ correspondence re MFG programs |
| 12/7/2009 | KAP | 1.30 | Review J. Hoyt desk review on Hillandale; Review LaSalle's motion for fees; Correspondence with P. Snyder |
| 12/7/2009 | CAJ | 4.30 | Review correspondence from J. Halper re Third Set of Discovery Requests; Conference re the same; Review documents produced by Smith and Moore in preparation for B. Sanders deposition; Conference with M. Blackburn re the same; Review and analyze LaSalle's Application for Attorney's Fees in preparation to file objection / response; Review and draft correspondence to P. Snyder re the same |
| 12/7/2009 | PMK | 1.90 | Review E-Correspondence from T. Ramaekers regarding subpoenas and document production and status; Review E-Correspondence from T. Ramaekers regarding deposition transcripts; E-Correspondence exchanges with T. Ramaekers regarding deposition costs and procedures for payment; Review file and CDs regarding deposition testimony of Lawrence and Lewallen; Conference call with Esquire regarding |

# CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | retrieval of transcripts and exhibits; E-Correspondence exchanges with TSG Reporting regarding deposition transcripts and exhibits; E-Correspondence exchanges with T. Ramaekers regarding same; Review E-Correspondence from TSG instructing download procedure from FTP website; Download transcripts and exhibits from FTP website; Multiple E-Correspondence exchanges with M. Blackburn regarding deposition transcript of B. Smith; Coordinate payment to court reporter to obtain transcript and video of B. Smith; Review E-Correspondence and spreadsheet from TR regarding depositions and exhibits; E-Correspondence to K. Phansalkar, M. Blackburn and C. Johnson regarding message from Judge's clerk; E-Correspondence to S. Law regarding deposition transcript of Lawrence |
| 12/8/2009 | MDB | 1.00 | Office conference with C. Johnson regarding preparation for deposition of B. Sanders; Preparation for deposition of B. Sanders |
| 12/8/2009 | CAJ | 7.00 | Review documents produced by B. Sanders; Review documents on Ivise relating to closing of Hillandale in preparation for deposition of B. Sanders; Work on deposition outline for B. Sanders; Conference with M. Blackburn re deposition of B. Sanders |
| 12/8/2009 | PMK | 2.00 | Conference with L. Skinner regarding payment of invoice for deposition transcript; Review files and documents and compare to spreadsheet provided by T. Ramaekers regarding depositions, subpoena document production and exhibits; Organize documents and information; Update spreadsheet |
| 12/9/2009 | KAP | 1.10 | Review LaSalle motion re fees; Correspondence to J. Trojanowsky re H. Sanders deposition; Conference with C. Johnson and M. Blackburn re case issues |
| 12/9/2009 | MDB | 3.40 | Preparation for deposition of B. Sanders; Office conference with C. Johnson regarding deposition |
| 12/9/2009 | CAJ | 3.90 | Work on deposition outline for B. Sanders; Prepare exhibits to the same and ship them to South Carolina for deposition of B. Sanders; Conference with M. Blackburn re deposition of B. Sanders |

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| 12/9/2009 | PMK | 4.50 | E-Correspondence exchanges with J. Rex regarding deposition review; Conferences with C. Johnson and M. Blackburn regarding preparation of documents for Sanders deposition; Perform searches and review documents regarding Sanders deposition; Review documents and matrix regarding document production to determine origin of specific documents; Multiple E-Correspondence exchanges with T. Ramaekers regarding same; Conference with C. Johnson regarding documents in question; Perform search regarding specific document and compare to documents produced by LaSalle; Review letter regarding specific documents and send summary of same to M. Blackburn and C. Johnson; Prepare documents and exhibits for Sanders deposition; Assist with overall deposition preparations |
| 12/10/2009 | KAP | 3.50 | Correspondence with P. Snyder; Docket trial deadlines; Telephone conference with T. Fini re expert issues; Review ▮▮▮ issues; Conference call with P. Snyder and ▮▮▮ re ▮▮▮ deposition; Correspondence with J. Edwards re court order on experts; Correspondence to T. Fini; Telephone conference with P. Snyder re to do list in cases; Review J. Halper correspondence |
| 12/10/2009 | MDB | 7.90 | Preparation for deposition of B. Sanders; Travel to Greenville, South Carolina |
| 12/10/2009 | CAJ | 5.90 | Review and revise deposition outline for B. Sanders; Conference with M. Blackburn re deposition of B. Sanders; Conference with K. Phansalkar re the same; Review documents produced relating to Winwood and Hillandale on Ivise, advise M. Blackburn of the same; Correspondence with M. Blackburn re deposition of B. Sanders; Correspondence re Plaintiff's Responses to LaSalle's Third Request for Production of Documents |
| 12/10/2009 | PMK | 0.40 | Review E-Correspondence exchanges from P. Snyder; Review deposition list from T. Ramaekers to confirm depositions noticed by Defendant; Review docket to confirm deposition notices; E-Correspondence with T. Ramaekers regarding depositions and document production |

CWOK000121

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/11/2009 | KAP | 2.80 | Telephone conference with P. Snyder; Review proposed correspondence with J. Halper; Telephone conference with M. Blackburn re Sanders deposition; Telephone conference with J. Trojanowsky; Correspondence to P. Snyder re Oklahoma discovery rules; Conference with C. Johnson re motions and responses required; Correspondence with L. Lee |
| 12/11/2009 | MDB | 14.00 | Preparation for deposition of B. Sanders; Attend deposition of B. Sanders; Return to Oklahoma City |
| 12/11/2009 | CAJ | 2.50 | Review correspondence from J. Trojanowsky re deposition of B. Sanders; Telephone conference with M. Blackburn re the same; Review extended correspondence from J. Halper re deposition notices; Correspondence with P. Snyder and K. Phansalkar re the same; Review proposed letter from P. Snyder responding to J. Halper discovery letter; Conference with K. Phansalkar re the same; Correspondence with P. Snyder re meet and confer requirements; Review correspondence from J. Halper responding to P. Snyder's letter of earlier in the day on deposition / discovery issues |
| 12/11/2009 | PMK | 1.50 | Review document production and deposition transcripts to send to T. Ramaekers; Prepare letter regarding same; Review E-Correspondence from Jackie Trojanowsky regarding Sanders deposition; E-Correspondence exchange with T. Ramaekers regarding deposition exhibits; Review E-Correspondence exchanges regarding deposition notices and list of same; Review court docketing, files and deposition schedule regarding notices filed by Plaintiff; Compare findings to spreadsheet prepared by T. Ramaekers; Review docket to confirm all notices of subpoenas and depositions filed by each party to prepare log and confirm status of document production; Work on process in which to organize and manage document production, depositions and exhibits thereto |
| 12/13/2009 | KAP | 1.10 | Correspondence with P. Snyder and J. Trojanowsky; Conference with C. Johnson re projects to complete; Review L. Lee correspondence |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/13/2009 | CAJ | 0.40 | Review multiple correspondence from P. Snyder re meet and confer call and need for Motion to Enforce Discovery Stipulation |
| 12/14/2009 | KAP | 3.10 | Conference call with P. Snyder and J. Halper; Correspondence from P. Snyder re various issues; Conference with J. Trojanowsky; Review J. Trojanowsky correspondence; Review L. Lee correspondence; Review multiple issues with C. Johnson re discovery motion; Conference call with C. Johnson |
| 12/14/2009 | CAJ | 6.20 | Telephone conference with K. Phansalkar, P. Snyder and opposing counsel re discovery related issues in preparation to file motion to allow depositions in excess; Research re case law on seeking interrogatories and depositions in excess of statutory limit; Review various correspondence from J. Halper re discovery issues; Review LaSalle's Responses to Plaintiff's Third Set of Request for Production and Interrogatories; Telephone conference with P. Snyder re Motion for Leave to Take Depositions in Excess of Ten; Review correspondence from J. Halper re Plaintiff's objections to Defendant's discovery requests |
| 12/14/2009 | PMK | 1.90 | Review E-Correspondence from T. Ramaekers regarding deposition and document production; Review updated spreadsheet from T. Ramaekers regarding deposition notices; E-Correspondence with T. Ramaekers regarding same; E-Correspondence and conference with C. Johnson regarding initial disclosures filed in Ohio; Revise deposition spreadsheet; Review E-Correspondence from P. Snyder regarding production of privilege log requested by LaSalle; E-Correspondence exchanges with L. Skinner regarding document production to T. Ramaekers; E-Correspondence exchanges with T. Ramaekers regarding status of documents entered into database and review spreadsheet regarding same |
| 12/15/2009 | KAP | 3.10 | Conference with C. Johnson re discovery motion; Review old emails for Defendant's acquiescence to deposition schedule; Correspondence to P. Snyder; Correspondence to J. Trojanowsky re joint status |

CWOK000123

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | report stipulations; Multiple correspondence with P. Snyder |
| 12/15/2009 | CAJ | 6.90 | Work on Motion to Take Depositions in Excess of Federal Rules presumptive limit |
| 12/15/2009 | PMK | 1.30 | E-Correspondence exchange with T. Ramaekers regarding deposition notices; Organize deposition transcripts, exhibits and document production received in response to subpoenas issued by Crown, and subpoenas issued by LaSalle |
| 12/16/2009 | KAP | 1.80 | Review J. Halper correspondence re LaSalle's position; Correspondence with P. Snyder; Conference with P. Snyder and C. Johnson re strategy issues |
| 12/16/2009 | CAJ | 8.40 | Correspondence with P. Snyder re Joint Status Report and effect on Motion to Take Depositions in Excess; Review correspondence from J. Halper re deposition limit; Conference with K. Phansalkar re case strategy in light of J. Halper's objection based on deposition limit; Telephone conference with P. Snyder and K. Phansalkar re case strategy; Review correspondence file in preparation to draft motion relating to discovery stipulation; Work on Motion to Enforce Discovery Stipulation |
| 12/16/2009 | PMK | 3.10 | Research for contact information of witnesses to be subpoenaed for depositions; Research regarding courts for subpoenas to be issued out of; Research regarding various locations for depositions; Review E-Correspondence exchanges regarding depositions and notice; Conferences with C. Johnson regarding witnesses and subpoenas; E-Correspondence exchanges with P. Snyder, C. Johnson and T. Ramaekers regarding witnesses; Prepare spreadsheet containing information found for each witness; Compare information to information provided by T. Ramaekers from previous filings; Prepare subpoenas |
| 12/17/2009 | KAP | 1.80 | Conference with C. Johnson; Review motion re discovery dispute; Review P. Snyder correspondence re discovery issues |
| 12/17/2009 | MDB | 1.00 | Review and revise motion to enforce discovery stipulation |

CWOK000124

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/17/2009 | CAJ | 7.90 | Work on Motion to Enforce Discovery Stipulation; Various communications with P. Snyder and J. Trajonawsky re the same; Conference with M. Blackburn re same; Review and revise Motion; Prepare exhibits to Motion and file |
| 12/17/2009 | PMK | 3.30 | Perform research to find witnesses in order to prepare subpoenas and notice; Multiple E-Correspondence exchanges with T. Ramaekers, P. Snyder and C. Johnson regarding information found on witnesses and preparation of subpoenas and notice; Review emails from C. Johnson and T. Ramaekers regarding depositions taken by LaSalle; Review docket and deposition calendar regarding depositions taken by LaSalle and send email to C. Johnson and T. Ramaekers updating list; E-Correspondence exchanges with court reporters regarding location to host deposition; Multiple E-Correspondence exchanges regarding location of depositions and updates on witness information, preparation of subpoenas and date changes; Prepare and revise notice |
| 12/18/2009 | KAP | 0.80 | Review Court order; Correspondence with P. Snyder, J. Trojanowsky and others; Review L. Lee correspondence |
| 12/18/2009 | CAJ | 0.60 | Review correspondence re privilege log; Correspondence re motion to seek interrogatories in excess of limit; Conference re privilege log |
| 12/18/2009 | PMK | 1.00 | Review E-Correspondence exchanges regarding privilege log and letter to be sent to opposing counsel; Organize information found on witnesses |
| 12/20/2009 | KAP | 0.40 | Review P. Snyder correspondence; Review L. Lee correspondence |
| 12/21/2009 | KAP | 1.80 | Review LaSalle's responses to third Interrogatories and document requests; Review J. Hoyt critique of Hillandale appraisal; Correspondence to J. Trojanowsky and P. Snyder re same; Review L. Lee correspondence |
| 12/21/2009 | CAJ | 0.50 | Work on Motion to Seek Interrogatories in Excess of Limit |

CWOK000125

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/21/2009 | PMK | 1.20 | Review E-Correspondence and spreadsheet regarding document production and status of remaining documents to be added to database; Review E-Correspondence exchanges regarding depositions and document production; Perform background research to locate witnesses; Revise subpoenas according to Notice; Organize documents received and manage deposition transcripts and document production |
| 12/22/2009 | KAP | 3.40 | Review P. Snyder agenda of items to handle; Review LaSalle opposition to discovery motion; Conference with C. Johnson and telephone conference with P. Snyder re various issues; Correspondence to J. Trojanowsky re J. Hoyt report; Review correspondence re Hawkins subpoena; Review Court's ruling; Telephone conference with C. Johnson and P. Snyder re same |
| 12/22/2009 | CAJ | 8.50 | Review and analyze Defendant's Response to our Motion to Enforce Discovery Stipulation in preparation to respond; Telephone conference with P. Snyder and K. Phansalkar re the same; Work on Reply to Response to Motion to Enforce Discovery Stipulation; Review and analyze Judge's order on the same |
| 12/22/2009 | PMK | 2.50 | Review E-Correspondence exchanges regarding depositions; Review E-Correspondence exchanges regarding question of document produced by Hoyt; Review file documents and emails regarding information about Hoyt deposition and documents produced; Review Hoyt deposition and exhibits; Conferences with K. Phansalkar and M. Blackburn regarding same; Conference call with opposing counsel regarding Hoyt document production |
| 12/23/2009 | KAP | 2.40 | Correspondence with P. Snyder and T. Fini; Review expert stipulation with P. Snyder; Correspondence with T. Fini re various issues; Telephone conference with T. Fini; Review L. Lee correspondence; correspondence with P. Snyder; Revise and file Stipulation and Order |
| 12/23/2009 | CAJ | 0.50 | Review and analyze proposed correspondence to J. Halper re deposition schedule and interrogatory issue |

## CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|---|---|---|---|
| | | | in light of the Court's order on our Motion to Enforce Discovery Stipulation; Conference with K. Phansalkar re expert stipulation |
| 12/24/2009 | KAP | 1.10 | Review P. Kraft correspondence; Conference with P. Kraft re deposition subpoenas; Review correspondence re ▬ and ▬ |
| 12/24/2009 | CAJ | 0.40 | Review correspondence from P. Snyder re deposition scheduling; Review correspondence to J. Halper re the same |
| 12/26/2009 | KAP | 2.80 | Review video deposition excerpts ▬ ▬; Review demonstrative exhibits ▬; Correspondence to P. Snyder re deposition scheduling |
| 12/28/2009 | KAP | 0.90 | Correspondence with P. Snyder; Review and revise response brief re attorneys' fees |
| 12/28/2009 | PMK | 1.00 | Conference and E-Correspondence with C. Johnson regarding depositions; Review E-Correspondence from K. Phansalkar regarding same; Review emails regarding status of depositions and details; Review documents received from court reporter regarding Rex depositions; E-Correspondence to K. Phansalkar regarding same; E-Correspondence to T. Ramaekers regarding same; Review and file Response to Motion for Attorney Fees |
| 12/29/2009 | KAP | 0.80 | Correspondence with L. Fuhror and P. Snyder; Conference with P. Kraft; Correspondence with P. Snyder re various issues |
| 12/29/2009 | CAJ | 0.50 | Review notices for deposition subpoenas; Conference re the same and scheduling |
| 12/29/2009 | PMK | 0.70 | Review emails regarding depositions; Conference with C. Johnson regarding depositions and subpoenas; Revise subpoenas; Research information regarding witnesses |
| 12/30/2009 | KAP | 1.40 | Correspondence with P. Snyder re discovery issues; Conference with C. Johnson re same; Correspondence with J. Trojanowsky; Conference with M. Blackburn and P. Kraft |
| 12/30/2009 | CAJ | 2.90 | Review correspondence re the interrogatory issue; |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Research re ███████████████████ |
| 12/30/2009 | PMK | 2.40 | Perform research to locate witnesses; Review multiple E-Correspondence regarding depositions; Conference with K. Phansalkar regarding same; Conference calls with witnesses; E-Correspondence regarding same; Work on deposition calendar |
| 12/31/2009 | KAP | 1.40 | Correspondence to P. Snyder; Conference with C. Johnson re deposition preparation; Correspondence to all parties re depositions; Correspondence with P. Snyder and J. Trojanowsky; Correspondence with L. Lee and L. Fuhrer |
| 12/31/2009 | CAJ | 2.00 | Conference re deposition preparation of Iacovella and Broughton; Conference and correspondence re deposition scheduling and notices; Research re ██████ |
| 12/31/2009 | PMK | 2.00 | E-Correspondence with T. Ramaekers regarding witnesses; Review E-Correspondence regarding same; Review E-Correspondence between parties regarding depositions; Prepare deposition schedule |

Total Hours    199.40                    Total Fees $    41,757.00

**Disbursements Advanced:**

| | |
|---|---|
| Air Fares | 2,445.10 |
| Federal Express | 159.91 |
| Meals | 119.18 |
| Mileage/Toll/Parking | 24.00 |
| Witness Fees | (80.00) |
| Photocopies | 133.05 |
| Taxi | 115.00 |
| Lodging Expenses | 863.59 |
| Deliveries | 133.94 |
| Research Fees | 65.50 |
| Outside Copying Cost | 414.61 |

| | | |
|---|---|---|
| Color Printing | | 111.50 |
| Professional Service | | 89.69 |
| Miscellaneous | | 40.00 |
| Service of Process | | 425.00 |
| Transcript | | 1,441.25 |
| Total Disbursements | $ | 6,501.32 |
| Matter Total Fees and Disbursements | $ | 48,258.32 |

Balance Due..................................................................................$   48,258.32

CWOK000129

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
January 12, 2010
Page 14

Invoice No. 2097221A KAP
Client No. 12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 45.10 | $ | 13,530.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 34.90 | | 9,772.00 |
| Crystal A. Johnson | CAJ | 165.00 | 83.80 | | 13,827.00 |
| Paige Kraft | PMK | 130.00 | 35.60 | | 4,628.00 |
| TOTAL | | | 199.40 | $ | 41,757.00 |

CWOK000130