# EXHIBIT 2
# PART 2

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 25, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2097583A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through December 31, 2009:**

| | |
|---|---|
| Total Current Fees and Disbursements | 602.43 |
| **Balance Due as of January 25, 2010** | **$ 602.43** |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:        CONNER & WINTERS
                 4000 One Williams Center
                 Tulsa, Oklahoma 74172-0148

CWOK000131

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

January 25, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2097582A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through December 31, 2009:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 602.43 |
| **Balance Due as of January 25, 2010** | $ 602.43 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

January 25, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002                    Invoice No. 2097582A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through December 31, 2009

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 12/28/2009 | CAJ | 3.60 | Draft Objection and Response to Application for Attorney's Fees; Conference re deposition subpoenas; File Objection to Fee Application |

|  | Total Hours | 3.60 | Total Fees $ | 594.00 |
|--|-------------|------|--------------|--------|

**Disbursements Advanced:**

| | | |
|--|--|--|
| Postage | | 8.43 |
| Total Disbursements | $ | 8.43 |
| Matter Total Fees and Disbursements | $ | 602.43 |

Balance Due.................................................................................................$    602.43

CWOK000133

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
January 25, 2010
Page 2

Invoice No. 2097582A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Crystal A. Johnson | CAJ | 165.00 | 3.60 | $ | 594.00 |
| TOTAL | | | 3.60 | $ | 594.00 |

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

February 10, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2098217A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

For professional services rendered through January 31, 2010:

| | |
|---|---:|
| Total Current Fees and Disbursements | 81,355.52 |
| Balance Due as of February 10, 2010 | $    81,355.52 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:       CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000135

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

February 10, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter No. 12327-0002

Invoice No. 2098217A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through January 31, 2010:**

|  |  |
|---|---|
| Total Current Fees and Disbursements | 81,355.52 |
| **Balance Due as of February 10, 2010** | $  81,355.52 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000136

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

February 10, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2098217A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through January 31, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 1/3/2010 | KAP | 0.50 | Review P. Snyder correspondence; Review deposition schedule |
| 1/4/2010 | KAP | 2.10 | Correspondence with J. Trojanowsky and P. Snyder; Telephone conferences with ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆; Review Judge's Order; Correspondence with P. Snyder re various issues, including protective order |
| 1/4/2010 | CAJ | 3.60 | Conference with K. Phansalkar re deposition strategy for Iacovella and Broughton; Conference with P. Kraft re privilege log; Draft extended correspondence to P. Snyder re ▆▆▆▆▆▆▆▆▆▆; Conduct document searches on Ivise in preparation of depositions of Iacovella and Broughton; Draft spreadsheet re fees on Motion to Enforce Settlement Stipulation |
| 1/4/2010 | PMK | 0.50 | E-Correspondence with T. Ramaekers regarding witness; Research on witness to determine contact information to issue a subpoena |
| 1/5/2010 | KAP | 1.90 | Correspondence from J. Trojanowsky re ▆▆▆▆▆▆ ▆▆▆▆; Correspondence from J. Halper re discovery schedule; Correspondence to P. Snyder re attorneys' fee statement; Correspondence with P. Snyder re discovery schedule; Correspondence to P. Snyder re |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|------|---------|-------|-------------|
| | | | deposition preparation; Correspondence to J. Halper and L. Lee; Review P. Snyder correspondence to J. Halper |
| 1/5/2010 | CAJ | 4.50 | Review and revise chart for request for fees on motion to enforce discovery stipulation; Review documents on Ivise in preparation of Iacovella deposition; View ███████████████ ██████████ representing systemic issues |
| 1/5/2010 | PMK | 1.90 | Review email exchanges regarding depositions; Outline changes and possible dates regarding depositions to update deposition calendar; Review documents and files regarding privileged documents; Prepare Notice for Broughton and Iacovella; Review previous documents produced and reviewed; Organize production |
| 1/6/2010 | KAP | 2.60 | Correspondence with J. Halper and P. Snyder; Conference with P. Kraft re deposition subpoenas; Review subpoenas and notices; Review proposed order for stipulation; Correspondence with J. Trojanowsky |
| 1/6/2010 | CAJ | 4.90 | Deposition preparation of K. Goldberg, review documents in order to prepare witness outline; Draft stipulation on attorney fee award; Draft order re the same and file |
| 1/6/2010 | PMK | 1.00 | Conference with/ K. Phansalkar regarding depositions and subpoenas; Review and revise Joint stipulation on Attorney Fees Award and proposed Order; File Joint Stipulation and submit proposed Order to the Judge; Review privilege documents to determine process regarding the preparation of a privilege log |
| 1/7/2010 | KAP | 4.10 | Work on deposition scheduling; Commence preparation for Iocavella deposition; Multiple correspondence with P. Snyder re various issues; Correspondence with J. Trojanowsky; Correspondence with L. Lee; Extended telephone conference with P. Snyder re discovery issues; Correspondence re ██████ depositions |
| 1/7/2010 | CAJ | 6.10 | Deposition preparation of K. Goldberg, review documents on Ivise in order to prepare witness |

CWOK000138

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | outline |
| 1/8/2010 | KAP | 3.20 | Review question list for deponent; Conference with C. Johnson re various issues; Correspondence with P. Snyder and S. Union; Review L. Lee draft correspondence; Review LaSalle documents produced late |
| 1/8/2010 | CAJ | 5.50 | Deposition preparation for K. Iacovella, including reviewing documents from Royal Oaks, Hillandale and Palm Terrace, and continued preparation of witness outline; Prepare exhibits for deposition |
| 1/8/2010 | PMK | 1.00 | E-Correspondence with C. Johnson regarding document review; E-Correspondence to P. Snyder and K. Phansalkar with update of contact information; E-Correspondence with T. Ramaekers regarding obtaining documents from FTP site; Conference with C. Johnson regarding deposition exhibits and documents to review for depositions; E-Correspondence with C. Johnson regarding documents to review for depositions received from T. Ramaekers; Review multiple E-Correspondence exchanges regarding depositions; Conference with K. Phansalkar regarding deposition schedule; Review privilege information to determine best process to review and record log of privilege documents; E-Correspondence with Esquire regarding scheduling depositions; E-Correspondence with T. Ramaekers regarding same |
| 1/9/2010 | KAP | 1.10 | Conference with C. Johnson re discovery topics for K. Iocavella; Correspondence with P. Snyder and J. Trojanowsky; Review privilege log sample |
| 1/9/2010 | CAJ | 6.30 | Deposition preparation for K. Iacovella, including reviewing documents from Royal Oaks, Hillandale and Palm Terrace, and continued preparation of witness outline; Review and incorporate questions for Iacovella ███████████ |
| 1/10/2010 | KAP | 2.20 | Correspondence with P. Snyder; Review proposed K. Iocavella questions; Review proposed document exhibits |
| 1/10/2010 | CAJ | 2.70 | Deposition preparation for K. Iacovella; Review and |

CWOK000139

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | revise witness outline; Prepare exhibits for the same |
| 1/11/2010 | KAP | 4.20 | Multiple email correspondence with P. Snyder and J. Trojanowsky; Correspondence with L. Lee; Correspondence with L. Broughton; Correspondence with and telephone conference with T. Fini; Continued review of K. Iocavella documents; Review deposition notices; Conference with P. Kraft; Multiple correspondence with J. Trojanowsky; Multiple correspondence with P. Snyder |
| 1/11/2010 | CAJ | 1.50 | Review various correspondence re deposition schedule and deposition testimony re K. Iacovella; Conference with K. Phansalkar deposition preparation of K. Iacovella; Review ███████ ███ in preparation for her deposition |
| 1/11/2010 | PMK | 2.00 | Review multiple E-Correspondence exchanges regarding depositions; E-Correspondence with T. Ramaekers regarding subpoena to T. Watson; Update deposition schedule; Conferences with K. Phansalkar regarding deposition schedule; Conference with K. Phansalkar and C. Johnson regarding deposition review; E-Correspondence with T. Ramaekers regarding deposition preparation; Multiple E-Correspondence exchanges with Esquire regarding deposition arrangements; Research regarding deposition locations; Review Federal Rules regarding deposition restrictions; Prepare and revise Notice to Take Depositions and file; E-Correspondence with Nevada counsel regarding Notice |
| 1/12/2010 | KAP | 5.70 | ███████████; Conference call with P. Snyder ████; Correspondence with P. Snyder and J. Trojanowsky; Correspondence with S. Union; Finalize preparation for depositions; Telephone conference ██████ |
| 1/12/2010 | KAP | 0.50 | Correspondence from J. Trojanowsky ████████; Correspondence with P. Snyder |
| 1/12/2010 | CAJ | 0.30 | Review various correspondence re extension on deadline for filing expert report; Conference with K. Phansalkar re deposition of K. Iacovella and case |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | deadlines |
| 1/12/2010 | PMK | 1.00 | Review E-Correspondence regarding depositions; Revise deposition schedule; Research regarding witness T. Watson; Review documents regarding T. Watson; ███████████████; Conference call with T. Watson; Prepare subpoena and exhibit for same; E-Correspondence with T. Ramaekers regarding depositions and document preparation; E-Correspondence with Esquire regarding arrangements for depositions; Organize witness files; Conferences with K. Phansalkar and C. Johnson regarding witnesses and depositions |
| 1/13/2010 | KAP | 6.00 | Correspondence with P. Snyder; Correspondence with S. Union; Prepare exhibits for deposition; Review and respond to correspondence re discovery schedule; Telephone conference with L. Broughton re deposition issues; Review draft correspondence; Review deposition excerpt of LaSalle personnel relative to K. Iocavella; Conference with P. Kraft |
| 1/13/2010 | PMK | 2.80 | Review E-Correspondence regarding deposition changes; E-Correspondence with Esquire regarding same; Review E-Correspondence from P. Snyder and opposing counsel regarding deposition schedule; Revise deposition schedule; E-Correspondence with T. Ramaekers regarding deposition schedule; E-Correspondence with P. Snyder regarding arrangements for Rubin deposition; E-Correspondence regarding privilege review; Review files and CDs regarding privilege documents; Conference with K. Phansalkar regarding deposition; Prepare exhibits for deposition; E-Correspondence with L. Skinner regarding deposition documents |
| 1/14/2010 | KAP | 10.90 | Travel to Chicago, IL, for deposition; Deposition of K. Iocavella-Goldberg; Multiple correspondence with P. Snyder re ██████████████ and █████ ████████; Correspondence with L. Lee re extension of case deadlines; Correspondence with J. Trojanowsky re summary of deposition |
| 1/14/2010 | CAJ | 2.70 | Review various correspondence re deposition strategy and scheduling; Draft exhibit for T. Watson's |

CWOK000141

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | subpoena; Deposition preparation for T. Arnold; Conference with K. Phansalkar re preparation on upcoming depositions of C. Krawitz and T. Arnold |
| 1/14/2010 | PMK | 1.00 | E-Correspondence with T. Ramaekers regarding depositions and documents; Review E-Correspondence with Esquire regarding deposition scheduling; Review E-Correspondence exchanges regarding deposition schedule and extension of time; Review E-Correspondence regarding privilege review; Revise deposition calendar; Review docket regarding deposition notices and subpoenas previously issued; Review E-Correspondence regarding emails previously produced by Jackie Trojanowsky; E-Correspondence to P. Snyder and K. Phansalkar regarding same; Set up privilege review process; Conference with C. Johnson regarding Watson subpoena; E-Correspondence with T. Ramaekers regarding same; E-Correspondence with P. Snyder regarding subpoena; Review E-Correspondence from P. Snyder regarding Watson documents |
| 1/15/2010 | KAP | 4.10 | Correspondence with P. Snyder and J. Trojanowsky re various issues; Conference with C. Johnson re upcoming depositions; Return travel to Oklahoma City; Correspondence with P. Snyder and J. Trojanowsky re ▮▮▮▮▮ |
| 1/15/2010 | CAJ | 8.70 | Deposition preparation for T. Arnold, including ▮▮▮▮▮▮▮▮▮▮, reviewing transactional documents from project underwritten by T. Arnold, reviewing testimony from other underwrites ▮▮▮▮▮▮, and reviewing a portion of documents from Ivise ▮▮▮▮▮▮▮ |
| 1/15/2010 | PMK | 2.90 | E-Correspondence with T. Ramaekers regarding depositions and documents; Review E-Correspondence exchanges regarding deposition schedule; Review E-Correspondence regarding privilege review; Revise deposition calendar; Review docket regarding deposition notices and subpoenas previously issued; Work on privilege review process and log |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 1/16/2010 | KAP | 0.90 | Conference with C. Johnson re depositions of C. Krawitz and T. Arnold; Review P. Snyder correspondence |
| 1/16/2010 | CAJ | 6.00 | Deposition preparation for T. Arnold, including reviewing all documents from Ivise referencing ▮▮; Reviewing and revising deposition outline for T. Arnold deposition |
| 1/17/2010 | KAP | 6.20 | Review C. Krawitz prior deposition; Correspondence with P. Snyder re ▮▮▮▮▮; Review K. Flessner fraud emails; Review T. Watson documents; Correspondence with ▮▮ re ▮▮▮▮; Review T. Arnold deposition outline; Conference with C. Johnson re same |
| 1/17/2010 | CAJ | 9.50 | Deposition preparation for C. Krawitz, including ▮▮▮▮▮▮▮▮, and reviewing ivise documents referencing Krawitz |
| 1/18/2010 | KAP | 7.60 | Correspondence with P. Snyder re ▮▮▮▮; Correspondence with client re motion to file; Complete preparation of T. Arnold deposition outline; Multiple correspondence with P. Snyder and J. Trojanowsky; Correspondence with ▮▮▮▮; Correspondence with ▮▮; Correspondence to T. Fini; Review stipulation revisions; Correspondence with P. Snyder and J. Trojanowsky; Review C. Krawitz information outline |
| 1/18/2010 | CAJ | 9.00 | Telephone conference with T. Watson re subpoena; Draft correspondence to P. Snyder re the same; Review various correspondence re extension of deadlines; Continued preparation for deposition of C. Krawitz, including review of all documents with Krawitz's involvement and preparation of outline for deposition and preparation of exhibits for the same |
| 1/19/2010 | KAP | 13.00 | Preparation for C. Krawitz deposition; Correspondence with P. Snyder and J. Trojanowsky re same; Review exhibits for Krawitz deposition; Correspondence with J. Trojanowsky re questions for depositions; Travel to Chicago, IL, for depositions; Continued preparation for depositions; Conference |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | with P. Kraft and C. Johnson; Correspondence with J. Trost and J. Halper; Run through on T. Arnold deposition |
| 1/19/2010 | MDB | 0.70 | Office conference with P. Kraft regarding deposition preparation and details for deposition of P. Rubin |
| 1/19/2010 | CAJ | 6.80 | Continued preparation for deposition of C. Krawitz, specifically organizing exhibits and completing outline; Conference with K. Phansalkar re the same; Draft Joint Application for Extension; Draft order relating to the same; Review notice of subpoena to T. Watson; Correspondence with opposing counsel re Joint Application |
| 1/19/2010 | PMK | 2.00 | Review documents and prepare privilege log; Prepare Notice regarding Watson; Prepare return of service of subpoena and prepare as exhibit to Notice; File Notice; Update deposition schedule; E-Correspondence to T. Ramaekers regarding same; E-Correspondence with T. Ramaekers regarding deposition preparation; E-Correspondence with Esquire regarding deposition arrangements; Prepare Joint Application for Extension of Deadlines for filing; E-Correspondence to court with proposed Order; Conferences with C. Johnson regarding privilege log; E-Correspondence with T. Ramaekers regarding same; E-Correspondence with Watson regarding subpoena; Conference with M. Blackburn regarding Rubin deposition; E-Correspondence to S. Canfield regarding same |
| 1/20/2010 | KAP | 10.90 | Conduct T. Arnold deposition; Correspondence with L. Lee and P. Snyder re deposition and discovery issues; Final review of C. Krawitz deposition |
| 1/20/2010 | CAJ | 5.50 | Conference with P. Kraft re privilege log; Research of Tenth Circuit case law re required contents of privilege log; Prepare for deposition of P. Rubin, including ███████████ |
| 1/20/2010 | PMK | 2.50 | Review E-Correspondence regarding depositions; E-Correspondence to C. Johnson regarding privilege log; Conferences with C. Johnson regarding same; Conference call with T. Ramaekers and C. Johnson |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | regarding privilege log; E-Correspondence with T. Ramaekers regarding same; Work on privilege log |
| 1/21/2010 | KAP | 11.90 | Conduct deposition of C. Krawitz; Return travel to Oklahoma City, OK; Correspondence with P. Snyder, J. Trojanowsky, and K. Gallagher |
| 1/21/2010 | CAJ | 3.30 | Prepare for deposition of P. Rubin; Draft correspondence to opposing local counsel re local rules on calculating deadlines; Review various correspondence re upcoming depositions; Telephone conference with K. Phansalkar re depositions of T. Arnold and C. Krawitz ▮▮▮▮▮▮▮▮▮▮▮▮; Review various correspondence re depositions; Review correspondence from P. Snyder re T. Watson |
| 1/21/2010 | PMK | 2.00 | Review and manage deposition transcripts, exhibits and document production; Review new order regarding extension of deadlines and calculate docketing deadline; Review E-Correspondence exchanges regarding depositions; Work on privilege log |
| 1/22/2010 | KAP | 1.90 | Correspondence with P. Snyder and J. Trojanowsky; Conference with C. Johnson re T. Watson issues; Conference with P. Kraft re deposition issues |
| 1/22/2010 | MDB | 4.30 | Review deposition of P. Rubin; Prepare for deposition of P. Rubin |
| 1/22/2010 | CAJ | 4.50 | Draft memorandum for M. Blackburn and K. Phansalkar summarizing relevant issues and individuals for each loan in preparation of further depositions; Prepare for deposition of P. Rubin, including preparing outline for deposition and reviewing all documents from Ivise ▮▮▮▮▮▮▮▮▮▮▮▮; Telephone conference with T. Watson re deposition; Draft correspondence to P. Snyder re the same |
| 1/22/2010 | PMK | 2.00 | Organize and manage deposition transcripts and exhibits; Review E-Correspondence regarding depositions; Conference with K. Phansalkar regarding depositions; Update deposition calendar; Conference with C. Johnson regarding privilege log; |

CWOK000145

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | Conference with T. Ramaekers regarding same |
| 1/23/2010 | CAJ | 6.00 | Prepare for deposition of P. Rubin, including preparing outline for deposition and reviewing all documents ███████████████████; Correspondence with P. Snyder re T. Watson |
| 1/24/2010 | KAP | 2.00 | Review various LaSalle issues; Telephone conference with and correspondence with P. Snyder; Conference with C. Johnson re Rubin issues; Correspondence with L. Lee; Correspondence with P. Snyder |
| 1/24/2010 | MDB | 2.10 | Review deposition of P. Rubin; Prepare for deposition |
| 1/24/2010 | CAJ | 5.10 | Prepare for deposition of P. Rubin, including preparing outline for deposition and reviewing all documents ██████████; Correspondence with K. Phansalkar and M. Blackburn re the same; Correspondence with P. Snyder re privilege log |
| 1/25/2010 | KAP | 4.70 | Review correspondence with P. Snyder and L. Lee; Conference with M. Blackburn and C. Johnson re P. Rubin deposition; Correspondence with J. Trojanowsky re various issues; Telephone conference with K. Blaney; Telephone conference with P. Snyder re various issues; Conference call with ███ ██████, J. Trojanowsky, and P. Snyder re breach issues |
| 1/25/2010 | MDB | 7.40 | Review depositions of M. Dodds, K. Lawrence, B. Smith and T. Stark; Review and arrange documents |
| 1/25/2010 | CAJ | 9.40 | Prepare for deposition of P. Rubin, including preparing outline for deposition and reviewing all documents █████████████; Review depositions of appraisers and review appraisals in preparation to depose Rubin on appraisal issues; Conference with K. Phansalkar and M. Blackburn re case strategy; Draft correspondence to T. Watson re document production; Assist in preparing exhibits for Rubin deposition; Review and analyze ████████ ███████████████████ in preparation for Rubin's deposition |
| 1/25/2010 | PMK | 1.00 | Review E-Correspondence regarding Watson |

CWOK000146

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | deposition; Review E-Correspondence regarding deposition update; Review E-Correspondence regarding deposition summary; Review E-Correspondence to opposing counsel regarding depositions and privilege log; Prepare Watson subpoena for deposition; Prepare Notice for Watson deposition and exhibit thereto; File Notice; Conference with C. Johnson regarding service of subpoena; Conferences with T. Ramaekers regarding ████████ and production review; Process and manage deposition transcripts and exhibits; E-Correspondence with Esquire regarding depositions |
| 1/26/2010 | KAP | 3.90 | Correspondence from S. Brown; Correspondence with L. Lee; Review J. Trojanowsky correspondence; Revise correspondence re privilege log; Conference with M. Blackburn; Review documents produced by T. Watson; Review questions from P. Snyder and J. Trojanowsky re ████ |
| 1/26/2010 | MDB | 12.60 | Preparation of for deposition of P. Rubin; Travel to Kenosha, Illinois; Preparation for deposition |
| 1/26/2010 | CAJ | 6.50 | Finalize exhibits for deposition of P. Rubin; Draft correspondence to L. Lee re contents of privilege log; Review various correspondence from J. Trojanowsky and P. Snyder re deposition of P. Rubin; Review and revise issue summary; Telephone conference with T. Watson re documents; Review and analyze documents produced by T. Watson; Prepare Watson documents for Rubin deposition; Correspondence with opposing counsel re the same; Telephone conference with P. Snyder re the same; Telephone conference with M. Blackburn re T. Watson documents in preparation for P. Rubin deposition |
| 1/26/2010 | PMK | 1.50 | Review E-Correspondence regarding deposition schedule; Update deposition calendar; Conference call with T. Ramaekers regarding same; E-Correspondence with T. Ramaekers regarding deposition arrangements; E-Correspondence with Esquire regarding depositions; Conference call with hotel regarding deposition arrangements |
| 1/27/2010 | KAP | 1.80 | Conference with C. Johnson re ████ issues; Correspondence with P. Snyder; Correspondence re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | agenda items; Correspondence with S. Union; Telephone conference with L. Broughton |
| 1/27/2010 | MDB | 10.60 | Attend deposition of P. Rubin; Return to Milwaukee |
| 1/27/2010 | CAJ | 2.00 | Conference with K. Phansalkar re deposition of F. Rael in preparation for the same; Correspondence with T. Ramaekers re the same; Review and analyze Rael's previous deposition in preparation for the same |
| 1/27/2010 | PMK | 2.00 | Conference call with Court Reporter for Rael deposition; E-Correspondence to T. Ramaekers regarding depositions and document production; Revise deposition schedule; Manage and organize electronic documents and deposition transcripts; Review E-Correspondence regarding depositions; Review E-Correspondence regarding ███████████; E-Correspondence to K. Phansalkar regarding ███████████; Meeting with L. Skinner regarding document production; Prepare Notice for Rael, Hanawa and Micka depositions; Prepare Amended Notice for Gembara and Grossman; E-Correspondence regarding same; File Notices; E-Correspondence to Nevada Counsel regarding same |
| 1/28/2010 | KAP | 2.40 | Conference with M. Blackburn re Rubin deposition; Correspondence with P. Snyder re agenda items; Correspondence with J. Trojanowsky re ██████ issues; Review correspondence re ███████ and other issues; Prepare portion of agenda outline |
| 1/28/2010 | MDB | 6.10 | Travel to Houston and Dallas in return for depositions |
| 1/28/2010 | CAJ | 2.00 | Work on deposition preparation for F. Rael, including reviewing deposition testimony and testimony of others relating to Rael |
| 1/29/2010 | KAP | 2.80 | Conference call with P. Snyder, T. Raemakers, J. Trojanowsky, C. Johnson, and P. Kraft; Correspondence with S. Union; Correspondence with P. Snyder re various issues |
| 1/29/2010 | MDB | 0.40 | Teleconference with counsel and client |
| 1/29/2010 | CAJ | 2.80 | Prepare for case strategy session; Telephone conference with P. Snyder, J. Trojanowsky, P. Kraft, |

CONNER & WINTERS, LLP
LAWYERS

February 10, 2010

| Date | Initial | Hours | Description |
|---|---|---|---|
| | | | T. Raemakers, and M. Blackburn re case strategy |
| 1/29/2010 | PMK | 1.70 | Team conference call; Prepare Amended Notice for 30(b)(6) deposition and exhibit; E-Correspondence to P. Snyder, K. Phansalkar and C. Johnson regarding same; Update deposition calendar; Review ███ documents |
| 1/30/2010 | KAP | 1.50 | Review J. Trojanowsky issues; Review P. Snyder correspondence |
| 1/30/2010 | MDB | 4.30 | Return travel to Oklahoma City |
| 1/30/2010 | CAJ | 6.00 | Work on deposition preparation for F. Rael, including reviewing all documents ███ |
| 1/31/2010 | KAP | 3.10 | Correspondence to P. Snyder re depo schedule; Review underwriting operations manual; Correspondence to P. Snyder re same; Review various documents located by T. Raemakers |
| 1/31/2010 | CAJ | 4.50 | Work on deposition preparation for F. Rael, including reviewing documents ███ and preparing outline for deposition |

Total Hours 336.70

Total Fees $ 76,824.50

**Disbursements Advanced:**

| | |
|---|---|
| Air Fares | 2,482.60 |
| Federal Express | 128.69 |
| PACER Access Charges | 54.40 |
| Meals | 181.60 |
| Mileage/Toll/Parking | 92.00 |
| Photocopies | 40.05 |
| Taxi | 222.00 |
| Lodging Expenses | 492.56 |
| Research Fees | 84.85 |
| Outside Copying Cost | 232.26 |
| Westlaw | 490.01 |
| Travel Expenses | 30.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 4,531.02 |
| Matter Total Fees and Disbursements | $ | 81,355.52 |
| Balance Due............................................................................................... | $ | 81,355.52 |

CWOK000150

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
February 10, 2010
Page 15

Invoice No. 2098217A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 123.70 | $ | 37,110.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 48.50 | | 13,580.00 |
| Crystal A. Johnson | CAJ | 165.00 | 135.70 | | 22,390.50 |
| Paige Kraft | PMK | 130.00 | 28.80 | | 3,744.00 |
| TOTAL | | | 336.70 | $ | 76,824.50 |

CWOK000151

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

March 11, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2099317A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through February 28, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 57,336.76 |
| **Balance Due as of March 11, 2010** | $ 57,336.76 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:      CONNER & WINTERS
               4000 One Williams Center
               Tulsa, Oklahoma 74172-0148

CWOK000152

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

March 11, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2099317A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

### For professional services rendered through February 28, 2010:

| | |
|---|---|
| Total Current Fees and Disbursements | 57,336.76 |
| **Balance Due as of March 11, 2010** | $ 57,336.76 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:     CONNER & WINTERS
              4000 One Williams Center
              Tulsa, Oklahoma 74172-0148

CWOK000153

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

March 11, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2099317A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through February 28, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 2/1/2010 | KAP | 3.70 | Review documents provided by L. Lee re audit; Review ▬▬▬ issues; Correspondence with P. Snyder re deposition schedule; Review OCC issues; Review mortgage fraud book portions; Correspondence to ▬▬▬ |
| 2/1/2010 | CAJ | 7.20 | Work on deposition preparation for F. Real, including reviewing documents ▬▬▬▬▬▬ and completing outline for deposition; Prepare exhibits for deposition of F. Rael; Review correspondence from J. Trojanowsky to incorporate in the same |
| 2/1/2010 | PMK | 0.90 | Review E-Correspondence regarding depositions and document production |
| 2/2/2010 | KAP | 4.00 | Correspondence to P. Snyder re document requests; Correspondence with L. Lee re stipulation under Rule 32; Preparation for F. Rael deposition; Review proposed deposition outline; Telephone conference with ▬▬▬ re ▬▬▬ expert testimony; Correspondence with P. Snyder and J. Trojanowsky; Revise deposition outline |
| 2/2/2010 | CAJ | 5.50 | Review and revise deposition outline for F. Rael's deposition; Conference with K. Phansalkar re the same; Review and analyze deposition testimony of C. |

CWOK000154

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | Krawitz in preparation for the same; Review ███ ███████████████████ in preparation for the deposition of F. Rael; Correspondence with T. Raemakers re documents involving ████████ ████████████████████; Finalize exhibits for Rael deposition |
| 2/2/2010 | PMK | 1.10 | Review E-Correspondence regarding depositions and document production; Revise 30(b)(6) Notice; E-Correspondence to K. Phansalkar and C. Johnson regarding same |
| 2/3/2010 | KAP | 3.60 | Correspondence with P. Snyder; Review privilege log status; Prepare exhibits for F. Rael deposition; Correspondence to J. Trojanowsky; Correspondence to ██████ |
| 2/3/2010 | CAJ | 1.80 | Telephone conference with Judge Cauthron's clerk re various trial issues; Work ████████ ████████████ in preparation for trial and designation of deposition testimony |
| 2/3/2010 | PMK | 1.40 | Review E-Correspondence from Steve Brown regarding privileged documents; E-Correspondence exchanges with T. Ramaekers regarding document production; E-Correspondence exchanges with T. Ramaekers regarding deposition transcripts; E-Correspondence change with T. Ramaekers regarding contacts and witness information |
| 2/4/2010 | CAJ | 4.90 | Draft proposed stipulation regarding previous deposition testimony; Draft proposed Order relating to the same; Draft additional set of discovery requests; Work on ████████████████ in preparation for trial and designation of deposition testimony |
| 2/4/2010 | PMK | 0.70 | Review emails from T. Ramaekers to Esquire regarding upcoming deposition and requested court reporter; Review and save deposition transcripts and exhibits |
| 2/5/2010 | KAP | 1.00 | Review L. Lee correspondence; Correspondence with P. Snyder re various issues |
| 2/5/2010 | CAJ | 1.90 | Review correspondence re deposition summaries and deposition schedules; Telephone conference with |

CWOK000155

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Judge Cauthron's clerk re the trial schedule; Review and revise Requests for Production of Documents |
| 2/7/2010 | KAP | 1.90 | Correspondence with J. Trojanowsky re deponent's testimony; Review proposed questions for A. Hanawa; Correspondence to P. Snyder re Cadwalader's representation of ex-employees |
| 2/8/2010 | KAP | 4.20 | Review and revise discovery requests and stipulation; Correspondence with P. Snyder; Review Bank of America guidelines; Conference call with ▮▮▮ and P. Snyder re ▮▮▮▮▮▮; Correspondence to ▮▮▮; Correspondence with P. Snyder |
| 2/8/2010 | CAJ | 1.60 | Draft correspondence to L. Lee re privilege log; Review and revise ▮▮▮▮▮ in preparation for trial; Review correspondence and attachments from P. Snyder re conflict in representation of multiple ex-employees ▮▮▮▮▮▮▮▮▮▮; Review and revise Stipulation, Order on Stipulation and Discovery Requests; Draft correspondence to P. Snyder re the same |
| 2/9/2010 | KAP | 2.90 | Various correspondence from L. Lee, P. Snyder, and others re various issues; Review discovery and document issues for LaSalle and Crown; Review correspondence re depositions to be taken; Correspondence with J. Trojanowsky |
| 2/9/2010 | MDB | 0.60 | Review and revise email to opposing counsel regarding privilege log |
| 2/9/2010 | CAJ | 1.70 | Review correspondence from L. Lee re contents of privilege log; Conference with K. Phansalkar re the same; Review various correspondence from K. Phansalkar and P. Snyder re proposed response to L. Lee re privilege log; Draft correspondence to L. Lee re the same; Review correspondence from LaSalle counsel regarding 30(b)(6) deposition; Correspondence re ▮▮▮ and documents in production relating to the same |
| 2/10/2010 | KAP | 2.00 | Correspondence from and to P. Snyder re various issues; Conference with P. Kraft and C. Johnson re privilege log issues; Review Project 30 documents |

CWOK000156

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 2/10/2010 | CAJ | 3.90 | Review extended correspondence from L. Lee re privilege log; Extended conference with P. Kraft re status of privilege log; Draft correspondence re the same; Conference with K. Phansalkar re privilege log; Correspondence with P. Snyder re the same; Draft correspondence to L. Lee re privilege log dispute; Review and revise Stipulation on Rule 32; Review and revise order relating to the same; Review and revise discovery requests; Correspondence to P. Snyder re the same; Conference with K. Phansalkar re additional discovery requests |
| 2/11/2010 | KAP | 1.20 | Correspondence with ▮▮▮▮; Correspondence re deposition scheduling; Correspondence with P. Snyder and J. Trojanowsky re Flessner credit report |
| 2/11/2010 | CAJ | 4.50 | Review correspondence from J. Trajonowsky and P. Snyder re discovery requests; Review and revise discovery requests accordingly; Draft correspondence to Nevada counsel re the same; Draft correspondence to L. Lee re discovery requests; Review stipulation and order; Draft correspondence to J. Halper re the same; Review correspondence from P. Snyder re credit report; Review Flessner credit report; Review documents re Project 30 in preparation for Hanawa and Tadda depositions; Review ▮▮▮▮ research relating to ▮▮▮▮ in preparation to advise re the same |
| 2/12/2010 | KAP | 1.20 | Review P. Snyder and L. Lee correspondence; Conference with C. Johnson re legal research; Correspondence with client re appraisal issues |
| 2/12/2010 | CAJ | 4.60 | Review correspondence from P. Snyder re research relating to ▮▮▮▮; Conduct research re ▮▮▮▮; Review deposition notices; Draft correspondence to P. Snyder re research findings on conflict issue; Correspondence with P. Snyder re redaction issue |
| 2/12/2010 | PMK | 1.20 | Conference call with T. Ramaekers regarding depositions and document production; Review multiple emails regarding depositions; Revise and |

CWOK000157

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | update deposition calendar; E-Correspondence exchanges with T. Ramaekers regarding same; Review past emails from T. Ramaekers and Esquire regarding deposition scheduling; Conferences with C. Johnson regarding depositions and notices; Prepare new Notice to take depositions; prepare Amended Notice to take depositions; E-Correspondence exchanges with P. Snyder regarding same; E-Correspondence with T. Ramaekers regarding Privilege Log; Review and revise Oklahoma Privilege Log; Conference with C. Johnson regarding Oklahoma documents |
| 2/13/2010 | KAP | 0.30 | Correspondence with P. Snyder |
| 2/14/2010 | CAJ | 4.20 | Work on Privilege Log; Work on deposition preparation for A. Hanawa specific to the Flessner fraud issues and ███████████████████; Follow up research on conflict issue ███████████████ |
| 2/15/2010 | KAP | 3.40 | Conference with C. Johnson; Correspondence with P. Snyder re upcoming depositions; Conference with P. Kraft re deposition notices; Review ███████████████; Telephone conference with P. Snyder; Correspondence with J. Trojanowsky re ███████; Correspondence to and from P. Snyder re counsel disrupting discovery; Telephone conference with P. Snyder re various issues |
| 2/15/2010 | CAJ | 5.20 | Work on Privilege Log; Telephone conference with P. Snyder re representation conflicts between LaSalle and former employees; Conference with K. Phansalkar re the same, amended notices and deposition of A. Hanawa; Correspondence with P. Snyder and P. Kraft re deposition notices; Conference with P. Kraft re privilege log issues; Draft deposition questions for A. Hanawa specific to fraud issue and ███████████ issues; Review correspondence from P. Snyder re conflict issue and strategy for handling the same |
| 2/15/2010 | PMK | 1.70 | Update deposition schedule; Revise Notice and Amended Notice and file; E-Correspondence exchanges with T. Ramaekers regarding privilege |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | logs; Conferences with C. Johnson regarding same; Work on Oklahoma Privilege Log; E-Correspondence with Esquire regarding depositions |
| 2/16/2010 | KAP | 6.30 | Correspondence with P. Snyder re witness compensation; Correspondence with J. Trojanowsky re CMA issue; Correspondence with J. Trojanowsky re discovery issues; Travel to Chicago for depositions; Meeting with P. Snyder re case issues; Prepare A. Hanawa topic checklist |
| 2/16/2010 | CAJ | 6.90 | Work on privilege log; Review and revise deposition outline for A. Hanawa specific to Flessner fraud issues; Telephone conference with ███████████ ███████████; Draft extended correspondence to K. Phansalkar and P. Snyder re non-solicitation rule in Oklahoma |
| 2/16/2010 | PMK | 0.80 | E-Correspondence with C. Johnson regarding deposition transcripts; Organize deposition transcripts, exhibits and videos; Review email to Esquire regarding deposition schedule |
| 2/17/2010 | KAP | 10.10 | Attend deposition of A. Hanawa |
| 2/17/2010 | CAJ | 5.90 | Work on privilege log; Begin deposition preparation for M. Tadda, including reviewing documents ███ ████ relating to Tadda's underwriting of the loans at issue |
| 2/17/2010 | PMK | 1.60 | E-Correspondence exchanges with T. Ramaekers regarding depositions schedule; Review spreadsheet from Esquire of confirmed depositions and compare to deposition calendar; Revise spreadsheet and forward to T. Ramaekers; Conference with C. Johnson regarding questions concerning Privilege Log |
| 2/18/2010 | KAP | 7.10 | Review N. Stearns deposition; Review P. Snyder correspondence; Return travel to Oklahoma City, OK; Telephone conferences with P. Snyder re action to take re defense counsels' actions; Review multiple correspondence re same |
| 2/18/2010 | CAJ | 6.90 | Work on privilege log; Deposition preparation for M. Tadda, including reviewing documents ████ |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | relating to Tadda's underwriting of the loans at issue; Review various correspondence re representation / ethical issues; Telephone conference with K. Phansalkar and P. Snyder re the same; Review various correspondence between P. Snyder, K. Phansalkar and J. Trojanowsky re representation of former employees in preparation to draft necessary motion |
| 2/19/2010 | KAP | 3.90 | Draft correspondence to LaSalle counsel re Plaintiff's challenge to representation; Correspondence to Defendant's counsel; Telephone conference with P. Snyder and J. Trojanowsky; Multiple correspondence with P. Snyder, J. Trojanowsky, and P. Lundvall; Correspondence with ████████ |
| 2/19/2010 | MDB | 1.50 | Review email strings regarding rep of former employees |
| 2/19/2010 | CAJ | 5.70 | Work on privilege log; Draft correspondence re ████████ conflict / ethical issue relating to Cadwalader representing former LaSalle employees; Conference with K. Phansalkar re the same; Draft correspondence to ████████ ███████████████████; Telephone conference with P. Snyder re representation issue; Preparation of M. Tadda deposition, including reviewing documents ████ ████████ |
| 2/20/2010 | CAJ | 2.50 | Correspondence with K. Phansalkar and P. Snyder re strategy on Motion to Disqualify LaSalle as Counsel for Former Employees; Work on motion re the same |
| 2/21/2010 | KAP | 1.40 | Multiple telephone conferences and correspondence with P. Snyder and C. Johnson re motion for relief re representation of LaSalle former employees |
| 2/21/2010 | CAJ | 5.70 | Work on Motion to Disqualify LaSalle as Counsel for Former Employees, including reviewing applicable correspondence and conducting research relating to the issue |
| 2/22/2010 | KAP | 4.60 | Correspondence with P. Snyder re specific documents supporting argument; Review 9th Circuit case; Correspondence with P. Snyder re same; Correspondence with G. Markel; Multiple telephone |

CWOK000160

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | conferences with P. Snyder and C. Johnson; Correspondence with J. Halper; Correspondence with J. Trojanowsky; Conference call with G. Markel, J. Halper, P. Snyder, et al. |
| 2/22/2010 | MDB | 1.00 | Review correspondence from J. Halper; Email to C. John and K. Phansalkar |
| 2/22/2010 | CAJ | 8.30 | Work on Motion to Disqualify LaSalle as Counsel for Former Employees; Telephone conference with K. Phansalkar and P. Snyder re the same; Review extended correspondence from opposing counsel re the same; Meet and confer telephone conference with all counsel; Research re ███████████; Deposition preparation for Tadda; Review various correspondence re deposition of P. Gembara; Draft correspondence re the same |
| 2/22/2010 | PMK | 1.40 | E-Correspondence with T. Ramaekers regarding witness fees; E-Correspondence with T. Ramaekers regarding depositions and transcripts; Conferences with K. Phansalkar regarding witness fees and deposition confirmations; Update deposition schedule; Review Federal Rules regarding ███████ |
| 2/23/2010 | KAP | 4.20 | Correspondence with P. Snyder re deposition issues; Correspondence with J. Halper; Correspondence with S. Union; Conferences with C. Johnson re M. Tadda deposition and motion preparation; Conference calls with P. Snyder and J. Trojanowsky; Review Trepp data; Review emails and transcripts for back-up |
| 2/23/2010 | MDB | 1.20 | Teleconference with P. Snyder; Office conference with C. Johnson and K. Phansalkar regarding Motion to Disqualify |
| 2/23/2010 | CAJ | 9.50 | Deposition preparation for Tadda; Review various correspondence from J. Halper re representation issue; Telephone conference with P. Snyder, M. Blackburn and K. Phansalkar re ███████████; Telephone conference with P. Snyder, K. Phansalkar and J. Trojanowsky re the |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | same; Work on Motion to Disqualify LaSalle as Counsel for Former Employees |
| 2/23/2010 | PMK | 1.50 | Conference with K. Phansalkar regarding depositions; Conference with K. Phansalkar regarding Privilege Logs; Conference with C. Johnson regarding same; Conference with L. Skinner regarding Oklahoma Privilege Log; Conference call with T. Ramaekers regarding Privilege Logs and depositions; Review E-Correspondence regarding deposition updates; Update deposition schedule; E-Correspondence exchange with Esquire regarding deposition schedule; E-Correspondence with K. Phansalkar and P. Snyder regarding witness fees; E-Correspondence exchanges with L. Skinner regarding same; Prepare letter to opposing counsel regarding witness fees |
| 2/24/2010 | KAP | 3.10 | Conferences with C. Johnson re emergency motion; Correspondence with P. Snyder re same; Review ▉▉▉▉▉ for detail; Correspondence with P. Snyder re various issues; Review and revise motion |
| 2/24/2010 | MDB | 0.70 | Office conference with C. Johnson and K. Phansalkar regarding brief on disqualification |
| 2/24/2010 | MDB | 1.90 | Review and revise brief |
| 2/24/2010 | CAJ | 9.20 | Work on Motion to Disqualify LaSalle as Counsel for Former Employees; Research Upjohn progeny ▉ ▉▉▉▉▉ |
| 2/24/2010 | PMK | 0.60 | Conference with L. Skinner regarding Oklahoma Privilege Log |
| 2/25/2010 | KAP | 5.10 | Review P. Snyder correspondence and draft revisions; Conference with M. Blackburn and C. Johnson re discovery abuse motion; Correspondence with P. Snyder; Review motion and brief and revisions; Review ▉▉▉▉ issues; Review ▉▉▉ ▉▉▉▉ re representation; Review J. Trojanowsky comments re motion; Multiple correspondence with P. Snyder and J. Trojanowsky |
| 2/25/2010 | MDB | 0.60 | Review comments of P. Snyder regarding Motion to Disqualify |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 2/25/2010 | MDB | 1.70 | Review and revise Motion to Disqualify |
| 2/25/2010 | CAJ | 11.80 | Work on Motion to Disqualify LaSalle as Counsel for Former Employees; Prepare exhibits for filing; Various communications and conferences with P. Snyder, K. Phansalkar and M. Blackburn re motion strategy, revisions, and related matters; Review correspondence from J. Trojanowsky re revisions to Motion; Correspondence with P. Snyder re the same |
| 2/26/2010 | KAP | 6.20 | Review J. Trojanowsky revisions to motion; Conference with C. Johnson to finalize brief; Final review of brief; Telephone conferences with J. Trojanowsky; Correspondence with P. Snyder; Conference re procedural issues; Correspondence with J. Edwards re response timing; Review correspondence from P. Snyder to ███████ ███; Review outline of points made on meeting ██████████; Conference with P. Kraft and C. Johnson re privilege log; Correspondence with █ ███; Review short response by J. Edwards |
| 2/26/2010 | MDB | 1.00 | Office conference with K. Phansalkar and C. Johnson regarding Motion to Disqualify; Proof motion |
| 2/26/2010 | CAJ | 6.10 | Conference with K. Phansalkar re multiple revisions to Motion to Disqualify; Review and revise Motion; Check exhibits relating to the same; File Motion; Correspondence and conference re request from opposing counsel for joint application in regards to response date; Conference with P. Kraft and K. Phansalkar re privilege log; Correspondence to L. Lee re privilege log; Work on privilege log; Review response and objection filed by Defense Counsel re request for expedited relief |
| 2/26/2010 | PMK | 0.60 | E-Correspondence with Esquire regarding deposition cancellations; E-Correspondence with T. Ramaekers regarding same; Conference with K. Phansalkar regarding same; Conference with L. Skinner regarding Privilege Logs |
| 2/28/2010 | KAP | 0.90 | Correspondence with P. Snyder re ██████ issues; Review T. Watson interview materials |
| 2/28/2010 | CAJ | 2.50 | Work on privilege log; Review correspondence re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|      |         |       | ███████████ in preparation for depositions of other underwriters; Draft correspondence re 32(a)(8) stipulation |

|      | Total Hours | 234.00 |  | Total Fees $ | 50,421.00 |

**Disbursements Advanced:**

| | |
|---|---:|
| Air Fares | 1,677.10 |
| Federal Express | 40.31 |
| Outside Copying Cost | 1,478.99 |
| Meals | 238.94 |
| Mileage/Toll/Parking | 92.00 |
| Photocopies | 3.75 |
| Taxi | 115.00 |
| Lodging Expenses | 1,391.16 |
| Research Fees | 142.55 |
| Outside Copying Cost | 520.62 |
| Deposition Fees | 150.00 |
| Ground Transport | 574.38 |
| Westlaw | 251.96 |
| Color Printing | 1.00 |
| Service of Process | 228.00 |
| Travel Expenses | 10.00 |
| Total Disbursements      $ | 6,915.76 |
| Matter Total Fees and Disbursements      $ | 57,336.76 |

Balance Due.............................................................................................$      57,336.76

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
March 11, 2010
Page 12

Invoice No. 2099317A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | Fees |
|------|----------|------|-------|------|
| Kiran A. Phansalkar | KAP | 300.00 | 82.30 | $  24,690.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 10.20 | 2,856.00 |
| Crystal A. Johnson | CAJ | 165.00 | 128.00 | 21,120.00 |
| Paige Kraft | PMK | 130.00 | 13.50 | 1,755.00 |
| TOTAL | | | 234.00 | $  50,421.00 |

CWOK000165

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

April 8, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2100332A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through March 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 277.49 |
| **Balance Due as of April 8, 2010** | $      277.49 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:      CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000166

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

April 8, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2100332A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through March 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 277.49 |
| **Balance Due as of April 8, 2010** | $  277.49 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:         CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

April 8, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002                    Invoice No. 2100332A

Re: LaSalle Bank, N.A.


For Professional Services Rendered Through March 31, 2010

**Disbursements Advanced:**

|  |  |  |
|---|---|---|
| Deposition Fees | | 277.49 |
| Total Disbursements | $ | 277.49 |
| Matter Total Fees and Disbursements | $ | 277.49 |
| Balance Due............................................................................................ | $ | 277.49 |

CWOK000168

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
April 8, 2010
Page 2

Invoice No. 2100332A  KAP
Client No.  12327

| | | |
|---|---|---|
| TOTAL | 0.00 | $ 0.00 |

CWOK000169

# CONNER & WINTERS

ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

April 9, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2100399A KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

For professional services rendered through March 31, 2010:

| | |
|---|---|
| Total Current Fees and Disbursements | 34,678.39 |
| **Balance Due as of April 9, 2010** | $ 34,678.39 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000170

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

April 9, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS  66211

Client/Matter  No. 12327-0002

Invoice No. 2100399A  KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through March 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 34,678.39 |
| **Balance Due as of April 9, 2010** | $    34,678.39 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000171

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

April 9, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2100399A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through March 31, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/1/2010 | KAP | 0.80 | Review T. Watson information; Correspondence with J. Trojanowsky and P. Snyder; Correspondence with client re discovery issues; Correspondence with P. Snyder re ▮▮▮▮▮▮ |
| 3/1/2010 | CAJ | 3.90 | Work on privilege logs, Nevada and Oklahoma in preparation to exchange with Defendant's counsel; Conference with P. Kraft re privilege log |
| 3/1/2010 | PMK | 0.70 | E-Correspondence with T. Ramaekers regarding video depositions; Review Oklahoma Privilege Log and pull documents with questions; Make revisions to Oklahoma Privilege Log; Conference with L. Skinner regarding revisions; Conference with C. Johnson regarding review and status of logs |
| 3/2/2010 | KAP | 2.40 | Correspondence with P. Snyder re ▮▮▮▮ issues; Correspondence with ▮▮▮▮▮▮▮▮; Telephone conferences with ▮▮▮▮▮▮; Review K. Goldberg issues; Conference call with ▮▮▮▮ and P. Snyder re ▮▮▮▮▮; Correspondence with client re various issues |
| 3/2/2010 | CAJ | 0.20 | Review correspondence from P. Snyder re K. Goldberg's errata sheet, and review the same |
| 3/2/2010 | PMK | 0.30 | E-Correspondence exchanges with T. Ramaekers |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | regarding video depositions and deposition changes; Review spreadsheet regarding inventory of video depositions |
| 3/3/2010 | KAP | 3.00 | Correspondence to P. Snyder re same; Review court's orders; Correspondence to J. Trojanowsky re same; Correspondence to client re fee order and procedural issues; Conference call and correspondence with J. Trojanowsky |
| 3/3/2010 | CAJ | 3.80 | Analyze privileged documents for input into privilege log; Review and revise Nevada and Oklahoma Privilege logs; Review Order on Response and Order on Defendant's Motion for Fees; Conference with K. Phansalkar re the same |
| 3/3/2010 | PMK | 0.60 | E-Correspondence exchanges with T. Ramaekers regarding deposition transcripts, videos and document production; Compare spreadsheet to video depositions received and revise list and email to T. Ramaekers; Review E-Correspondence exchanges between P. Snyder and K. Phansalkar regarding Motion; E-Correspondence exchanges with C. Johnson and L. Skinner regarding Privilege Logs; Conference call with vendor regarding video depositions |
| 3/4/2010 | KAP | 1.20 | Correspondence with P. Snyder re various matters to handle; Telephone conference with J. Hoyt re status of expert report; Correspondence with P. Snyder re various discovery issues |
| 3/4/2010 | KAP | 0.20 | Correspondence to L. Lee re deposition scheduling |
| 3/4/2010 | CAJ | 7.50 | Work on Oklahoma Privilege log, inputting remaining data and reviewing and revising the same in preparation for exchange next day; Review Nevada version of Motion to Disqualify; Correspondence re the same; Correspondence to P. Snyder re draft of privilege logs |
| 3/5/2010 | KAP | 2.10 | Correspondence with P. Snyder re various issues; Review privilege logs and issues related thereto; Correspondence to P. Snyder re expert issues; Correspondence with P. Snyder and C. Johnson re use of ▮▮▮▮▮ as witness |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/5/2010 | CAJ | 3.00 | Review correspondence from P. Snyder re various issues, including need for research re ███████ ████; Review correspondence and attachments from T. Ramaekers relating to research and pleadings in Ohio case on ██████ issues; Correspondence with L. Lee re privilege logs; Conference with K. Phansalkar re final privilege logs; Review, revise, and input privilege log data from T. Ramaekers; Correspondence with P. Snyder re the logs; Exchange privilege logs |
| 3/7/2010 | KAP | 0.90 | Correspondence with P. Snyder; Conference with C. Johnson re application as to expert designations |
| 3/7/2010 | CAJ | 0.40 | Review various correspondence re possibility of filing a motion for extension of time to file expert reports; Conference with K. Phansalkar re the same |
| 3/8/2010 | KAP | 2.70 | Conference with C. Johnson re privilege log and ███████████; Correspondence with P. Snyder re strategies; Review LaSalle's response brief re disqualification of counsel; Correspondence with P. Snyder, client and C. Johnson re Reply issues |
| 3/8/2010 | MDB | 1.20 | Review response to motion to disqualify |
| 3/8/2010 | CAJ | 3.90 | Review and analyze LaSalle Response to Plaintiff's Motion to Disqualify in preparation to draft reply; Correspondence with P. Snyder and K. Phansalkar re the same in preparation to draft reply; Review various correspondence re expert deadlines; Review correspondence re ██████ and video of Palm Terrace in preparation to locate the video |
| 3/9/2010 | KAP | 2.30 | Review P. Snyder comments; Conference with C. Johnson and P. Snyder re Reply brief; Conference call with P. Snyder, C. Johnson and M. Blackburn re Reply brief; Correspondence to P. Snyder re ██████ ████████ issues; Review joint application re expert deadlines |
| 3/9/2010 | MDB | 0.50 | Office conference with K. Phansalkar |
| 3/9/2010 | MDB | 1.50 | Teleconference with K. Phansalkar, C. Johnson and P. Snyder re reply to response to motion to disqualify; Office conference with K. Phansalkar and |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | C. Johnson |
| 3/9/2010 | MDB | 1.60 | Review cases re communications with former employees |
| 3/9/2010 | CAJ | 9.80 | Conference with K. Phansalkar re LaSalle's Response to Plaintiff's Motion to Disqualify; Telephone conference with K. Phansalkar and P. Snyder re strategy for Reply to the same; Draft Joint Application for Extension of Expert Deadline; Draft order re the same; Work on Reply, specifically conduct extensive research ██████████ ████ re Upjohn and its progeny |
| 3/9/2010 | PMK | 0.50 | Review CDs and documents received from T. Ramaekers and organize accordingly |
| 3/10/2010 | KAP | 3.00 | Conference with C. Johnson; Correspondence to and from P. Snyder; Correspondence with J. Trojanowsky re various issues; Correspondence with J. Halper re compromise; Correspondence with P. Snyder and J. Halper; Review research on Upjohn cases; Review proposed reply outlines |
| 3/10/2010 | MDB | 1.00 | Office conference with C. Johnson re A/C privilege; Review and revise application for extension of deadlines |
| 3/10/2010 | CAJ | 9.50 | Work on Reply to Response to Motion to Disqualify, including research re attorney client privilege as it relates to former employees, research nationwide case law to determine majority view on solicitation of former employees; Conference with K. Phansalkar and M. Blackburn re the same; Revise application for extension of expert deadlines based on opposing counsel's decision to disagree with a joint motion; File the same; Draft order re the same; Correspondence with Judge Cauthron re the same |
| 3/11/2010 | KAP | 1.90 | Conference with C. Johnson and L. Long re research issues; Correspondence with J. Halper; Correspondence with K. Gallagher re draft motion and order for Nevada; Conference with C. Johnson; Correspondence to P. Snyder |
| 3/11/2010 | MDB | 0.70 | Office conference with C. Johnson re reply |

CWOK000175

April 9, 2010

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/11/2010 | LJL | 7.20 | Research for reply to motion to disqualify defense counsel |
| 3/11/2010 | CAJ | 11.70 | Draft Reply; Conference with L. Long and K. Phansalkar re needed follow-up research in preparation of Reply |
| 3/11/2010 | PMK | 0.40 | Organize emails, transcripts and documents received from T. Ramaekers; Conference with L. Skinner regarding documents for review and filing |
| 3/12/2010 | KAP | 2.90 | Review Reply brief; Conference with C. Johnson; Review Nevada Order; Telephone conference with P. Snyder; Correspondence with J. Trojanowsky re status; Final revision; Correspondence to parties re final brief |
| 3/12/2010 | MDB | 2.10 | Review and revise reply |
| 3/12/2010 | LJL | 3.20 | Research for reply to motion to disqualify |
| 3/12/2010 | CAJ | 8.90 | Conference with L. Long and K. Phansalkar re follow up research; Review and revise Reply; Conference re Reply strategy in preparation to file; Review correspondence from P. Snyder re the same; Prepare exhibits to Reply; File |
| 3/12/2010 | PMK | 0.30 | Download and organize electronic files and transcripts; Revise log; Organize deposition transcripts |
| 3/13/2010 | KAP | 0.20 | Correspondence with J. Trojanowsky |
| 3/15/2010 | KAP | 1.10 | Correspondence with J. Trojanowsky; Conference with C. Johnson re discovery strategy; Correspondence with P. Snyder re ▇▇▇▇▇ |
| 3/15/2010 | MDB | 1.40 | Office conference with C. Johnson re extension of expert report deadline; Teleconference with P. Snyder; Review emails |
| 3/15/2010 | CAJ | 1.50 | Draft correspondence to P. Snyder and K. Phansalkar re the same; Review correspondence form Judge Cauthron's chambers; Telephone conference with Judge Cauthron's clerk re expert report deadlines; Draft correspondence to P. Snyder, K. Phansalkar and J. Trojanowsky re the same; Draft correspondence to J. Halper re the same; Telephone |

CWOK000176

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | conference with P. Snyder re the same; Draft various emails to J. Halper in an attempt to reach an agreement on expert deadlines; Telephone conference with K. Phansalkar re the same; Draft correspondence to P. Snyder and J. Trojanowsky re the same |
| 3/16/2010 | KAP | 2.00 | Multiple correspondence with P. Snyder and C. Johnson; Correspondence with J. Halper; Telephone conference with ███████; Correspondence with P. Snyder re numerous issues; Conference with C. Johnson re ██████ research; Correspondence with ██ ██████ |
| 3/16/2010 | CAJ | 2.50 | Research of Tenth Circuit case law re ███████ ███████; Review various correspondence from P. Snyder re expert deadlines; Draft correspondence to J. Trojanowsky re the same; Review correspondence from J. Halper re expert report deadline; Draft correspondence to J. Halper proposing a joint application; Telephone conference with ████████████ |
| 3/16/2010 | PMK | 0.40 | Organize electronic documents and deposition transcripts; Update log |
| 3/17/2010 | KAP | 2.40 | Conference with C. Johnson re various issues; Correspondence with P. Snyder and J. Trojanowsky; Review J. Halper correspondence; Review P. Snyder correspondence; Review proposed joint application; Correspondence with ██████ |
| 3/17/2010 | MDB | 0.40 | Review and revise joint application for extension of deadlines |
| 3/17/2010 | CAJ | 4.20 | Research re whether ████████ ████████; Draft extended correspondence to P. Snyder outlining the conclusions of my research, discussing expert deadline issues, and extension strategy (filing a reply to response to motion for extension of deadlines); Work on drafting Final Expert Witness List, including description of proposed testimony; Draft Joint Application for Withdrawal of Pending Motions and Request for Extension of Deadlines; |

CWOK000177

**CONNER & WINTERS, LLP**
LAWYERS

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | Correspondence with P. Snyder and K. Phansalkar re the same; Draft correspondence to J. Halper re the same |
| 3/18/2010 | KAP | 2.10 | Provide expert descriptions; Correspondence with K. Gallagher and P. Snyder; Correspondence with J. Trojanowsky; Conference with C. Johnson re expert list; Correspondence with L. Lee; Review draft expert list |
| 3/18/2010 | CAJ | 2.90 | Draft correspondence to L. Lee and J. Halper re Joint Application; Review Defendant's revisions to the same; Conference with K. Phansalkar re the same; File the Joint Application; Review and revise Plaintiff's List of Expert Witnesses and their proposed testimony; Draft correspondence to P. Snyder re the same; Review P. Snyder's changes/comments to expert list; Review J. Trojanowsky's changes; Revise expert designations and proposed testimony; File |
| 3/19/2010 | KAP | 1.30 | Correspondence with P. Snyder; Conference with C. Johnson; Correspondence with K. Gallagher; Correspondence with client; Correspondence with J. Halper |
| 3/19/2010 | CAJ | 1.80 | Review and revise Nevada Reply to Response on Motion to Disqualify; Draft correspondence to K. Gallagher re the same; Telephone conference with Judge Cauthron's chambers re Motion for Extension on expert deadlines; Various correspondence with P. Snyder re the same and proposed correspondence with J. Halper; Correspondence with J. Halper in an effort to get an agreement on exchange date for expert reports; Correspondence and telephone conferences with experts re the same |
| 3/20/2010 | KAP | 2.30 | Review expert issues; Review T. Ramaekers correspondence; Review Nevada reply brief; Correspondence to P. Snyder re same; Review ███ |
| 3/22/2010 | KAP | 1.20 | Correspondence with P. Snyder and J. Trojanowsky; Review correspondence re Oklahoma court's pending rulings; Correspondence with T. Ramaekers |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/23/2010 | KAP | 3.40 | Correspondence with J. Trojanowsky and P. Snyder; Telephone conference with Judge Cauthron's clerk re scheduling; Correspondence to P. Snyder re same; Conference with P. Kraft re project; Correspondence with J. Trojanowsky; Review cases for P. Snyder; Correspondence with P. Snyder re Karp deposition; Review L. Lee correspondence and discovery responses |
| 3/23/2010 | PMK | 2.40 | Review email exchanges regarding preparation for hearing; Conferences and email exchange with K. Phansalkar regarding same; Prepare Notebooks of Authorities for Oklahoma Reply to Response to Motion to Disqualify and the Nevada Motion, Response and Reply |
| 3/24/2010 | KAP | 2.10 | Telephone conference with P. Snyder re strategy; Telephone conference with Judge Cauthron's clerk; Correspondence with P. Snyder and J. Trojanowsky re order; Review court order; Review ███████ correspondence |
| 3/24/2010 | KAP | 0.70 | Correspondence from J. Halper; Telephone conference with P. Lundvall and P. Snyder |
| 3/24/2010 | PMK | 0.90 | Conference with K. Phansalkar regarding preparation of new Notice; Review Defendant's previous Notice advising the Oklahoma Court of the Nevada hearing on the Motion to Disqualify; Review docket and court pleadings regarding continuance; Prepare draft of Notice of Status Update pertaining to the Nevada hearing on Motion to Disqualify |
| 3/25/2010 | KAP | 1.60 | Correspondence with P. Snyder re various issues; Correspondence with client re A. Hanawa issue; Review LaSalle responses to Oklahoma discovery requests; Correspondence with J. Trojanowsky re various matters |
| 3/25/2010 | PMK | 0.90 | Revise Notice; Conferences with K. Phansalkar regarding Notice and exhibits; Review E-Correspondence exchanges between P. Snyder and K. Phansalkar regarding Notice; Prepare exhibits to Notice; File Notice; Review E-Correspondence from T. Ramaekers regarding depositions videos and status update |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 3/26/2010 | KAP | 1.10 | Correspondence with P. Snyder; Correspondence with L. Lee; Correspondence with ▓▓▓▓; Correspondence with J. Trojanowsky |
| 3/26/2010 | PMK | 0.20 | E-Correspondence exchanges with T. Ramaekers regarding deposition transcripts and videos; E-Correspondence to Court Reporter regarding obtaining copies of transcripts and video; Update log |
| 3/29/2010 | KAP | 0.30 | Telephone conference with ▓▓▓▓▓▓▓▓ |
| 3/29/2010 | CAJ | 1.50 | Review various correspondence and pleadings regarding Motion to Disqualify, Motion for Extension of Deadlines, and expert report issues; Conference with K. Phansalkar re the same; Review LaSalle's Nevada privilege log in order to determine potential issues |
| 3/30/2010 | KAP | 0.90 | Review P. Snyder and ▓▓▓▓ correspondence; Telephone conference with P. Snyder re subpoena on Forum; Conference with P. Kraft re same |
| 3/30/2010 | PMK | 0.60 | Review previous Notices and Subpoenas pertaining to 30(b)(6) depositions; Prepare Subpoena to Forum; Draft Exhibit to Subpoena; Prepare Notice to Subpoena; Review email from T. Ramaekers and organize electronic documents received |
| 3/31/2010 | KAP | 1.30 | Review and revise Forum subpoena and topic list; Review ▓▓▓▓▓▓▓▓; Correspondence with P. Snyder |
| 3/31/2010 | CAJ | 1.90 | Review and analyze Oklahoma and Nevada privilege logs from LaSalle in order to determine whether a motion to compel is necessary on any category of documents |

|  | Total Hours | 156.30 |  | Total Fees $ | 33,011.00 |
|--|-------------|--------|--|--------------|-----------|

## Disbursements Advanced:

| | |
|---|---|
| Federal Express | 30.09 |
| Meals | 167.31 |
| Witness Fees | 543.50 |
| Photocopies | 8.40 |

CWOK000180

**CONNER & WINTERS, LLP**
LAWYERS

| | | |
|---|---|---|
| Deliveries | | 40.00 |
| Deposition Fees | | 2.65 |
| Ground Transport | | 50.00 |
| Westlaw | | 823.29 |
| Transcript | | 2.65 |
| Total Disbursements | $ | 1,667.89 |
| | | |
| Matter Total Fees and Disbursements | $ | 34,678.39 |
| Balance Due................................................................................................ | $ | 34,678.39 |

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
April 9, 2010
Page 11

Invoice No. 2100399A  KAP
Client No.  12327

| <u>Name</u> | <u>Initials</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|---|
| Kiran A. Phansalkar | KAP | 300.00 | 47.40 | $ 14,220.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 10.40 | 2,912.00 |
| Crystal A. Johnson | CAJ | 165.00 | 78.90 | 13,019.00 |
| Laura J. Long | LJL | 160.00 | 10.40 | 1,664.00 |
| Paige Kraft | PMK | 130.00 | 9.20 | 1,196.00 |
| TOTAL | | | 156.30 | $ 33,011.00 |

CWOK000182

Remittance Copy

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

May 7, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2101373A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through April 30, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 36,787.02 |
| **Balance Due as of May 7, 2010** | $ 36,787.02 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:      CONNER & WINTERS
               4000 One Williams Center
               Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

May 7, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2101372A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through April 30, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 36,787.02 |
| **Balance Due as of May 7, 2010** | $    36,787.02 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:      CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000184

**CONNER & WINTERS**

ATTORNEYS & COUNSELORS AT LAW

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

May 7, 2010

Crown Northcorp, Inc.
c/o Paul Snyder, Esq.
Snyder Law Firm, LLC
11551 Granada, Suite 100
Leawood, KS 66211

Client/Matter No. 12327-0002

Invoice No. 2101372A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through April 30, 2010

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/1/2010 | KAP | 4.60 | Review Subpoena for Forum; Correspondence to P. Snyder re J. Hoyt report; Review ▉▉▉▉▉▉▉▉; Correspondence with J. Trojanowsky; Review Subpoenas for Flessner and Dowden; Revisions to Subpoena; ▉▉▉▉▉▉▉▉ |
| 4/1/2010 | CAJ | 0.40 | Review correspondence re deposition notice to Forum Partners; Review various correspondence relating to the ▉▉▉▉; Review deposition notices for Flessner and Dowden and correspondence re the same |
| 4/2/2010 | KAP | 0.80 | Telephone conference with R. Haupt re Imperial Bank's deposition of G. Dowden; Correspondence with J. Trojanowsky |
| 4/2/2010 | PMK | 0.10 | E-Correspondence exchanges with T. Ramaekers regarding deposition transcripts |
| 4/5/2010 | KAP | 0.40 | Correspondence with P. Snyder and J. Trojanowsky |
| 4/5/2010 | CAJ | 0.70 | Analyze LaSalle's Privilege Logs in preparation to ▉▉▉▉▉▉ |
| 4/5/2010 | PMK | 0.10 | E-Correspondence exchanges with T. Ramaekers regarding deposition transcript; Conference with L. |

CWOK000185

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Skinner regarding same |
| 4/6/2010 | KAP | 1.50 | Correspondence with P. Snyder; Correspondence with J. Trojanowsky; Correspondence with J. Halper; Correspondence with P. Snyder and L. Lee; Review LaSalle's list re documents with insufficient privilege claim |
| 4/6/2010 | CAJ | 0.50 | Review extended correspondence and attached schedules from L. Lee re Plaintiff's Privilege Logs |
| 4/7/2010 | KAP | 2.20 | Correspondence with T. Ramaekers; Review P. Snyder correspondence re privilege issues; Correspondence with B. Belanger; Conference call with P. Snyder, B. Mirakian, T. Ramaekers and others re issues with privilege log; Conference with C. Johnson re same |
| 4/7/2010 | CAJ | 2.70 | Review correspondence and attached excel spreadsheet from T. Ramaekers re LaSalle's privilege log issues specific to redacted documents not listed on LaSalle's privilege log; Review extended correspondence from P. Snyder re LaSalle's letter identifying certain issues relating to Plaintiff's privilege log; Review email and attachment from P. Kraft re redaction issues; Review correspondence and attachments from P. Snyder re common interest privilege ████████████████████████ |
| 4/7/2010 | PMK | 1.60 | Conference call with team regarding letter from LaSalle and issue regarding privilege logs; Conference with K. Phansalkar and C. Johnson regarding same; Review E-Correspondence exchanges between opposing counsel and P. Snyder, C. Johnson and K. Phansalkar regarding privilege log issues; Review schedules and documents received from opposing counsel; Look at documents in Metalincs to gage amount of work regarding identification of attachments; Review emails regarding redacted documents concerning ████████; E-Correspondence to P. Snyder and T. Ramaekers regarding same |
| 4/8/2010 | KAP | 0.90 | Correspondence with P. Snyder re common interest privilege doctrine; Conference with C. Johnson re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | same |
| 4/8/2010 | CAJ | 0.30 | Draft correspondence to J. Halper re Rule 32 stipulations |
| 4/9/2010 | KAP | 2.40 | Correspondence re Rule 32 stipulation; Review P. Snyder correspondence; ███████████ ████████; Revise J. Halper correspondence re privilege log; Review G. Dowden transcript (Imperial) |
| 4/9/2010 | CAJ | 1.90 | Draft email to P. Snyder re proposed correspondence to J. Halper re privilege log issues; Conference with K. Phansalkar re the same; Draft extended letter to J. Halper re LaSalle's issues with Plaintiff's privilege logs; Review proposed correspondence (i.e. Golden Rule Letter) from P. Snyder to J. Halper re LaSalle's discovery responses; Advise re the same; Telephone conference with Judge Cauthron's clerk re Motion to Disqualify |
| 4/11/2010 | KAP | 1.10 | Review correspondence to J. Halper re discovery matter; correspondence to P. Snyder re suggestions; Correspondence with T. Fini re Flessner deposition |
| 4/12/2010 | KAP | 2.20 | Correspondence with J. Trojanowsky; Correspondence with B. Mirakian; Multiple correspondence with P. Snyder; Correspondence with J. Halper and P. Snyder re Rule 32 issues and protective order |
| 4/12/2010 | CAJ | 0.40 | Review correspondence and attached re Rule 32 Stipulation from J. Halper in preparation to advise re the same; Review various correspondence re the same |
| 4/13/2010 | KAP | 3.20 | Correspondence with P. Snyder; Review status of protective orders; Telephone conference with P. Snyder re same; Review LaSalle fourth document production requests; Correspondence with J. Halper; Review Forum emails ████████ ██████████████████ |
| 4/13/2010 | CAJ | 2.70 | Conference with K. Phansalkar re LaSalle's revisions to Joint Stipulation on Rule 32(a); Draft correspondence to P. Snyder re the same; Review and revise Joint Stipulation; Draft correspondence to J. |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Halper re the same; Telephone conference with P. Snyder, B. Mirakian and K. Phansalkar re Protective Order; Review correspondence from P. Snyder re ████████████ |
| 4/14/2010 | KAP | 3.20 | Correspondence with P. Snyder and J. Halper; Review correspondence re protective order; Conference call with J. Halper, P. Snyder, et al. re final draft of orders; Telephone conference with P. Snyder re various matters; Telephone conference with Judge Cauthron's clerk re order status; Correspondence to P. Snyder re same |
| 4/14/2010 | CAJ | 1.00 | Draft correspondence to K. Gallegher re Rule 32(a) stipulation; Review and analyze extended letter from J. Halper re privilege log descriptions / issues; Review correspondence from P. Snyder re the same |
| 4/14/2010 | PMK | 0.40 | Review email and electronic documents received from T. Ramaekers; Organize electronic documents; Review documents received via FedEx from T. Ramaekers and organize and manage accordingly; Conference with C. Johnson regarding same |
| 4/15/2010 | KAP | 2.40 | Correspondence with J. Trojanowsky re status; Correspondence from J. Halper re discovery issues; Conference call with P. Snyder and B. Mirakian re privilege log; Review J. Halper correspondence; Correspondence with P. Snyder and C. Johnson re projects; ████████████ |
| 4/15/2010 | CAJ | 3.30 | Review various correspondence re pending motion to disqualify; Prepare for conference with K. Phansalkar and P. Snyder relating to privilege log issues, specifically drafting a summary of strategy relating to LaSalle's correspondence re the same and request for meet and confer; Telephone conference with K. Phansalkar, P. Snyder and B. Mirakian re privilege log issues; Draft proposed letter to J. Halper re the same; Review correspondence from P. Snyder with comments/suggestions re the same; Telephone conference with P. Snyder re the same; Revise letter accordingly; Conference with K. Phansalkar re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | strategy for responding to J. Halper's letter relating to privilege log issues |
| 4/16/2010 | KAP | 0.70 | Revise J. Halper correspondence; Correspondence to P. Snyder re projects assigned; Conference with C. Johnson re projects |
| 4/16/2010 | CAJ | 2.50 | Review and revise correspondence to J. Halper re privilege log issues; Review correspondence from J. Halper re the same; Correspondence with P. Snyder and conference with K. Phansalkar re the same in preparation to respond; Review another email from J. Halper re privilege logs and the meet and confer process; Draft proposed correspondence re the same; Respond to J. Halper |
| 4/18/2010 | KAP | 0.20 | Correspondence with J. Halper |
| 4/19/2010 | KAP | 2.70 | Correspondence with J. Halper; Correspondence with P. Snyder re various issues; Correspondence with C. Howard re discovery issues; Conference with C. Johnson; Conference call with P. Snyder and B. Mirakian; Conference call with Crown attorneys and J. Halper; Review Court's order re disqualification |
| 4/19/2010 | KAP | 1.00 | Correspondence with B. Mirakian; Correspondence with J. Trojanowsky; Correspondence with P. Lundvall; Correspondence with P. Snyder re case schedule |
| 4/19/2010 | CAJ | 5.80 | Correspondence with J. Halper re meeting and conferring; Prepare for conference re LaSalle's objections to Plaintiff's fourth set of discovery; Review and analyze Order denying Motion to Disqualify; Telephone conference with P. Snyder, B. Mirakian, and K. Phansalkar re Order on Motion to Disqualify and LaSalle's objections to discovery requests; Meet and confer conference with opposing counsel re the same; Research re whether federal law requires party's to separately describe email attachments in their privilege logs |
| 4/19/2010 | PMK | 0.30 | Review Order regarding Motion to Disqualify; Conference with K. Phansalkar regarding same |
| 4/20/2010 | KAP | 2.90 | Correspondence with B. Mirakian; Review privilege log issues; Conference with C. Johnson re same; |

CWOK000189

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Correspondence with P. Snyder re new schedule for depositions; Correspondence with J. Halper; Review cases re discovery issues |
| 4/20/2010 | LJL | 2.20 | Research re privilege for fee statements |
| 4/20/2010 | CAJ | 8.80 | Research re whether federal law requires party's to separately describe email attachments in their privilege logs; Review correspondence and attachment from B. Mirakian re deficiencies in LaSalle's privilege log in preparation to draft letter to J. Halper re the same; Work on detailed response letter relating to LaSalle's objections to Plaintiff's log and deficiencies in LaSalle's log; Extended telephone conference with B. Mirakian re strategy for responding to multiple issues set forth in J. Halper's correspondence re Plaintiff's privilege logs; Conference with P. Kraft re the same; Research re the ███████████████; Telephone conference with P. Snyder re the same |
| 4/20/2010 | PMK | 1.10 | Create attorney list for individuals LaSalle identified; Review emails in Metalincs and documents produced to find individuals; Perform research to confirm information and determine proper title; E-Correspondence exchanges with T. Ramaekers regarding question of how we identified recipients on Privilege Loge; Conference with C. Johnson regarding same |
| 4/21/2010 | KAP | 3.00 | Conference with C. Johnson re legal issues; Review current case deadlines; Review B. Mirakian proposed response to LaSalle; Correspondence to B. Mirakian re revisions; Review lengthy privilege log letter; Correspondence with P. Snyder |
| 4/21/2010 | LJL | 0.40 | Finalize research re attorney/client privilege for fee statements |
| 4/21/2010 | CAJ | 8.60 | Work on detailed letter responding to J. Halper's objections to Plaintiff's privilege log; Work on detailed letter addressing deficiencies/issues in LaSalle's log; Two (2) extended telephone conferences with B. Mirakian re strategy for responding to multiple issues set forth in J. Halper's correspondence re Plaintiff's privilege logs; |

# CONNER & WINTERS, LLP
### LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Draft/review various correspondence re privilege log issues; Review and revise detailed response letter; Review and revise attachment to response letter identifying third parties; Review P. Snyder's revisions and suggestions to response letter in preparation to revise accordingly |
| 4/21/2010 | PMK | 1.40 | Work on identifying individuals on privilege log and confirm position and relation to this case; Review documents in Metalincs and in other document production to find privilege communications; Conference with C. Johnson regarding same; E-Correspondence exchanges and conference calls with T. Ramaekers regarding privilege documents; E-Correspondence exchanges with C. Johnson regarding question pertaining to discovery responses and local rules; Review documents and attachments; Review deposition of Rael to find specific testimony; Conferences with K. Phansalkar regarding same |
| 4/22/2010 | KAP | 1.80 | Review P. Snyder revisions to privilege log; Conference call with P. Snyder and B. Mirakian re J. Halper letter; Conference with C. Johnson re numerous discovery and privilege issues; Conference call with J. Halper and others re privilege logs |
| 4/22/2010 | CAJ | 5.70 | Research re submitting an affidavit instead of fee statements in preparation of response letter relating to LaSalle's objections to Plaintiff's log and deficiencies in LaSalle's log; Extended telephone conference with B. Mirakian re remaining issues relating to the same; Telephone conference with P. Snyder, K. Phansalkar, and B. Mirakian re the same; Correspondence with B. Mirakian and P. Snyder re attachment "1," to the same; Review and revise attachments to response letter; Review and revise response letter and send to J. Halper; Prepare for meet and confer conference re privilege log issues, specifically, telephone conference with B. Mirakian, P. Snyder and K. Phansalkar in advance of meet and confer re strategy for meet and confer conference relating to privilege log issues; Meet and confer telephone conference with opposing counsel; Telephone conference with P. Snyder, B. Mirakian and K. Phansalkar re issues needing to be addressed as a result of meet and |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | confer |
| 4/23/2010 | KAP | 1.80 | Correspondence with P. Snyder re discovery issues; Telephone conference with ▓▓▓▓; Correspondence to P. Snyder re status; Correspondence with P. Snyder re various issues; Correspondence with J. Halper |
| 4/23/2010 | CAJ | 0.30 | Review correspondence from J. Halper following up on privilege log issues in preparation to respond |
| 4/26/2010 | KAP | 3.30 | Multiple correspondence with P. Snyder re ▓▓▓▓ and case deadlines; Correspondence to P. Snyder re ▓; ▓▓▓▓; Correspondence with J. Trojanowsky; ▓▓▓▓; Conference call with P. Snyder re scheduling case deadlines; Conference with C. Johnson re amendment to application; Correspondence with K. Gallagher; Review P. Snyder and C. Johnson correspondence |
| 4/26/2010 | CAJ | 2.90 | Telephone conference with P. Snyder and K. Phansalkar re case schedule issues; Review correspondence from K. Gallagher, P. Snyder and K. Phansalkar re case deadlines; Work on Joint Application for Extension of Deadlines; Review correspondence between T. Ramaekers and P. Kraft re privilege log issues; Correspondence with P. Snyder re Windwood privilege documents |
| 4/26/2010 | PMK | 0.60 | Review E-Correspondence regarding Privilege Log; Conference with C. Johnson regarding same; E-Correspondence to B. Mirakian and T. Ramaekers regarding same; Conference call with B. Mirakian and T. Ramaekers regarding document review; Review e-correspondence from P. Snyder and C. Johnson |
| 4/27/2010 | KAP | 0.80 | Review P. Snyder letter re discovery; Correspondence to P. Snyder re my changes to LaSalle letter; Correspondence with J. Halper and K. Gallagher |
| 4/27/2010 | CAJ | 1.70 | Review proposed letter to J. Halper re privilege log meet and confer in preparation to advise re the same; Draft correspondence to P. Snyder re the same; Review correspondence from B. Mirakian re privilege log issues in preparation to address issues |

CWOK000192

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | discussed during meet and confer; Review correspondence between P. Snyder and J. Halper re extension of deadlines; Draft correspondence to P. Snyder re application for extension and privileged status of certain Windwood documents |
| 4/27/2010 | PMK | 0.50 | Review e-correspondence from B. Mirakian and T. Ramaekers; Exchange E-Correspondence with T. Ramaekers and C. Johnson regarding privilege documents; Conference call with T. Ramaekers and B. Mirakian regarding privilege log; Conference with C. Johnson regarding same; Review log and remaining documents to pull for review |
| 4/28/2010 | KAP | 3.40 | Telephone conference with P. Snyder re scheduling issues; Review joint application; Correspondence with P. Snyder re expert issues; Review changes to protective order and correspondence to P. Snyder re same; Telephone conferences with P. Snyder and G. Markel; Telephone conference with case manager; Numerous correspondence with P. Snyder re discovery depositions |
| 4/28/2010 | CAJ | 2.60 | Work on Joint Application requesting additional extension of deadlines subject to earlier court order and an extension as to all remaining deadlines; Telephone conference with P. Snyder re the same; Conference with K. Phansalkar re the same; Review multiple correspondence between the parties re the same |
| 4/29/2010 | KAP | 2.10 | Telephone conferences with J. Harmon and court case manager; Correspondence with Shepherd Advisors and L. Lee re outstanding documents; Telephone conference with P. Snyder; Correspondence to and from L. Lee; Correspondence with J. Trojanowsky |
| 4/29/2010 | CAJ | 0.50 | Correspondence re extension of deadlines; Review revisions from LaSalle counsel re the same; Revise Joint Application accordingly and file |
| 4/30/2010 | KAP | 2.10 | Review L. Lee correspondence re deposition; Review T. Fini correspondence; Deposition scheduling; Correspondence to P. Snyder re same; Correspondence to T. Fini re K. Flessner documents; |

CWOK000193

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Review P. Snyder correspondence |
| 4/30/2010 | CAJ | 0.20 | Review correspondence re deposition scheduling |

Total Hours 112.90

Total Fees $ 25,246.50

**Disbursements Advanced:**

| | |
|---|---|
| Federal Express | 44.86 |
| PACER Access Charges | 13.60 |
| Telephone Charges | 14.71 |
| Meals | 48.69 |
| Photocopies | 7.65 |
| Westlaw | 1,788.66 |
| Professional Service | 9,625.00 |
| Transcript | (2.65) |
| Total Disbursements $ | 11,540.52 |
| | |
| Matter Total Fees and Disbursements $ | 36,787.02 |

Balance Due......................................................................$ 36,787.02

CWOK000194

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

Crown Northcorp, Inc.
May 7, 2010
Page 11

Invoice No. 2101372A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 50.70 | $ | 15,210.00 |
| Crystal A. Johnson | CAJ | 165.00 | 53.50 | | 8,827.50 |
| Laura J. Long | LJL | 160.00 | 2.60 | | 416.00 |
| Paige Kraft | PMK | 130.00 | 6.10 | | 793.00 |
| TOTAL | | | 112.90 | $ | 25,246.50 |

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

June 9, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002                    Invoice No. 2102376A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through May 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 61,773.24 |
| **Balance Due as of June 9, 2010** | $ 61,773.24 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:          CONNER & WINTERS
                   4000 One Williams Center
                   Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

June 9, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2102376A  KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through May 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 61,773.24 |
| **Balance Due as of June 9, 2010** | $   61,773.24 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:     CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

June 9, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2102376A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through May 31, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 5/1/2010 | KAP | 0.40 | Correspondence with P. Snyder re deposition scheduling |
| 5/4/2010 | KAP | 1.00 | Correspondence with P. Snyder and L. lee re depositions; Review corporate rep notices; Correspondence re Forum advisors |
| 5/4/2010 | PMK | 2.60 | Locate and review documents for privilege log; Convert documents and divide documents to size to email to T. Ramaekers; Exchange multiple emails with T. Ramaekers regarding same; Review E-Correspondence from previous day regarding case status and review |
| 5/5/2010 | KAP | 1.10 | Correspondence with ▉▉▉▉ and P. Snyder; Review subpoenas on ▉▉▉▉▉▉▉; Prepare deposition calendar |
| 5/5/2010 | PMK | 0.30 | E-Correspondence exchanges with T. Ramaekers regarding privilege documents; E-Correspondence exchanges regarding notice to be filed in Oklahoma |
| 5/5/2010 | PMK | 1.60 | Locate and review privilege emails and attachments and provide to T. Ramaekers; Conference with K. Phansalkar regarding upcoming depositions; Review E-Correspondence from P. Snyder regarding notices of depositions; Conference call with P. Snyder regarding depositions and notices; Conference with |

CWOK000198

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | C. Johnson regarding Fetterolf documents and privilege document review |
| 5/6/2010 | KAP | 2.00 | Conference call with S. Brown, J. Trojanowsky, P. Snyder, and B. Mirakian re discovery responses and deposition dates; Correspondence with B. Mirakian; Correspondence with L. Lee and P. Snyder re depositions |
| 5/6/2010 | CAJ | 1.80 | Extended telephone conference with S. Brown, J. Trojanowsky, P. Snyder, B. Mirakian and K. Phansalkar re responses to LaSalle's discovery requests and LaSalle's second 30(b)(6) notice; Review deposition notices and draft correspondence to P. Snyder re the same |
| 5/7/2010 | KAP | 3.10 | Correspondence with P. Snyder and L. Lee; Review ███████; Telephone conference with ███ ████; Prepare B. Fetterolf deposition categories; Correspondence with P. Snyder re deposition issues; Correspondence with J. Trojanowsky; Coordinate travel schedules; Correspondence with ████████ |
| 5/7/2010 | CAJ | 4.30 | Deposition preparation for B. Fetterolf, specifically reviewing deposition testimony from other witnesses regarding Fetterolf and Fetterolf's former testimony; Begin reviewing documents related to Fetterolf in preparation of his deposition |
| 5/7/2010 | PMK | 1.00 | Conference call with team regarding LaSalle letter concerning issues with privilege log; Conference with K. Phansalkar and C. Johnson regarding same |
| 5/8/2010 | CAJ | 2.30 | Deposition preparation for B. Fetterolf, specifically reviewing previous deposition testimony and reviewing documents involving Fetterolf |
| 5/9/2010 | KAP | 0.60 | Review J. Halper correspondence re plaintiff's and defendant's privilege logs |
| 5/9/2010 | CAJ | 2.70 | Deposition preparation for B. Fetterolf, specifically reviewing documents involving Fetterolf; Begin preparing outlining for deposition of B. Fetterolf |
| 5/10/2010 | KAP | 2.50 | Correspondence with P. Snyder, T. Brown, and L. Lee; Correspondence with ████████; Review ██ ████████████████ |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 5/10/2010 | CAJ | 5.90 | Deposition preparation for B. Fetterolf, specifically preparing deposition outline; Review letter from J. Halper re LaSalle's revised privilege logs; Review letter from J. Halper re issues discussed during meet and confer; Review proposed correspondence from P. Snyder to J. Halper re 30(B)(6) notice |
| 5/10/2010 | PMK | 0.10 | E-Correspondence exchange with T. Ramaekers regarding deposition invoices |
| 5/11/2010 | KAP | 6.10 | Continue preparation for B. Fetterolf deposition; Correspondence with P. Snyder re same; Correspondence with J. Trojanowsky re potential questions; Correspondence with T. Ramaekers and J. Trojanowsky; Review B. Fetterolf documents for exhibits; Correspondence with B. Mirakian |
| 5/11/2010 | CAJ | 6.10 | Review correspondence from J. Trojanowsky re deposition of B. Fetterolf; Conference with K. Phansalkar re deposition of B. Fetterolf; Deposition preparation for M. Tadda, specifically reviewing documents; Review extended correspondence from B. Mirakian discussing remaining privilege log issues |
| 5/11/2010 | PMK | 0.60 | Conference call with hotel to make deposition arrangements; Conference calls with car services regarding travel; Review E-Correspondence from T. Ramaekers regarding depositions |
| 5/12/2010 | KAP | 7.20 | Travel to Chicago, IL, for B. Fetterolf deposition; Conference with C. Johnson and P. Kraft re privilege log issues; Correspondence with B. Mirakian re privilege issues; Final preparation for B. Fetterolf deposition; Correspondence with B. Mirakian; Conference with P. Snyder re B. Fetterolf topics; Final review of documents |
| 5/12/2010 | CAJ | 4.50 | Review correspondence from P. Snyder re remaining privilege log issues; Deposition preparation for M. Tadda and L. Broughton, specifically reviewing documents; Extended telephone conference with B. Mirakian re privilege log issues, division of responsibilities and strategy for responding to LaSalle's letter re the same |
| 5/12/2010 | PMK | 1.00 | Conference with K. Phansalkar and C. Johnson |

CWOK000200

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | regarding privilege log; Conference calls to make arrangements for Tadda deposition and transportation to and from Wheaton, In-House Legal; Review E-Correspondence exchanges between P. Snyder, B. Mirakian and T. Ramaekers regarding depositions and privilege review |
| 5/13/2010 | KAP | 13.10 | Attend deposition of B. Fetterolf; Return travel to Oklahoma City, OK; Correspondence with P. Snyder re repurchase issues |
| 5/13/2010 | CAJ | 6.80 | Deposition preparation for M. Tadda, specifically reviewing documents and drafting deposition outline; Review correspondence from B. Markian re privilege log issues / responsibilities; Teleconference with K. Phansalkar re deposition strategy for M. Tadda; Review correspondence from P. Snyder re ████████ ██████████ |
| 5/13/2010 | PMK | 0.50 | Conference with L. Skinner regarding Tadda deposition arrangements; E-Correspondence to L. Skinner with paperwork regarding same |
| 5/14/2010 | KAP | 1.90 | Correspondence with J. Halper and B. Mirakian re privilege logs; Conference with C. Johnson re deposition testimony and strategy issues; Correspondence with P. Snyder re deposition issues |
| 5/14/2010 | CAJ | 4.70 | Deposition preparation for M. Tadda, specifically reviewing documents and drafting deposition outline |
| 5/14/2010 | PMK | 0.20 | Review email and letter regarding document production and privilege log |
| 5/15/2010 | KAP | 1.10 | Correspondence with L. Lee re discovery issues; Correspondence with T. Fini and P. Snyder re various discovery issues |
| 5/15/2010 | CAJ | 4.30 | Deposition preparation for M. Tadda, specifically reviewing documents, drafting deposition outline, and preparing exhibits; Review various correspondence from opposing counsel re failure to locate Broughton |
| 5/16/2010 | KAP | 6.80 | Preparation for deposition of M. Tadda; Review proposed exhibits; Correspondence and telephone |

CWOK000201

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | conference with T. Fini; Conference with C. Johnson re M. Tadda deposition and exhibits: Travel plans; Correspondence with B. Mirakian |
| 5/16/2010 | CAJ | 1.60 | Conference with K. Phansalkar to go over deposition outline and exhibits for deposition of M. Tadda |
| 5/17/2010 | KAP | 7.00 | Review J. Trojanowsky questions; Revisions to deposition outline; Correspondence with P. Snyder re trial strategy; Travel to Chicago, IL, for depositions; Complete M. Tadda preparation |
| 5/17/2010 | KAP | 1.50 | Review LaSalle Motion to Compel re privilege logs; Correspondence with P. Snyder re same; Correspondence with B. Mirakian |
| 5/17/2010 | CAJ | 7.90 | Prepare exhibits for M. Tadda deposition; Deposition preparation for L. Broughton, specifically reviewing documents; Review and analyze LaSalle's Motion to Compel Production to Defendant of Documents Purportedly Withheld on the Basis of Privilege in preparation to respond; Review and analyze extended proposed correspondence to J. Halper and L. Lee re privilege log issues |
| 5/17/2010 | PMK | 0.30 | Revise Attachment A to April Letter |
| 5/17/2010 | PMK | 1.90 | Find documents and emails and prepare for T. Ramaekers to review; Multiple emails to T. Ramaekers regarding same; E-Correspondence exchanges regarding status of document review; Conference with C. Johnson regarding Tadda deposition; E-Correspondence to court reporter regarding same |
| 5/18/2010 | KAP | 12.50 | Correspondence with P. Snyder; Travel to Wheaton, IL; Deposition of M. Tadda; Review J. Trojanowsky correspondence; Review court order and proposed motion to strike; Travel to Chicago, IL |
| 5/18/2010 | CAJ | 6.20 | Deposition preparation for deposition of L. Broughton, including reviewing documents; Assist K. Phansalkar with locating additional exhibit for M. Tadda deposition and fax the same; Review correspondence from P. Snyder re Motion to Strike LaSalle's Motion to Compel; Draft correspondence re the same; Review Judge Cauthron's order requiring |

CWOK000202

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | an expedited response; Telephone conference with P. Snyder re the same; Telephone conference with B. Mirakian re privilege log and response to Motion to Compel; Review correspondence from J. Trojanowsky re ███████████████; Telephone conference with K. Phansalkar re deposition of M. Tadda |
| 5/18/2010 | PMK | 0.80 | E-Correspondence exchanges with M. Blackburn and T. Ramaekers regarding admission PHV; Prepare basic registration and ECF forms to B. Mirakian for completion; E-Correspondence to T. Ramaekers and B. Mirakian regarding process; Conference with L. Skinner regarding registration form |
| 5/19/2010 | KAP | 5.00 | Return travel to Oklahoma City, OK; Outline highlights of M. Tadda deposition; Conference with C. Johnson over pending matters; Conference call with P. Snyder, B. Mirakian, and C. Johnson re outstanding issues |
| 5/19/2010 | CAJ | 6.40 | Review various correspondence re Mustain documents, Motion to Compel, Motion to Strike and other issues in preparation for strategy session; Telephone conference with team; Work on revisions to Oklahoma privilege log specific to work product entries; Review correspondence from B. Mirakian outlining strategy for response to motion to compel; Telephone conference with group re strategy on several developing topics, including privilege log issues, Mustain documents, depositions, and other related issues |
| 5/20/2010 | KAP | 3.00 | Correspondence with J. Trojanowsky re M. Tadda deposition; Review D. Flessner and K. Flessner depositions; Review proposed K. Flessner questions; Correspondence to J. Trojanowsky re same; Review responses to Motion to Strike |
| 5/20/2010 | CAJ | 7.20 | Work on revisions to Oklahoma privilege log specific to work product entries (i.e. review work product documents and revise descriptions) in preparation for potential in camera review and to respond to Motion to Compel |
| 5/20/2010 | SUM | 2.00 | CCOY; Conference with C. Johnson re scope of |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | judicial application of the attorney-client privilege and the work product doctrine; Prepare a memo re same |
| 5/21/2010 | KAP | 3.60 | Review J. Halper and P. Snyder correspondence; Correspondence with P. Snyder and T. Brown; Correspondence to L. Lee re Broughton deposition; Review and revise Plaintiff's response to LaSalle's Motion to Compel; Correspondence to B. Mirakian re same; Correspondence with J. Arnold |
| 5/21/2010 | CAJ | 5.30 | Work on revisions to Oklahoma privilege log specific to work product entries in preparation for potential in camera review and response to Motion to Compel |
| 5/21/2010 | SUM | 1.70 | CCOY; Conference with C. Johnson re scope of judicial application of the attorney-client privilege and the work product doctrine; Prepare memo re same |
| 5/21/2010 | PMK | 0.50 | Pull documents for review for privilege log |
| 5/22/2010 | KAP | 1.20 | Review P. Snyder correspondence; Conference with C. Johnson re response brief; Correspondence to B. Mirakian re same |
| 5/22/2010 | CAJ | 4.00 | Review draft of Response / Opposition to Motion to Compel re privilege log and draft suggested revisions; Draft correspondence to group re the same; Work on drafting portion of opposition relating to common interest doctrine ▮▮▮▮▮ |
| 5/23/2010 | KAP | 4.10 | Review correspondence and discovery responses re S. Brown and P. Snyder; Prepare questions for K. Flessner and G. Dowden deposition; Review K. Flessner and G. Dowden responses to document subpoenas; Correspondence with C. Johnson re draft response |
| 5/23/2010 | CAJ | 4.00 | E-correspondence with P. Snyder re common interest privilege; Work on drafting portion of opposition relating to common interest doctrine |
| 5/24/2010 | KAP | 5.90 | Conference with C. Johnson re response brief and privilege log; Correspondence with P. Snyder re various issues; Review document entries; Revise |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | brief section; Review proposed affidavits; Revise deposition questions for K. Flessner and G. Dowden; Review affidavits; Review answers to interrogatories; correspondence with L. lee and P. Snyder |
| 5/24/2010 | CAJ | 9.70 | E-correspondence with B. Mirakian re revisions to response to motion to compel; Review and revise portion of opposition relating to common interest doctrine; Draft affidavit of Mari Kooi; Draft affidavit of J. Trojanowsky; Telephone conference with P. Snyder re common interest portion of response; Conference with K. Phansalkar re the same; Research re ▮▮▮▮▮▮ in preparation of response; Revise response accordingly; Review and revise Response and draft various e-correspondence re the same; Prepare exhibits; File opposition just prior to midnight deadline |
| 5/24/2010 | PMK | 0.50 | Review local civil rules and ECF policies regarding exhibits submitted in the USWD-Oklahoma; E-Correspondence to C. Johnson and B. Mirakian regarding same |
| 5/25/2010 | KAP | 8.10 | Travel to Sarasota, FL, for K. Flessner and G. Dowden depositions; Multiple correspondence with P. Snyder, L. Lee, and T. Fini re discovery issues; Telephone conference with T. Fini |
| 5/25/2010 | CAJ | 0.60 | Correspondence with J. Cauthron's chambers re Response to Motion to Compel; Review correspondence re ▮▮▮▮▮▮▮▮▮; Assist K. Phansalkar with additional exhibit for Flessner deposition |
| 5/25/2010 | PMK | 0.80 | Review Federal Rules regarding witness fees and expenses; E-Correspondence exchanges with K. Phansalkar regarding same; E-Correspondence to opposing counsel regarding witness fees and expenses |
| 5/26/2010 | KAP | 8.20 | Attend depositions of K. Flessner and G. Dowden; Travel to Tampa, FL; Correspondence to client re summary of testimony; Correspondence with P. Snyder; Telephone conference with C. Johnson re supplemental filing; Review Ohio rulings |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 5/26/2010 | CAJ | 3.80 | E-correspondence with P. Snyder re Motion to Supplement Response; E-correspondence with B. Mirakian re research relating to 30(b)(6) issues; Draft Motion to Supplement; Prepare exhibit to Motion; Correspondence with P. Snyder re the same; Review and revise Motion; Draft Order re the same; File Motion to Supplement |
| 5/27/2010 | KAP | 5.60 | Return travel to Oklahoma City, OK; Conference with C. Johnson; Correspondence with P. Snyder re various issues |
| 5/27/2010 | CAJ | 1.90 | Review S. Union's letter re 30(b)(6) issues in preparation to respond; Review and revise proposed letter to S. Union re 30(b)(6) depositions; Telephone conference with K. Phansalkar re the same; Telephone conference with B. Mirakian re the same; E-correspondence with B. Mirakian re LaSalle's deficiencies in their privilege logs |
| 5/28/2010 | KAP | 2.30 | Review T. Fini correspondence re S. Mustain deposition; Correspondence with B. Mirakian; Review LaSalle reply brief; Correspondence with C. Johnson re possible sur-reply |
| 5/28/2010 | CAJ | 4.30 | Research re whether answers given by a 30(b)(6) witness outside the scope of the notice ████████ ███████████; Review pro hac vice papers for B. Mirakian; Review and analyze Reply to Response to Motion to Compel re privilege logs in preparation to respond if needed; Draft correspondence to group re filing an application to file a surreply; Extended telephone conference with B. Mirakian re Reply and pro / cons for filing a surreply; Draft correspondence to K. Phansalkar and P. Snyder re the same |

|  | Total Hours | 237.60 | | Total Fees $ | 54,197.00 |
|---|---|---|---|---|---|

**Disbursements Advanced:**

|  |  |
|---|---|
| Air Fares | 2,073.20 |
| Telephone Charges | 13.53 |
| Meals | 282.16 |
| Mileage/Toll/Parking | 83.00 |

CWOK000206

| | | |
|---|---|---|
| Photocopies | | 321.90 |
| Taxi | | 155.00 |
| Lodging Expenses | | 1,304.25 |
| Photographs | | 467.36 |
| Ground Transport | | 424.80 |
| Westlaw | | 2,395.04 |
| Telecopies | | 13.00 |
| Travel Expenses | | 43.00 |
| Total Disbursements | $ | 7,576.24 |
| | | |
| Matter Total Fees and Disbursements | $ | 61,773.24 |

Balance Due..................................................................................................$    61,773.24

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
June 9, 2010
Page 11

Invoice No. 2102376A KAP
Client No. 12327

| Name | Initials | Rate | Hours | Fees |
|------|----------|------|-------|------|
| Kiran A. Phansalkar | KAP | 300.00 | 114.90 | $ 34,470.00 |
| Crystal A. Johnson | CAJ | 165.00 | 106.30 | 17,539.50 |
| Paige Kraft | PMK | 130.00 | 12.70 | 1,651.00 |
| Summer Associate | SUM | 145.00 | 3.70 | 536.50 |
| TOTAL | | | 237.60 | $ 54,197.00 |

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

July 8, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 210339lA KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

**For professional services rendered through June 30, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 18,008.75 |
| **Balance Due as of July 8, 2010** | $ 18,008.75 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:

CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000209

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

July 8, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2103391A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through June 30, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 18,008.75 |
| **Balance Due as of July 8, 2010** | **$ 18,008.75** |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:     CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000210

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

July 8, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2103391A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through June 30, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 6/1/2010 | KAP | 1.10 | Correspondence with L. Lee; Correspondence with P. Snyder; Conference with C. Johnson re various items; Review court order |
| 6/1/2010 | CAJ | 0.70 | Review Order from Court granting Plaintiff's Motion to Supplement Response; Draft Notice of Supplemental Filing; File supplemental exhibit |
| 6/2/2010 | KAP | 2.80 | Conference with C. Johnson re privilege issues; Correspondence with P. Snyder re various issues; Correspondence with P. Snyder and B. Mirakian re motion issues; Correspondence with S. Brown re purchase price calculation; Correspondence with J. Trojanowsky; Correspondence with P. Snyder re Mustain issues; Telephone conference with ▮ ▮; Correspondence with J. Trojanowsky re same |
| 6/2/2010 | CAJ | 4.24 | E-correspondence with B. Mirakian and P. Snyder discussing ▮ ▮ LaSalle's privilege log; Conference with K. Phansalkar re the same; Review correspondence re second deposition of Mustain ▮ ▮; Review proposed correspondence to L. Lee re document production in preparation to advise B. Mirkian; Correspondence with B. Mirkian re the same |

CWOK000211

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 6/3/2010 | KAP | 1.10 | ███████████████████████████████; Review J. Trojanowsky correspondence re S. Mustain documents; Correspondence with L. Lee and B. Mirakian |
| 6/4/2010 | KAP | 1.00 | Correspondence with P. Snyder, J. Trojanowsky, and B. Mirakian re ███████████ issues; Correspondence with L. Lee re various issues |
| 6/4/2010 | PMK | 0.70 | E-Correspondence exchanges with T. Ramaekers regarding document production; Locate document and email to T. Ramaekers; Conference with L. Skinner regarding admission, ECF registration and entry of appearance for B. Mirakian; Organize documents and conference with L. Skinner regarding same |
| 6/7/2010 | KAP | 1.40 | Correspondence with P. Snyder; Review ███████ ████████████; Correspondence with T. Ramaekers |
| 6/8/2010 | KAP | 2.40 | Complete ██████████████ review; Correspondence with P. Snyder re deposition testimony; Correspondence with L. Lee re discovery issues; Messages for L. Broughton; Correspondence with J. Trojanowsky; Review MFG broker spreadsheets; Review L. Lee correspondence re Shepherd's privilege log deficiencies |
| 6/8/2010 | CAJ | 1.30 | E-correspondence with T. Raemakers and P. Snyder re amending notices; Review correspondence re ████████████████████████; Conference with K. Phansalkar re the same; Draft Second Amended Notice of Depositions |
| 6/9/2010 | KAP | 2.10 | Correspondence with T. Fini and P. Snyder; Correspondence with P. Snyder re thoughts on Gembara deposition; Correspondence with T. Brown, L. Lee, and J. Trojanowsky; Multiple email correspondence with client and P. Snyder re discovery issues; Conference with C. Johnson |
| 6/9/2010 | CAJ | 1.00 | Review extended e-correspondence re deposition for Mustain and Gembara; Conference with K. Phansalkar re the same in preparation to advise as to suggested deposition strategy; Advise re potential |

CWOK000212

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | two day deposition as opposed to one day deposition of Gembara |
| 6/10/2010 | KAP | 1.80 | Conference with C. Johnson re ███████ issues; Multiple correspondence with J. Trojanowsky and P. Snyder re deposition issues and other items |
| 6/10/2010 | CAJ | 3.20 | Review and analyze ████████████████████; Review depositions of K. Goldberg, T. Arnold and E. Stawiarski ███████; Conference with K. Phansalkar re the same; E-correspondence with group re length of Gembara deposition |
| 6/11/2010 | KAP | 2.60 | Conference with C. Johnson; Correspondence with P. Snyder re discovery issues; Review cases found re ██████; Correspondence with L. Lee and J. Halper; Correspondence with P. Snyder; Correspondence with ██████; Correspondence with J. Trojanowsky; Revise correspondence to J. Halper |
| 6/11/2010 | CAJ | 5.90 | Teleconference with K. Phansalkar and P. Snyder re time limitation for depositions in preparation to respond to J. Halper re two day deposition of P. Gembara; Research ████████████ re the same; Draft correspondence to P. Snyder summarizing research findings; Prepare summary of relevant portions of Arnold (underwriter), Goldberg (closer) and Stawiarski (closer) deposition ███ ████████████; Draft correspondence ████ re the same |
| 6/14/2010 | KAP | 2.00 | Correspondence with P. Snyder; Review D. Grossman documents; Correspondence with L. Lee; Review D. Grossman resume; Correspondence with B. Mirakian; Review L. Broughton issues |
| 6/14/2010 | CAJ | 0.40 | Review correspondence from L. Lee regarding performance reviews; Teleconference with P. Snyder re the same; Correspondence with J. Trojanowsky re the same |
| 6/15/2010 | KAP | 2.10 | Review B. Mirakian proposed response; Correspondence to B. Mirakian re ████████ documents; Review L. Lee correspondence re S. Mustain production; Review B. Mirakian |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | correspondence re same |
| 6/15/2010 | CAJ | 0.40 | Review correspondence from L. Lee re additional Mustain documents; Review correspondence re discovery issues |
| 6/16/2010 | KAP | 2.10 | Correspondence from and to P. Snyder; Correspondence from B. Mirakian; Review spreadsheet re ▓▓▓▓ information; Correspondence with T. Brown; Telephone conference with J. Trojanowsky, P. Snyder, and B. Mirakian re deposition strategy |
| 6/16/2010 | CAJ | 0.30 | E-correspondence with P. Snyder re postponing Mustain deposition due to late production |
| 6/17/2010 | KAP | 3.10 | Correspondence with L. Lee; Review P. Gembara and D. Grossman transcripts; Conference with P. Kraft re L. Broughton issues; Correspondence with P. Snyder re P. Gembara cross-examination; Review J. Trojanowsky correspondence |
| 6/17/2010 | PMK | 2.10 | Research regarding L. Broughton; Prepare subpoena, notice and letter and paperwork for process server; Conference with K. Phansalkar regarding same; Review recent emails regarding case and status; Conference with L. Skinner regarding ECF registration for B. Mirakian |
| 6/18/2010 | KAP | 1.80 | Correspondence with P. Snyder; Correspondence with ▓▓▓▓; Review L. Broughton notice and subpoena; Correspondence with P. Snyder re ▓▓▓▓; Review ▓▓▓▓ correspondence |
| 6/18/2010 | PMK | 1.90 | E-Correspondence exchanges with T. Ramaekers regarding depositions and exhibits; Create DVDs for T. Ramaekers regarding depositions and exhibits; Prepare letter to T. Ramaekers regarding same; Review emails exchanges regarding case status; E-Correspondence exchange with process server regarding future service on Broughton |
| 6/21/2010 | KAP | 2.40 | Conference with C. Johnson re ▓▓▓▓; Conference re deposition schedule; Correspondence with P. Snyder re ▓▓▓▓; Review ▓▓▓▓; Correspondence with S. Brown; Correspondence with J. Trojanowsky; Conference |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | with C. Johnson; Telephone conference with ███ |
| 6/21/2010 | CAJ | 6.90 | ██████████; Various e-correspondence with P. Snyder, J. Trojanowsky and ███ re the same; ███; Draft correspondence to L. Lee re the same; Review and revise amended expert list and file; Various e-correspondence with group regarding ██████; Revise the same and submit to opposing counsel |
| 6/21/2010 | PMK | 1.80 | Revise subpoena, letter and Notice; Conference with K. Phansalkar and C. Johnson regarding deposition; E-Correspondence to C. Johnson regarding same; Multiple email exchanges with process server; Conference call with process server; Conference with K. Phansalkar regarding status |
| 6/22/2010 | KAP | 2.80 | Correspondence with P. Snyder; Correspondence with L. Lee re discovery schedule; Review Court order re privilege log issues; Telephone conference with P. Snyder and B. Mirakian re same; Correspondence with P. Snyder re various items |
| 6/22/2010 | CAJ | 1.50 | Review and analyze favorable order denying LaSalle's motion to compel; E-correspondence and teleconference re the same in preparation to determine amount of fee award; Review correspondence from opposing counsel re deposition of L. Broughton in preparation to respond |
| 6/22/2010 | PMK | 0.90 | E-Correspondence exchanges with process server; Review Federal and local rules regarding service; Conferences with K. Phansalkar and C. Johnson regarding same |
| 6/23/2010 | KAP | 1.00 | Correspondence with P. Snyder re document discovery; Correspondence with S. Union; Correspondence with B. Mirakian re attorneys' fees |
| 6/23/2010 | PMK | 0.80 | Conference call with process server regarding L. Broughton; E-Correspondence exchanges regarding same; Conference with K. Phansalkar and C. Johnson regarding status |
| 6/24/2010 | KAP | 1.90 | Correspondence with P. Snyder and L. Lee; Conference with C. Johnson re issues relating to |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | court order; Correspondence with B. Mirakian re expert issues and production; Correspondence with L. Lee |
| 6/24/2010 | CAJ | 1.00 | Review extended correspondence from B. Mirakian re fee collection strategy in light of order granting Plaintiff's fees in connection with LaSalle's motion to compel; Conference with K. Phansalkar re the same; Draft correspondence to group re the same |
| 6/24/2010 | PMK | 0.80 | E-Correspondence exchanges with C. Johnson regarding Broughton deposition; Conference with K. Phansalkar regarding same; Conference with C. Johnson regarding status; E-Correspondence exchange with process server regarding status and future service |
| 6/25/2010 | KAP | 1.50 | Correspondence with B. Mirakian re trial setting information; Review OCC issues raised by LaSalle; Correspondence with L. Lee re discovery issues |
| 6/25/2010 | CAJ | 0.80 | Review correspondence from P. Snyder re ▮▮▮ "privileged" documents; Conference with K. Phansalkar re scope of fee award; Draft correspondence to B. Mirakian re the same |
| 6/25/2010 | PMK | 1.20 | Conferences with K. Phansalkar and C. Johnson regarding Broughton deposition; Prepare second amended notice, subpoena and letter; Review E-Correspondence from K. Phansalkar |
| 6/29/2010 | KAP | 0.30 | Correspondence with L. Lee and P. Snyder |
| 6/29/2010 | PMK | 0.10 | E-Correspondence exchange and conference with C. Johnson regarding Broughton deposition |
| 6/30/2010 | KAP | 1.10 | Correspondence with P. Snyder re deposition designations; Review time for fees request |
| 6/30/2010 | CAJ | 0.80 | Review and analyze time sheets for April, May and June in preparation of request for attorneys fees in light of favorable ruling on motion to compel re privilege log; E-correspondence with B. Mirakian re the same |
| 6/30/2010 | PMK | 0.30 | Review E-Correspondence exchanges regarding deposition schedule and status; E-Correspondence exchange with B. Mirakian regarding ECF |

CWOK000216

| **Date** | **Initial** | **Hours** | **Description** | | |
|----------|-------------|-----------|-----------------|---|---|
| | | | registration | | |
| | Total Hours | 77.44 | | Total Fees $ | 17,590.95 |

**Disbursements Advanced:**

| | | |
|---|---|---|
| Federal Express | | 7.30 |
| Meals | | 62.00 |
| Photocopies | | 0.60 |
| Westlaw | | 347.90 |
| Total Disbursements | $ | 417.80 |
| | | |
| Matter Total Fees and Disbursements | $ | 18,008.75 |

Balance Due......................................................................................$    18,008.75

CWOK000217

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
July 8, 2010
Page 8

Invoice No. 2103391A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 38.40 | $ | 11,520.00 |
| Crystal A. Johnson | CAJ | 165.00 | 28.44 | | 4,692.95 |
| Paige Kraft | PMK | 130.00 | 10.60 | | 1,378.00 |
| TOTAL | | | 77.44 | $ | 17,590.95 |

CWOK000218

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

August 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2104414A KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

**For professional services rendered through July 31, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 55,333.17 |
| **Balance Due as of August 11, 2010** | $ 55,333.17 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:      CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

CWOK000219

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

August 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2104414A  KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through July 31, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 55,333.17 |
| **Balance Due as of August 11, 2010** | $   55,333.17 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:       CONNER & WINTERS
                4000 One Williams Center
                Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

August 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2104414A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through July 31, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 6/3/2010 | CAJ | 0.60 | Prepare for telephone conference ███████████ ███████████; Conference with K. Phansalkar re the same |
| 7/1/2010 | KAP | 1.20 | Correspondence with B. Mirakian; Conference with P. Kraft; Correspondence with L. Lee; Review deposition recap; Correspondence with P. Snyder |
| 7/1/2010 | CAJ | 0.50 | Review previous awards re fees in order to calculate set off; Draft correspondence to B. Mirakian re the same; Conference with P. Kraft re applicable fees to include in request for fee |
| 7/1/2010 | PMK | 0.40 | Conference with C. Johnson regarding privilege log and fees; Prepare time for working on privilege log |
| 7/2/2010 | KAP | 4.20 | Cursory review of LaSalle Oklahoma witness reports; Correspondence to P. Snyder; Correspondence with J. Arnold; Conference call with P. Snyder, B. Mirakian, and J. Trojanowsky re various task assignments and other case issues; Correspondence with P. Snyder re deposition designation and other issues; Correspondence with L. Lee re attorneys' fees; Correspondence with B. Mirakian re fee motion; Review L. Lee and B. Mirakian correspondence |
| 7/2/2010 | CAJ | 1.40 | Discuss agenda for group meeting with K. Phansalkar in preparation of the same; Conference call with P. |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Snyder, K. Phansalkar, B. Mirakian and J. Trojanowsky re various task assignments and other case issues |
| 7/4/2010 | KAP | 0.70 | Correspondence with P. Snyder; Correspondence with B. Mirakian re fee award issues |
| 7/5/2010 | KAP | 1.40 | Correspondence with P. Snyder; Conference with C. Johnson re various issues; Schedule experts and other remaining depositions; Correspondence with P. Snyder re expert issues |
| 7/6/2010 | KAP | 1.70 | Telephone conference with P. Snyder, B. Mirakian, and LaSalle counsel re efforts to compromise fees; Review application for extension of time; Correspondence with L. Lee; Correspondence with P. Snyder; Conference with C. Johnson re various issues |
| 7/6/2010 | CAJ | 4.50 | Draft chart summarizing fees into categories in preparation for conference call with LaSalle re the same; Conference call with K. Phansalkar, P. Snyder and B. Mirakian re fee issue; Telephone conference with J. Halper, K. Phansalkar, P. Snyder and B. Mirakian re the same; Correspondence with group re Application for Extension of Time to File Motion for Fees; Draft Unopposed Application for Extension; Draft Order re the same; Draft correspondence to Judge Cauthron attaching proposed Order; Draft correspondence to L. Lee re filing of motion; Correspondence with group re the same; Telephone conference with Judge Cauthron's clerk re requested extension |
| 7/6/2010 | PMK | 0.40 | Review email exchanges regarding case status; Conference with C. Johnson regarding service on Broughton |
| 7/7/2010 | KAP | 2.10 | Review order; Correspondence with B. Mirakian; Correspondence with P. Snyder; Correspondence with L. Lee; Correspondence with P. Snyder re ▋ issues; Correspondence to B. Mirakian re fee compromise; Conference call with P. Snyder and B. Mirakian re fee issues; Correspondence with J. Trojanowsky; Correspondence with P. Snyder re ▋; Correspondence with L. Lee |

| Date | Initial | Hours | Description |
| --- | --- | --- | --- |
| 7/7/2010 | CAJ | 1.90 | Review order from Court granting extension; Draft e-correspondence to group re the same; E-correspondence with group re negotiations as to fee amount; Review notice to Broughton and correspondence re service issues; Telephone conference with B. Mirakian re Motion to Set Deadlines for Deposition Designations; Telephone conference with B. Mirakian, P. Snyder and K. Phansalkar re fee negotiations |
| 7/7/2010 | PMK | 2.10 | Revise Broughton Notice, Subpoena and letter; E-Correspondence exchanges with K. Phansalkar regarding same; Complete paperwork for service process; Conference with C. Johnson regarding same; Prepare Notice and Exhibit and file; E-Correspondence exchanges with T. Ramaekers regarding Mustain deposition; Conference call with B. Mirakian regarding deposition schedule; Prepare Notice; E-Correspondence exchanges with P. Snyder regarding same; File Notice; Conference with K. Phansalkar regarding deposition schedule |
| 7/8/2010 | KAP | 2.90 | Correspondence with P. Snyder; Review L. Broughton performance reports; Revise joint stipulation; Conference with C. Johnson; Correspondence with B. Mirakian; Telephone conference with P. Snyder re deposition designation motion; Correspondence with ▮▮▮; Correspondence with ▮▮▮▮▮ |
| 7/8/2010 | CAJ | 5.20 | Correspondence re Motion Stipulating to Fees and Order; Draft the same; Correspondence to group re the same; Draft Motion to Set Deposition Designation Schedule; E-correspondence and telephone conference with group re the same; Review and revise the same; Correspondence with L. Lee re Joint Stipulation; Revise Order and Joint Stipulation and file; Draft correspondence to Judge Cauthron re the same; Prepare exhibits to Motion to Modify Scheduling Order re Deposition Designations and file |
| 7/9/2010 | KAP | 1.60 | Correspondence with P. Snyder re expert deposition dates; Correspondence to P. Snyder re same; Correspondence with J. Hoyt re expert preparation; |

CWOK000223

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Correspondence with J. Halper; Propose scheduling of expert witnesses |
| 7/9/2010 | CAJ | 0.40 | Draft Order on Plaintiff's Motion to Modify Scheduling Order as it Relates to Designations/Objections of Deposition Testimony; Draft correspondence to Court re the same |
| 7/9/2010 | PMK | 0.20 | E-Correspondence exchange with process server regarding status of service for Broughton |
| 7/10/2010 | KAP | 2.10 | Review L. Broughton issues; Review J. Crider expert report |
| 7/12/2010 | KAP | 3.20 | Correspondence with P. Snyder; Review calendar; Conference call with P. Snyder and B. Mirakian re expert calendar; Conference call with P. Snyder, J. Halper, and G. Markel re expert depositions; Review M. Craige report; Telephone conference with ███ ███ |
| 7/12/2010 | KAP | 1.40 | Telephone conference with ████ ; Correspondence with P. Snyder and J. Trojanowsky; Work on deposition schedule; Conference call with J. Trojanowsky, P. Snyder, and B. Mirakian re various issues |
| 7/12/2010 | CAJ | 1.30 | Review correspondence from P. Snyder re depositions of experts and case strategy in preparation for conference call; Conference call with group re the same in preparation for conference call with opposing counsel; Meet and confer with opposing counsel |
| 7/12/2010 | PMK | 0.20 | E-Correspondence exchange with process service regarding Broughton; E-Correspondence to K. Phansalkar regarding same |
| 7/13/2010 | KAP | 4.90 | Correspondence with P. Snyder; Review J. Halper deposition schedule; Telephone conference with P. Snyder re same; Correspondence with J. Trojanowsky; Multiple calls and correspondence with P. Snyder re various issues; Conference call with P. Snyder, J. Trojanowsky, and ████ re ████ ████ ; Conference call with J. Halper and P. Snyder |
| 7/13/2010 | CAJ | 1.00 | E-correspondence with group re depositions of expert |

CWOK000224

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|  |  |  | witnesses and overlap in expert testimony; Conference with K. Phansalkar re the same; Correspondence with K. Phansalkar re representation and warranties in preparation for call ▮▮▮ |
| 7/14/2010 | KAP | 5.50 | Review Isaacs expert report; Conference call with ▮ ▮ and P. Snyder re expert reports of LaSalle; Conference call with P. Snyder and J. Halper; Correspondence with J. Halper re scheduling; Conference with P. Kraft; Review remainder of Isaacs report |
| 7/14/2010 | CAJ | 1.30 | Review correspondence from P. Snyder re extension to deadline re dispositive motion; Conference with K. Phansalkar re request for admission topics and expert deposition preparation; Review correspondence and attachments re LaSalle's experts |
| 7/14/2010 | PMK | 0.80 | Review federal and local rules regarding question of service on discovery requests; Team meeting regarding deposition preparations |
| 7/15/2010 | KAP | 3.30 | Correspondence with J. Halper re deposition scheduling and other case deadline extensions; Correspondence with ▮▮▮; Correspondence with P. Snyder; Telephone conferences with ▮ ▮▮▮; Correspondence with L. Lee and ▮ ▮▮▮; Correspondence with J. Trojanowsky; Correspondence with P. Snyder; Correspondence with ▮▮▮ |
| 7/15/2010 | CAJ | 1.90 | Prepare expert witness material relied on by Craige; Draft correspondence to B. Mirakian re the same; Conference with K. Phansalkar re deposition of L. Broughton |
| 7/15/2010 | PMK | 1.90 | Prepare deposition notebooks for K. Phansalkar; Conference with K. Phansalkar regarding deposition changes; E-Correspondence with T. Ramaekers regarding same |
| 7/16/2010 | KAP | 3.00 | Correspondence with P. Snyder and J. Halper; Correspondence with P. Snyder re various issues; Conference call with J. Halper, G. Markel, and P. Snyder re deposition designation; Telephone conference with P. Snyder re case schedules; Numerous email correspondence with J. Halper, J. |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Trojanowsky, and P. Snyder re multitude of issues; Review proposed stipulation; Correspondence to J. Trojanowsky |
| 7/16/2010 | CAJ | 1.80 | Telephone conference with B. Mirakian re requests for admissions; E-correspondence with group re LaSalle's proposed joint motion to extend certain case deadlines; Conference with K. Phansalkar re the same; Revise Joint Motion to Unopposed Motion re LaSalle's request to extend certain deadlines; E-correspondence with P. Snyder re the same |
| 7/16/2010 | PMK | 0.50 | Revise deposition notice; Conference with K. Phansalkar regarding same; Review e-correspondence regarding additional depositions |
| 7/17/2010 | KAP | 3.10 | Review J. Hoyt report for Isaacs examination |
| 7/18/2010 | KAP | 4.00 | Review P. Isaacs desk review of Heritage Ridge and Royal Oaks (2005 and 2007); Correspondence from and to P. Snyder re discovery issues |
| 7/18/2010 | CAJ | 0.70 | Review draft of requests for admissions; Draft correspondence to K. Phansalkar and B. Mirakian re suggested additional topics |
| 7/19/2010 | KAP | 2.50 | Correspondence with P. Snyder re FIRREA issues; Telephone conference with J. Hoyt re various issues with Isaacs report; Correspondence with P. Snyder and B. Mirakian re various trial strategies; Review and respond to multiple email correspondence with P. Snyder, J. Trojanowsky, J. Halper, and L. Lee; Multiple revisions to discovery requests; Conference call with P. Snyder and J. Trojanowsky; Service of pleadings on ███████ |
| 7/19/2010 | CAJ | 4.70 | Telephone conference with B. Mirakian re logistics of services of requests for admissions, LaSalle's discovery requests, and local rules relating to discovery deadlines; Review correspondence from P. Snyder and J. Trojanowsky re revisions to requests for admissions; Revise requests for admissions; Telephone conference with K. Phansalkar, B. Mirakian, and P. Snyder re discovery issues; Draft correspondence to opposing counsel re requests for admissions; Deposition preparation of L. Broughton |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 7/19/2010 | PMK | 2.60 | Prepare and file Broughton notice; Review emails regarding expert witness depositions; Conference with K. Phansalkar regarding same; Prepare notices for expert witnesses; E-Correspondence exchanges with P. Snyder regarding same; Review E-Correspondence from B. Mirakian regarding 30(b)(6) notice; Conference with K. Phansalkar regarding same; Conference call with B. Mirakian regarding same; E-Correspondence exchange with B. Mirakian regarding past notices; Review E-Correspondence regarding discovery; Conference with K. Phansalkar and C. Johnson regarding same |
| 7/20/2010 | KAP | 4.30 | Correspondence with P. Snyder re strategy planning; Correspondence with L. Lee re deposition schedule; Correspondence with P. Snyder re Broughton deposition; Review LaSalle response re deposition designations; Correspondence with P. Snyder re various issues; Review new 30(b)(6) notice; Office conference with J. Hoyt re Isaacs reports; Telephone conference with P. Snyder re FIRREA issues |
| 7/20/2010 | CAJ | 4.50 | Review correspondence from the group re a number of issues including ██████████████ ██████, ████ discovery, deposition notices, authentication of documents, and other case strategy; Review Response to Plaintiff's Motion to Modify; Deposition preparation of L. Broughton including review of remaining documents referencing L. Broughton |
| 7/20/2010 | PMK | 0.60 | Conferences with K. Phansalkar regarding subpoena to Isaacs; Review email exchanges regarding service of subpoena |
| 7/21/2010 | KAP | 4.40 | Review LaSalle brief re designations; Calendar deadlines; Correspondence with P. Snyder and J. Halper re various issues; Conference with C. Johnson re Broughton deposition; Prepare P. Isaacs subpoena description; Conference call with P. Snyder, B. Mirakian, and J. Trojanowsky re multitude of issues; Correspondence to J. Halper; Correspondence from and to T. Fini re discovery sought of P. Isaacs; Telephone conference with P. Snyder re same |

CWOK000227

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 7/21/2010 | CAJ | 6.10 | Prepare for deposition of L. Broughton, review and revise deposition outline, review correspondence re the same, review ███████████████████ ████████████████; Prepare exhibits for L. Broughton's deposition; Extended strategy telephone conference with group re various case issues |
| 7/21/2010 | PMK | 1.90 | Conference with K. Phansalkar regarding Isaacs subpoena; Revise subpoena; Prepare and revise exhibits to subpoena; Prepare notice; Conference with K. Phansalkar regarding serving Isaacs; Conference calls with process servers regarding same; Research personal information of Isaacs for service; Prepare documents and instructions for process server; Conference with K. Phansalkar regarding same |
| 7/22/2010 | KAP | 8.10 | Travel to Chicago, IL, for deposition and prepare for depositions; Correspondence with B. Mirakian; Telephone conference with T. Fini; Correspondence with J. Halper; Attend deposition of L. Broughton ("no-show"); Correspondence with P. Snyder; Telephone conference with J. Trojanowsky re ██████ ██L. Broughton ████████ |
| 7/22/2010 | CAJ | 8.20 | Prepare for deposition of L. Broughton; Prepare exhibits for the same; Travel to Chicago to take deposition of L. Broughton (no show); Telephone conference with P. Snyder re expert issues █████████████████████████████████ ████████████████; Review correspondence from B. Mirakian re expert issues and reply to motion to alter current deposition designation schedule |
| 7/23/2010 | KAP | 8.60 | Correspondence (multiple) with P. Snyder and J. Trojanowsky; Review Heckman deposition summary; Continue P. Isaacs deposition examination; Telephone conference with T. Fini re various discovery issues; Telephone conference with ███████ re various issues; Correspondence with T. Fini re various items; Correspondence with B. Mirakian; Return travel to Oklahoma City, OK, Continue P. Isaacs examination |
| 7/23/2010 | CAJ | 7.30 | Travel back from Chicago from deposition of L. |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Broughton (no show); Review and comment on Reply to Motion to Alter Current Deposition Designation Schedule; Draft correspondence to B. Mirakian re the same; Review extended correspondence from P. Snyder re Heckman deposition; Review extended correspondence re ███████ |
| 7/24/2010 | KAP | 6.80 | Continue preparation of Isaacs examination; Correspondence with T. Fini; Telephone conference with P. Snyder |
| 7/25/2010 | KAP | 8.40 | Review P. Snyder correspondence re ███████; Correspondence with T. Fini; Correspondence with ███████ re deposition ███████; Correspondence with P. Snyder re 30(b)(6) issues; Research publications and other information to use in P. Isaacs deposition |
| 7/25/2010 | CAJ | 0.80 | Conference with K. Phansalkar re expert research re ███████; Review correspondence from group re ███████ and subpoena to Isaacs; Review proposed correspondence re breaks during depositions |
| 7/26/2010 | KAP | 5.10 | Multiple correspondence with J. Trojanowsky and P. Snyder; Prepare exhibits; Review J. Hoyt report and prior deposition; Correspondence with ███████; Office conference with ███████ re ███████; Telephone conference with P. Snyder re FIRREA issues; Correspondence with J. Halper |
| 7/26/2010 | KAP | 2.10 | Correspondence with J. Trojanowsky and P. Snyder; Finalize Isaacs outline |
| 7/26/2010 | CAJ | 3.60 | Review proposed correspondence to J. Halper re 30(b)(6) notice; Conference with K. Phansalkar re the same; Review correspondence re amended disclosures; Review and revise First Amended Disclosures; Draft correspondence to opposing counsel re the same; Research re ███████; Draft memo to file re research findings; Review extended correspondence from J. Halper re |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Requests for Admissions |
| 7/26/2010 | PMK | 1.20 | Prepare documents for depositions; Conference with K. Phansalkar regarding same |
| 7/27/2010 | KAP | 10.10 | Final document review; Correspondence with P. Snyder re ▮▮▮▮▮▮; Deposition of P. Isaacs; Correspondence with J. Trojanowsky re L. Broughton; Telephone conference with P. Snyder re recap |
| 7/27/2010 | CAJ | 0.60 | E-correspondence re 30(b)(6) deposition notice and request for admissions; Review proposed correspondence and draft email correspondence re the same; Review e-correspondence re testimony from experts relating ▮▮▮▮▮▮ |
| 7/27/2010 | PMK | 1.50 | E-Correspondence exchanges with T. Ramaekers regarding depositions; Review E-Correspondence exchange regarding expert depositions; Research previous notices filed by Defendant; Prepare notices |
| 7/28/2010 | KAP | 9.70 | Conference ▮▮▮▮▮▮; Deposition of J. Hoyt by T. Fini; Telephone conference with P. Snyder; Review court order |
| 7/28/2010 | CAJ | 2.30 | Conference with ▮▮▮▮▮▮ K. Phansalkar re expert deposition issues in preparation to respond to ▮▮▮▮▮▮; Review order from court re Motion to Alter Deposition Designations; Research re Daubert motions |
| 7/28/2010 | PMK | 1.50 | E-Correspondence exchanges with T. Ramaekers regarding depositions; Find previous locations of depositions conducted by opposing counsel; Revise Notices; Conference with C. Johnson regarding expert witnesses; E-Correspondence to K. Phansalkar and C. Johnson regarding status |
| 7/29/2010 | KAP | 5.20 | Numerous correspondence with P. Snyder, ▮▮▮▮▮▮, and J. Trojanowsky re ▮▮▮ issues; Prepare for meeting with ▮▮▮▮▮▮; Office conference with ▮▮ ▮▮▮▮▮▮ re ▮▮▮▮▮▮; Conference call with P. Snyder and B. Mirakian re various trial issues; Correspondence to P. Snyder; Correspondence to J. Trojanowsky re summary of appraisers testimony |

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| 7/29/2010 | CAJ | 4.00 | Review correspondence re issues involved with Hoyt's deposition; Review e-correspondence with group re the legal interpretation of the contracts ██ █████████████████████; Research re 6(a)(viii) rep breach; Telephone conference with Judge Cauthron's Chambers re telephone conference on order striking trial date; Conference with K. Phansalkar re deposition of J. Hoyt and follow up issues relating to the same; Draft e-correspondence to group with proposed email to J. Halper re telephone conference with the Court; Meeting with ████████ and K. Phansalkar in preparation for ████████; Telephone conference with group re strategy |
| 7/29/2010 | PMK | 0.40 | E-Correspondence exchange regarding depositions |
| 7/30/2010 | KAP | 1.80 | Correspondence with P. Snyder re trial delays; Conference call with Judge Cauthron re trial schedule; Correspondence to P. Snyder re ██████ ██████████ FIRREA; Review order |
| 7/30/2010 | KAP | 1.10 | Review closing statements and closing matters; Conference with M. Bennett |
| 7/30/2010 | CAJ | 2.50 | E-correspondence with group re conference call with Judge; Telephone conference with L. Goode of Judge Cauthron's chambers re telephone conference; Telephone conference with Judge Cauthron, P. Snyder, K. Phansalkar and opposing counsel re scheduling and other trial issues; E-correspondence with P. Snyder in preparation to assist with Dwyer deposition |
| 7/30/2010 | PMK | 1.00 | Review E-Correspondence from opposing counsel regarding Dwyer deposition; Research deposition location (wrong address given by opposing counsel); E-Correspondence with T. Ramaekers regarding same; Prepare Notice; E-Correspondence exchanges with P. Snyder regarding same; E-Correspondence exchange with C. Johnson and research regarding Broughton |
| 7/31/2010 | CAJ | 3.50 | E-correspondence with P. Snyder re issues raised by Dwyer report; E-correspondence re requests for admissions; Review D. Smith report in preparation to |

CWOK000231

| **Date** | **Initial** | **Hours** | **Description** | | |
|---|---|---|---|---|---|
| | | | assist with deposition of Dwyer | | |
| | Total Hours | 212.30 | | Total Fees $ | 51,235.00 |

**Disbursements Advanced:**

| | | |
|---|---|---|
| Air Fares | | 1,356.60 |
| Filing/Recording Fee | | 50.00 |
| Meals | | 549.41 |
| Mileage/Toll/Parking | | 74.12 |
| Telephone Charges | | 0.45 |
| Photocopies | | 34.95 |
| Taxi | | 157.00 |
| Lodging Expenses | | 590.10 |
| Outside Copying Cost | | 676.65 |
| Westlaw | | 322.89 |
| Color Printing | | 3.00 |
| Service of Process | | 248.00 |
| Travel Expenses | | 35.00 |
| Total Disbursements | $ | 4,098.17 |
| | | |
| Matter Total Fees and Disbursements | $ | 55,333.17 |

Balance Due..................................................................................$    55,333.17

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

Crown Northcorp, Inc.
August 11, 2010
Page 13

Invoice No. 2104414A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | Fees |
|------|----------|------|-------|------|
| Kiran A. Phansalkar | KAP | 300.00 | 124.50 | $ 37,350.00 |
| Crystal A. Johnson | CAJ | 165.00 | 70.60 | 11,649.00 |
| Paige Kraft | PMK | 130.00 | 17.20 | 2,236.00 |
| TOTAL | | | 212.30 | $ 51,235.00 |

CWOK000233

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

September 10, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002              Invoice No. 2105526A KAP

Re: LaSalle Bank, N.A.

## INVOICE SUMMARY

**For professional services rendered through August 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 86,201.58 |
| **Balance Due as of September 10, 2010** | $   86,201.58 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:          CONNER & WINTERS
                   4000 One Williams Center
                   Tulsa, Oklahoma 74172-0148

Remittance Copy

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS

### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

September 10, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2105526A KAP

Re: LaSalle Bank, N.A.

---

### INVOICE SUMMARY

**For professional services rendered through August 31, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 86,201.58 |
| **Balance Due as of September 10, 2010** | $  86,201.58 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:
CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

September 10, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002                    Invoice No. 2105526A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through August 31, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/1/2010 | KAP | 3.90 | Correspondence with P. Snyder and J. Trojanowsky; Comments and criticisms to M. Craige expert report; Review all materials relied upon by expert; Correspondence re expert issues; Correspondence with B. Mirakian re subpoena issue |
| 8/1/2010 | CAJ | 7.50 | E-correspondence with P. Snyder re issues raised by Dwyer report; Research re 6(a)(viii) ▮▮▮▮▮▮▮▮▮▮▮; Draft e-correspondence to P. Snyder re the same; Review and analyze Dwyer's report in preparation to assist with his deposition; Draft correspondence to group re First American Title documents |
| 8/2/2010 | KAP | 1.80 | Meeting with C. McCoy re various assignments; Correspondence with P. Snyder and C. Johnson; Review Crown correspondence among multiple parties; Conference with C. Johnson re L. Broughton |
| 8/2/2010 | CAJ | 10.40 | Review Smith's and Dwyer's reports in preparation to assist with Dwyer's deposition; Draft correspondence to group re First American Title documents; E-correspondence with B. Mirakian re summary judgment strategy; Draft correspondence to J. Trojanowsky and P. Snyder re original HUD1s for Flessner's Oklahoma transactions; Telephone conference with ▮▮▮▮▮▮▮ |

CWOK000236

# CONNER & WINTERS, LLP
## LAWYERS

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/2/2010 | PMK | 0.10 | E-Correspondence exchange regarding Belanger deposition |
| 8/3/2010 | KAP | 2.30 | Correspondence with P. Snyder re various issues; Conference with C. Johnson re various issues; Correspondence with L. Lee; Telephone conference with P. Snyder and J. Trojanowsky re trial continuance; Telephone conference with C. Johnson re various T. Dwyer issues |
| 8/3/2010 | CAJ | 10.50 | Review the Smith Report and Dwyer report in preparation to assist with T. Dwyer's deposition; Draft outline for Oklahoma loan specific topics for Dwyer's deposition; Review and analyze Dwyer's empirical data and ▓▓▓▓▓▓ regarding the same |
| 8/3/2010 | PMK | 1.60 | Review emails regarding ▓▓▓▓ case; E-Correspondence exchanges regarding same; Perform research of case; Prepare documents for C. Johnson to review; Prepare summary of case |
| 8/4/2010 | KAP | 1.80 | Correspondence with P. Snyder re trial issues; Correspondence with T. Ramaekers; Review Defendant's motion to continue trial date; Review various correspondence with Defendant's counsel |
| 8/4/2010 | CAJ | 15.00 | Travel to Dallas, Texas, for Dwyer's deposition; Conference ▓▓▓▓▓▓▓▓ P. Snyder in preparation of T. Dwyer's deposition; Conference with P. Snyder re T. Dwyer's deposition; Draft Response to Motion to Continue Trial Date; Draft correspondence to group re the same; Create chart re experts opining as to ▓▓▓▓▓ |
| 8/4/2010 | PMK | 1.20 | Review emails from C. Johnson and P. Snyder regarding research; Additional review and research regarding case concerning ▓▓▓▓▓▓; E-Correspondence to C. Johnson regarding findings |
| 8/5/2010 | KAP | 1.50 | Review proposed response to LaSalle's motion to continue; Conference with C. Johnson re Dwyer deposition and other issues; Conference with C. McCoy re M. Craige issues |
| 8/5/2010 | CAJ | 11.30 | Attend deposition of T. Dwyer; Conference with P. Snyder re ▓▓▓▓▓▓ and strategy for T. Dwyer's deposition re the same; Telephone |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | conference with K. Phansalkar re Reply to Response to Motion to Continue Trial; Review the same |
| 8/6/2010 | KAP | 1.00 | Review B. Mirakian correspondence; Conference with C. Johnson; Review court order re trial date |
| 8/6/2010 | CAJ | 14.70 | Attend deposition of T. Dwyer; Conference with P. Snyder re various case issues, including Daubert issues; Travel back to Oklahoma City, Oklahoma |
| 8/7/2010 | KAP | 4.10 | Correspondence with P. Snyder re Trepp issues and other discovery issues; Preparation for M. Craige deposition |
| 8/7/2010 | CAJ | 0.60 | Review correspondence from P. Snyder re deposition notice of Trepp, dispositive motions and Daubert issues; Draft correspondence to the group re strategy for Daubert Motions and Summary Judgment; Draft correspondence to B. Mirakian re summary judgment outline |
| 8/8/2010 | KAP | 9.50 | Continue preparation for M. Craige deposition; Correspondence with T. Fini; Correspondence to ▓▓▓; Correspondence with ▓▓▓; Conference with C. Johnson re various issues; Review C. McCoy findings; Correspondence with S. Union; Correspondence with P. Snyder |
| 8/9/2010 | KAP | 6.30 | Complete witness outline for M. Craige and exhibits to be used; Correspondence with ▓▓▓ re Crider deposition; Conference with M. Blackburn re Crider deposition; Prepare for meeting with ▓▓▓; Conference with ▓▓▓ |
| 8/9/2010 | CAJ | 3.90 | Draft Trepp Subpoena for authentication deposition; Draft exhibit to Trepp subpoena; Telephone conference with L. Broughton re scheduling for her deposition; Draft summary of relevant Daubert analysis ▓▓▓; Review ▓▓▓ correspondence re Trepp document ▓▓▓; Draft email correspondence to the group re the same; Draft email to L. Lee re Trepp subpoena; Assist in preparation of exhibits for ▓▓▓; Telephone conference with ▓▓▓ |

CWOK000238

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|

| 8/9/2010 | PMK | 2.50 | Research regarding USPAP Rules; Review documents and prepare for deposition; Conference with C. Johnson regarding discovery deadlines |
| 8/10/2010 | KAP | 9.40 | Deposition of B. Belanger; Meeting with S. Union and M. Craige; Review J. Halper correspondence re Requests for Admission; Final preparation for M. Craige deposition |
| 8/10/2010 | CAJ | 6.90 | E-correspondence with B. Mirakian re motions for summary judgment; Draft correspondence to J. Trojanowsky re telephone conference with ▮ ▮▮▮▮▮; Review correspondence from P. Snyder re document stipulation issues; Draft correspondence to P. Snyder re self-authenticating documents; Draft correspondence to L. Lee re L. Broughton's deposition; Assist with ▮▮▮▮▮, specifically conference with K. Phansalkar and ▮▮▮▮ re ▮▮▮▮▮▮; Review letter from J. Halper re our requests for admissions; Draft correspondence to P. Snyder re the same; Draft correspondence to L. Broughton re deposition; Conference with M. Blackburn re deposition of Crider in preparation for the same |
| 8/10/2010 | PMK | 0.10 | Review email regarding documents |
| 8/11/2010 | KAP | 8.90 | Correspondence with P. Snyder re various discovery issues; Correspondence with J. Trojanowsky re discovery depositions and experts; Deposition of M. Craige; Review various correspondence re continued discovery |
| 8/11/2010 | MDB | 0.70 | Prepare for deposition of C. Rider |
| 8/11/2010 | CAJ | 5.80 | E-correspondence with P. Vogt at Trepp re telephone deposition; Review LaSalle's requests for admissions in preparation to respond to their letter objecting to the nature of our requests; Telephone conference with B. Mirakian and P. Snyder re Motion for Summary Judgment and Daubert Motions and other various case issues; Assist in the deposition preparation for Charles Crider's deposition, specifically preparing |

CWOK000239

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | necessary documents; Telephone conference with T. Watson re document authentication issues; Draft correspondence re the same; Conference with K. Phansalkar re deposition of Craige in preparation of Motion for Summary Judgment on Representation 10 and conference re summary judgment strategy; Draft correspondence to L. Broughton re accepting service of second subpoena |
| 8/11/2010 | PMK | 0.80 | E-Correspondence exchanges with C. Johnson regarding Broughton deposition; Prepare subpoena and notice; Prepare all for service; E-Correspondence exchanges with T. Ramaekers regarding deposition |
| 8/12/2010 | KAP | 1.00 | Correspondence with B. Mirakian re document authentication; Review proposal on Requests for Admission; Correspondence with P. Snyder re same |
| 8/12/2010 | MDB | 3.60 | Review Crider report |
| 8/12/2010 | CAJ | 5.60 | E-correspondence with P. Snyder re deposition of T. Watson relating to authentication of documents; Draft correspondence to T. Watson re the same; Telephone conference with T. Watson re the same; Review and revise Notice of Deposition and Subpoena relating to T. Watson; Draft correspondence to opposing counsel re the same; Review and revise amended notice of deposition and subpoena relating to L. Broughton; E-correspondence with L. Lee re the same; Finish deposition preparation assistance relating to Crider; E-correspondence with T. Raemakers re the same; E-correspondence with B. Mirakian re Request for Admissions issues |
| 8/12/2010 | PMK | 1.10 | Revise Notice and file; E-Correspondence exchanges with C. Johnson regarding Watson Depo; prepare subpoena; Revise Notice and file |
| 8/13/2010 | KAP | 1.20 | Correspondence with T. Fini re Crider deposition; Telephone conference with P. Snyder re discovery issues; Extended correspondence to P. Snyder and J. Trojanowsky re various issues |
| 8/13/2010 | MDB | 2.30 | Office conference with P. Isaacs and C. Crider depositions; Preparation for Crider deposition |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/13/2010 | MDB | 2.10 | Preparation of for deposition of C. Crider |
| 8/13/2010 | CAJ | 4.90 | Review proposed letter to J. Halper re Request for Admissions issues raised by J. Halper's earlier correspondence; Draft correspondence to B. Mirakian and P. Snyder re the same; Review correspondence from P. Snyder re Abshier's deposition in preparation of Daubert motions; E-correspondence with group re summary judgment strategy; Work on Daubert Motion relating to Dwyer, including research re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Telephone conference with G. Markel and J. Halper re document stipulation; Revise L. Broughton deposition outline |
| 8/15/2010 | KAP | 2.10 | Correspondence (extended) with client re results of B. Belanger and M. Craige depositions; Correspondence with T. Fini re C. Crider issues; Telephone conference with P. Snyder re bifurcation and other issues; Conference with C. Johnson re L. Broughton latest antics |
| 8/16/2010 | KAP | 3.10 | Conference with C. Johnson re L. Broughton debacle; Multiple correspondence with B. Mirakian and others re Trepp and Watson depositions; Telephone conferences with G. Markel re various issues, including document authentication depositions; Telephone conference with P. Snyder; B. Mirakian; Correspondence with L. Lee; Correspondence with P. Snyder and B. Mirakian re RFA disputes |
| 8/16/2010 | CAJ | 8.10 | Review correspondence from L. Broughton re her deposition; Conference with K. Phansalkar re the same; Draft correspondence to L. Lee re the same; Draft correspondence to L. Broughton; Telephone conference with B. Mirakian re authentication depositions; Conference with K. Phansalkar re the same; Draft correspondence re the same; Correspondence with T. Watson re document authentication deposition; Work on Daubert Motion re Dwyer's expert testimony, including research re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/16/2010 | PMK | 0.50 | Prepare subpoena and Amended Notice; E-Correspondence exchanges with L. Skinner and C. Johnson regarding depositions |
| 8/17/2010 | KAP | 2.30 | Correspondence with P. Snyder re RFA disputes; Correspondence with J. Halper and B. Mirakian; Telephone conference with J. Trojanowsky re L. Broughton deposition; Multiple correspondence with B. Mirakian and L. Lee re many issues; Office conference with ▮▮▮▮▮ |
| 8/17/2010 | CAJ | 6.80 | Review and draft correspondence re proposed email to J. Halper re request for admissions dispute; Telephone conference with P. Snyder re L. Broughton; Conference with K. Phansalkar re the same; E-correspondence with L. Lee re the same; Multiple communications with ▮▮▮▮▮ re the same; Work on Daubert Motion re Dwyer, including research re ▮▮▮▮▮ |
| 8/18/2010 | KAP | 2.30 | Conference with C. Johnson re various issues; Correspondence with B. Mirakian, P. Snyder, and J. Trojanowsky re discovery issues; Review proposed joint stipulation and order; Correspondence with ▮; Telephone conference with ▮; Correspondence with J. Trojanowsky re discovery issues |
| 8/18/2010 | MDB | 1.00 | Office conference regarding Daubert Motion on testimony of Dwyer |
| 8/18/2010 | CAJ | 8.70 | Work on Daubert Motion re Dwyer, including research re ▮▮▮▮▮; Correspondence with B. Mirakian re discovery responses; Review request for admissions and draft correspondence re the same; Telephone conference with J. Trojanowsky re L. Broughton and additional discovery; Review and revise Joint Stipulation requesting extension of witness and exhibit list deadline; E-correspondence with group re the same; Telephone conference with B. Mirakian re additional discovery and responses to outstanding discovery and requests for admissions; |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
|  |  |  | Research re admissibility of expert testimony on ▮▮▮▮▮▮▮▮▮▮; E-correspondence with group re the same |
| 8/19/2010 | KAP | 1.60 | Review C. Johnson comments re Daubert motions; Correspondence to L. Lee; Conference with C. Johnson and M. Blackburn re Daubert issues and Motions in Limine; Review LaSalle's amended disclosures |
| 8/19/2010 | MDB | 1.30 | Review issue of appropriate scope of expert opinion |
| 8/19/2010 | CAJ | 6.90 | Work on Daubert Motion re Dwyer including drafting argument section; Draft e-correspondence to L. Lee requesting extension to discovery cutoff for L. Broughton deposition |
| 8/19/2010 | PMK | 2.60 | E-Correspondence exchange and conference with C. Johnson regarding deposition preparation; E-Correspondence exchanges with T. Ramaekers regarding same; Review email from K. Phansalkar regarding ▮▮▮▮▮▮▮▮ of Defendant; Review of same |
| 8/20/2010 | KAP | 2.40 | Review subpoena notices; Correspondence with P. Snyder re discovery issues; Conference with C. Johnson re Daubert motions; Review B. Mirakian correspondence and draft provisions in summary judgment motion; Conference with C. Johnson re appraisal and USPAP issues |
| 8/20/2010 | MDB | 4.20 | Preparation for deposition of C. Crider; Review deposition of M. Dodds and P. Isaacs |
| 8/20/2010 | CAJ | 8.30 | Work on Daubert Motion re Dwyer; Draft e-correspondence to the group re the same; Research re Daubert standards and indicia of reliable▮▮▮▮▮▮▮; Email correspondence re information provided to ▮▮▮▮ |
| 8/20/2010 | PMK | 1.60 | Review Defendant's Initial Disclosures ▮▮▮▮▮▮▮▮▮▮▮▮; E-Correspondence to K. Phansalkar regarding same |
| 8/21/2010 | MDB | 3.00 | Review Crider report and prepare for deposition |
| 8/21/2010 | CAJ | 2.00 | Research re issue of ▮▮▮▮▮▮ in preparation of Motion for Summary Judgment; E- |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | correspondence with group re the same |
| 8/22/2010 | KAP | 2.40 | Review P. Snyder correspondence; Review documents re summary judgment motions; Correspondence with P. Snyder re LaSalle disclosures and document stipulation; Review L. Lee correspondence and status of discovery responses; Correspondence with J. Trojanowsky; Conference with C. Johnson re ▮▮▮▮; Review draft summary judgment motion |
| 8/22/2010 | MDB | 3.40 | Preparation of deposition of Crider |
| 8/22/2010 | CAJ | 6.60 | Work on drafting Daubert Motion re Dwyer |
| 8/23/2010 | KAP | 1.60 | Review Daubert draft motion; Conference with C. Johnson; Correspondence with P. Snyder and B. Mirakian; Correspondence with L. Lee; Correspondence with P. Snyder re various issues |
| 8/23/2010 | MDB | 3.30 | Review deposition of M. Dodds; Review USPAP; Review LaSalle appraisal guidelines |
| 8/23/2010 | CAJ | 6.80 | Work on drafting Daubert Motion re excluding the expert testimony of T. Dwyer |
| 8/23/2010 | PMK | 1.00 | E-Correspondence exchange and conference with M. Blackburn regarding document review; E-Correspondence exchanges with T. Ramaekers regarding same; Review and prepare document search for M. Blackburn review |
| 8/24/2010 | KAP | 2.50 | Correspondence with P. Snyder re summary judgment issues; Correspondence with T. Ramaekers re new witnesses listed by LaSalle; Review J. Trojanowsky responses re admissions; Correspondence with B. Mirakian re document deposition; Correspondence with ▮▮▮▮ |
| 8/24/2010 | CAJ | 1.00 | Work on drafting Daubert Motion re Dwyer |
| 8/24/2010 | PMK | 1.10 | Review docket, notices and deposition schedule; E-Correspondence exchanges with T. Ramaekers regarding same |
| 8/25/2010 | KAP | 2.90 | Correspondence with L. Lee re California depositions; Correspondence with P. Snyder re various issues; Correspondence with ▮▮▮▮; |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Telephone conference with B. Mirakian re summary judgment issues; Conference call with L. Fuhrer, G. Markel, and P. Snyder re document stipulation; Telephone conference with B. Mirakian and P. Snyder re summary judgment issues |
| 8/25/2010 | MDB | 4.30 | Review depositions and prepare for deposition of Crider |
| 8/25/2010 | CAJ | 8.50 | Work on Daubert Motion re Dwyer; E-correspondence with group re strategy for ▮▮▮▮▮ ▮▮▮▮▮ deadline; Work on Motion for Summary Judgment; Review and revise Deposition Notices for Trepp, LaSalle 30(b)(6) and Watson; E-correspondence with group re the same; Telephone conference with B. Mirakian, P. Snyder and K. Phansalkar re call relating to document stipulation issue and page limitations for Motion for Summary Judgment |
| 8/25/2010 | PMK | 1.50 | Prepare three notices and subpoena; file all; Conferences with C. Johnson regarding same; Conference call and email exchanges with B. Mirakian regarding same |
| 8/26/2010 | KAP | 3.30 | Review ▮▮▮▮ responses to RFA; Correspondence with P. Snyder; Review LaSalle responses to Requests for Admission; Correspondence to and from P. Snyder re J. Trojanowsky deposition; Correspondence with L. Fuhrer and P. Snyder re document issues; Correspondence to L. Lee; Correspondence with J. Arnold; Correspondence with P. Snyder re document stipulation; Conference with C. Johnson |
| 8/26/2010 | MDB | 9.60 | Prepare for deposition of Crider |
| 8/26/2010 | CAJ | 8.60 | Work on Daubert Motion re Dwyer; Work on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Telephone conference with B. Mirakian re dispositive and Daubert motions; Research re ▮▮▮▮▮ ▮▮▮▮ and its effect on the application of the federal rules of evidence to motions to exclude expert testimony; Conference with K. Phansalkar re the same and other Daubert issues |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 8/27/2010 | KAP | 3.40 | Conference with C. Johnson re Daubert issues and ▮▮▮▮; Correspondence with P. Snyder and G. Markel re various issues; Draft response to L. Fuhrer re page limitations; Correspondence with ▮▮▮▮ re L. Frederick documents; Correspondence with B. Mirakian re LaSalle's motion and issues on ▮▮▮▮; Review ▮▮▮▮ correspondence; Review LaSalle's motion |
| 8/27/2010 | MDB | 9.80 | Deposition of C. Crider |
| 8/27/2010 | CAJ | 10.80 | Work on Daubert Motion re Dwyer, including summarizing relevant portions of deposition testimony and drafting argument sections; Work on Motion for Summary Judgment relating to Rep 23 |
| 8/28/2010 | KAP | 3.50 | Review Dwyer and Abshier motions; Conference with C. Johnson re same; Review P. Snyder correspondence re various motions and other issues |
| 8/28/2010 | CAJ | 7.50 | Review and revise Daubert Motion re Dwyer; Review Abshier Daubert Motion; Work on Motion for Summary Judgment |
| 8/29/2010 | KAP | 2.50 | Multiple correspondence with C. Johnson, B. Mirakian, and P. Snyder re 09/01 motions and other discovery issues |
| 8/29/2010 | CAJ | 6.00 | Work on Motion for Summary Judgment; E-correspondence with group re Daubert Motions |
| 8/30/2010 | KAP | 3.90 | Correspondence with P. Snyder and B. Mirakian re document stipulation and other 09/01 motion issues; Consider Isaacs and Craige opinions re ▮▮▮▮; Conference with C. Johnson re summary judgment issues; Review court order; Review J. Trojanowsky correspondence re pending motions; Correspondence with P. Snyder re other Daubert motions; Review correspondence re ▮▮▮▮; Review revisions to Abshier motion |
| 8/30/2010 | MDB | 4.20 | Review and revise Motion for Summary Judgment; Review and revise Daubert Motion |
| 8/30/2010 | CAJ | 14.00 | Work on Motion for Summary Judgment; Draft motion requesting permission to file brief in excess of pages; Begin preparing exhibits to Motion for |

CWOK000246

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | Summary Judgment |
| 8/30/2010 | PMK | 0.60 | E-Correspondence with L. Skinner regarding exhibits to motions |
| 8/31/2010 | KAP | 2.70 | Correspondence with P. Snyder; Conference with C. Johnson re summary judgment issues; Review summary judgment motion draft; Review Daubert motion re Hekman; Review drafts of 09/01 motions; Correspondence with P. Snyder, C. Johnson, and B. Mirakian re same |
| 8/31/2010 | MDB | 3.40 | Review and revise Motion for Summary Judgment; Review and revise Daubert Motion |
| 8/31/2010 | CAJ | 17.00 | Review and revise Dwyer Daubert Motion; Review and revise Motion for Summary Judgment; Multiple discussions and correspondence with group re summary judgment and Daubert motions; Begin preparing exhibits to Dwyer motion; Prepare exhibits for Motion for Summary Judgment |
| 8/31/2010 | PMK | 2.60 | Download and organize all depositions and exhibits; Update index |

| | Total Hours | 395.00 | | Total Fees $ | 83,828.50 |

**Disbursements Advanced:**

| | |
|---|---|
| Federal Express | 59.88 |
| Telephone Charges | 20.94 |
| Meals | 161.08 |
| Mileage/Toll/Parking | 206.40 |
| Telephone Charges | 53.55 |
| Photocopies | 464.10 |
| Lodging Expenses | 508.63 |
| Research Fees | 805.50 |
| Color Printing | 33.00 |
| Service of Process | 60.00 |
| Total Disbursements | $ 2,373.08 |

## CONNER & WINTERS, LLP
### LAWYERS

September 10, 2010

                       Matter Total Fees and Disbursements    $     86,201.58

Balance Due.............................................................................................................$    86,201.58

CWOK000248

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

Crown Northcorp, Inc.
September 10, 2010
Page 14

Invoice No. 2105526A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 95.20 | $ | 28,560.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 56.20 | | 15,736.00 |
| Crystal A. Johnson | CAJ | 165.00 | 224.70 | | 37,075.50 |
| Paige Kraft | PMK | 130.00 | 18.9 | | 2,457.00 |
| TOTAL | | | 395.00 | $ | 83,828.50 |

CWOK000249

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

October 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2106531A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through September 30, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 62,042.78 |
| **Balance Due as of October 11, 2010** | $ 62,042.78 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

---

REMIT TO:     CONNER & WINTERS
             4000 One Williams Center
             Tulsa, Oklahoma 74172-0148

CWOK000250

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

October 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002                    Invoice No. 2106531A KAP

Re: LaSalle Bank, N.A.

---

## INVOICE SUMMARY

**For professional services rendered through September 30, 2010:**

| | |
|---|---|
| Total Current Fees and Disbursements | 62,042.78 |
| **Balance Due as of October 11, 2010** | $ 62,042.78 |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THE REMITTANCE COPY

Federal Tax I.D. No. 73-1388566

---

REMIT TO:            CONNER & WINTERS
                     4000 One Williams Center
                     Tulsa, Oklahoma 74172-0148

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711

October 11, 2010

Crown Northcorp, Inc.
Attn: Jackie Trojanowsky, Asset Manager
8716 N. Mopac, Suite 310
Austin, TX 78759

Client/Matter No. 12327-0002

Invoice No. 2106531A

Re: LaSalle Bank, N.A.

For Professional Services Rendered Through September 30, 2010

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/1/2010 | KAP | 8.70 | Overview of all pending 09/01 motions and drafts; Various correspondence with P. Snyder and B. Mirakian; Conference with C. Johnson re same; Review near final draft of Plaintiff's Motion for Summary Judgment; Review LaSalle's Motion to Transfer Venue to Illinois; Assist in completion of Motion for Summary Judgment and brief |
| 9/1/2010 | MDB | 3.30 | Review and revise Motion for Summary Judgment |
| 9/1/2010 | MDB | 2.40 | Review and revise Motion for Summary Judgment |
| 9/1/2010 | CAJ | 16.50 | Review and revise Dwyer Daubert Motion; Work on Summary Judgment Motion; Multiple discussions and correspondence with group re summary judgment and Daubert motions; Work on collecting and finding exhibits to Dwyer Motion and Summary Judgment Motion; File all Daubert motions; Assist with filing Summary Judgment Motion |
| 9/2/2010 | KAP | 3.20 | Correspondence with P. Snyder re document stipulation; Correspondence with P. Snyder re various document depositions; Conference call with P. Snyder and B. Mirakian re case issues and handling responses; Correspondence with L. Fuhrer |
| 9/2/2010 | CAJ | 1.50 | Review and analyze Motion to Transfer Venue in preparation to draft response; Assist with preparation |

CWOK000252

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|------|---------|-------|-------------|
| | | | of courtesy copy of summary judgment motion and motions to exclude LaSalle's experts; Telephone conference with P. Snyder, B. Mirakian and K. Phansalkar re motion to transfer |
| 9/3/2010 | KAP | 1.90 | Conference with C. McCoy re response to Motion to Transfer venue; Correspondence with B. Mirakian and L. Fuhrer re document stipulation; Correspondence with B. Mirakian re ▮▮▮ issues; Correspondence to L. Fuhrer |
| 9/3/2010 | MDB | 2.00 | Review Motion to transfer; Revise Motion |
| 9/3/2010 | CAJ | 4.20 | Research in support of opposition to motion to transfer |
| 9/3/2010 | PMK | 1.30 | Review emails; Update deposition file and index; Organize deposition documents |
| 9/6/2010 | KAP | 1.80 | Office conference with C. Johnson and C. McCoy re strategy in responding to Defendant's Motion to Transfer Venue |
| 9/6/2010 | CAJ | 5.20 | Review statistics for case load comparison of ND of Illinois versus WD of Oklahoma in preparation to draft response to Motion to Transfer; Review and analyze cases relied on by Defendant in Motion to Transfer in preparation to draft response; Conference with C. McCoy re research ▮▮▮ ▮▮▮ in preparation of response in opposition |
| 9/7/2010 | KAP | 1.50 | Review LaSalle's motion to exclude experts; Correspondence to ▮▮▮ re USPAP issues; Correspondence with P. Snyder and B. Mirakian re various issues |
| 9/7/2010 | CAJ | 5.60 | Research various issues relating to Plaintiff's Motion to transfer, including relevant considerations, timeliness as a factor, and center of gravity as a factor in preparation to draft response in opposition; E-correspondence with group re Dwyer's testimony ▮▮▮▮▮▮▮▮ |
| 9/7/2010 | PMK | 0.60 | Revise deposition files and index |
| 9/8/2010 | KAP | 1.60 | Correspondence with J. Trojanowsky re ▮▮▮ |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | issues; Review P. Snyder correspondence re Motion for Summary Judgment; Conference with C. Johnson re summary judgment issues |
| 9/8/2010 | CAJ | 2.80 | Brief research re LaSalle's failure to separately number and set forth all material facts; Conference with K. Phansalkar re the same; Telephone conference with B. Mirakian re the same; Draft correspondence to B. Mirakian re the same; Research re standard applied to Motions to Transfer and whether ███████████ is a factor in preparation to draft response to Motion to Transfer |
| 9/9/2010 | KAP | 1.60 | Conference with C. Johnson re transfer motion; Correspondence with C. McCoy re research performed; Conference with M. Blackburn re additional action |
| 9/9/2010 | CAJ | 5.90 | Research re parameters of factors considered and Tenth Circuit authority relating to 1404(a) and whether ███████████ is a factor in support of opposition to motion to transfer; Telephone conference with C. McCoy re the same; Conference with K. Phansalkar re the same; E-correspondence with group re document stipulation |
| 9/9/2010 | PMK | 1.60 | E-Correspondence exchanges with T. Ramaekers regarding deposition reviews; E-Correspondence with K. Phansalkar regarding same; Conference call with witnesses regarding deposition reviews; Review email from C. Johnson regarding document stipulation; Review documents |
| 9/10/2010 | KAP | 2.50 | Correspondence with P. Snyder re venue motions; Review correspondence with clients re bifurcation issues; Telephone conferences with ████ re ████ issues; Correspondence with J. Trojanowsky and S. Brown re various issues; Correspondence with L. Fuhrer and G. Markel; Correspondence with J. Trojanowsky re venue motion; Correspondence with P. Snyder re various matters |
| 9/10/2010 | CAJ | 4.60 | Research re center of gravity as an element of a motion to transfer, effect of ████████████ ███████████ on motion to transfer, and research re ███████████ |

CWOK000254

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | ▮▮▮ in preparation to draft opposition; Draft outline for Response in Opposition to Motion to Transfer |
| 9/11/2010 | CAJ | 5.40 | Work on Response in Opposition to Motion to Transfer, specifically following up on several research issues including, ▮▮▮, effect of ▮▮▮, and factors considered for ▮▮▮ in connection with a transfer motion |
| 9/12/2010 | KAP | 0.60 | Review J. Trojanowsky correspondence; Correspondence with P. Snyder re document stipulation and bifurcation issues; Correspondence to P. Snyder re bifurcation law |
| 9/12/2010 | CAJ | 6.40 | Work on Response and Opposition to Motion to Transfer, specifically drafting and following up on several research issues |
| 9/13/2010 | KAP | 3.10 | Correspondence with P. Snyder and J. Trojanowsky re ▮▮▮ issues; Correspondence with P. Snyder and L. Fuhrer; Revisions to motion and order; Final preparation of bifurcation motion and order; Conference with C. Johnson re ▮▮▮ responses |
| 9/13/2010 | CAJ | 3.00 | Work on Response in Opposition to Motion to Transfer |
| 9/13/2010 | PMK | 3.90 | Review documents for document stipulation; E-Correspondence exchanges with C. Johnson regarding Trepp deposition; Conference with C. Johnson regarding same; E-Correspondence to B. Mirakian regarding same; Prepare subpoena, exhibit and notice |
| 9/14/2010 | KAP | 2.70 | Telephone conference with ▮▮▮, J. Trojanowsky, and S. Brown re ▮▮▮; Correspondence with P. Snyder re witness lists and venue motions |
| 9/14/2010 | CAJ | 7.30 | Draft Opposition to Motion to Transfer |
| 9/14/2010 | PMK | 2.10 | File; Review emails from B. Mirakian and C. Johnson regarding service of subpoena; E-Correspondence exchanges and conferences with C. Johnson regarding same; E-Correspondence to Trepp |

| <u>Date</u> | <u>Initial</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | with subpoena; Meeting with K. Phansalkar regarding document management; Revise documents stipulation list and conference and emails to C. Johnson regarding same; E-Correspondence exchanges with T. Ramaekers regarding depositions |
| 9/15/2010 | KAP | 2.00 | Review BofA response to global breach letter; Correspondence with P. Snyder and B. Mirakian re various issues; Conference with C. Johnson re venue responses; Review LaSalle's efforts to change witness testimony; Correspondence with P. Snyder re witness deadlines |
| 9/15/2010 | CAJ | 8.90 | Draft Opposition to Motion to Transfer |
| 9/15/2010 | CAJ | 0.50 | E-correspondence with group re suggested revisions to Dwyer Daubert Motion; Assist with the preparation of exhibits to the Dwyer Daubert Motion |
| 9/15/2010 | PMK | 2.00 | Meeting with vendor regarding document production and review; Review documents for Motion; Conference call with T. Ramaekers regarding document management; E-Correspondence exchanges with T. Ramaekers regarding depositions; E-Correspondence exchanges with K. Phansalkar and C. Johnson regarding docketing deadlines |
| 9/16/2010 | KAP | 2.20 | Review Dwyer issues; Correspondence with P. Snyder re bifurcation; Review exhibit list stip; Review document stipulation issues; Review M. Craige errata; Conference with M. Blackburn re same |
| 9/16/2010 | CAJ | 11.90 | Draft Opposition to Motion to Transfer; Draft Joint Stipulation for Extension of Deadline to File Witness/Exhibit List; E-correspondence with group re document stipulation; Telephone conference with P. Snyder re requested extension and motion to bifurcate |
| 9/16/2010 | PMK | 2.10 | Review emails regarding depositions; E-Correspondence exchanges with T. Ramaekers regarding document stipulation; Review Craige deposition regarding revisions of testimony |
| 9/17/2010 | KAP | 2.10 | Correspondence with J. Trojanowsky and S. Brown re ▮▮▮▮▮▮▮▮▮▮▮▮▮; Review response to Motion to Transfer; Conference with C. Johnson re |

CWOK000256

| **Date** | **Initial** | **Hours** | **Description** |
|---|---|---|---|
| | | | transfer of venue; Telephone conferences with P. Snyder and G. Markel re extensions to file; Review venue responses |
| 9/17/2010 | MDB | 5.20 | Review and revise response to Motion to Transfer; Legal research for Motion to Strike Errata Sheet |
| 9/17/2010 | CAJ | 5.30 | Review and revise Opposition to Motion to Transfer |
| 9/18/2010 | KAP | 2.00 | Review and revise response to transfer motion; Correspondence with P. Snyder |
| 9/19/2010 | MDB | 3.40 | Review cases re errata sheets and motion to strike |
| 9/19/2010 | CAJ | 2.50 | Work on Response to Defendant's Motion to Exclude Plaintiff's purported experts, specifically research re cases relied on by Defendant |
| 9/20/2010 | KAP | 3.30 | Correspondence with P. Snyder re case strategy; Telephone conference with P. Snyder and B. Mirakian re various items; Conference with M. Blackburn re Dwyer issues; Review ███████; Telephone conferences with G. Markel re various matters; Conference call with P. Snyder, B. Mirakian, M. Blackburn and C. Johnson re various motions and other issues; Review multiple correspondence from P. Snyder, S. Brown, and others re various issues |
| 9/20/2010 | MDB | 2.20 | Legal research for Motion to Strike; Review cases; Review errata sheet and depositions |
| 9/20/2010 | CAJ | 6.90 | Review and revise Opposition and Response to Motion to Transfer; Draft Affidavits re the same; Work on Response to Motion to Exclude Plaintiff's Experts; Telephone conference with K. Phansalkar and G. Markel re extension of deadlines; Draft Joint Stipulation re extension of deadlines |
| 9/20/2010 | PMK | 1.00 | Review Craige and Dwyer depositions; E-Correspondence exchanges with M. Blackburn and C. Johnson regarding same; Conference call with court reporter regarding same; Review Local Court rules regarding same; Review case regarding ████; Conference calls with court clerk regarding same; E-Correspondence exchanges with C. Johnson regarding same |

CWOK000257

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/21/2010 | KAP | 2.30 | Review court orders; Correspondence with P. Snyder and others re venue issue, Dwyer issues and other matters; Conference with M. Blackburn re ▮▮▮▮▮ ▮▮▮▮▮▮ |
| 9/21/2010 | MDB | 3.80 | Review email from P. Snyder re errata issue; Office conference re response to motion to transfer and defendant's designation of witness testimony; Office conference re ▮▮▮▮▮ |
| 9/21/2010 | CAJ | 8.70 | File Joint Stipulation re Extension of Time to Respond re Summary Judgment and Daubert Motions; Draft Order re the same; Correspondence with P. Snyder re ▮▮▮▮ facts in preparation of Response to Motion to Transfer; Conference re ▮▮▮▮▮▮ in preparation of motion to strike Dwyer's errata sheet; Work on Response to Motion to Exclude Experts; Review and revise Response to Motion to Transfer; E-correspondence with group re the same; Draft affidavit of J. Trojanowsky re the same |
| 9/21/2010 | PMK | 0.70 | Review pleadings regarding Dwyer testimony; E-Correspondence exchange and conference with C. Johnson regarding same |
| 9/22/2010 | KAP | 3.10 | Conference with C. Johnson re various arguments as to venue responses; Correspondence with P. Snyder re same; Correspondence with J. Trojanowsky re affidavit and various issues; Correspondence with S. Brown and J. Trojanowsky; Final review of and revisions to venue transfer response |
| 9/22/2010 | MDB | 3.40 | Draft motion to strike; Review deposition of T. Dwyer; Review PSA and MLPA |
| 9/22/2010 | CAJ | 9.00 | Review and revise Response to Motion to Transfer; E-correspondence with group re the same; Draft affidavit of P. Snyder; Prepare exhibits to Response and file; Work on response to Defendant's Motion to Exclude Expert testimony of Watson, Hoyt and Smith, specifically review and analyze Watson's deposition testimony; File Response to Motion to Transfer |
| 9/23/2010 | KAP | 1.90 | Conference with C. Johnson re Daubert motion |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | responses; Review outline for responses; Review outline for Daubert responses; Telephone conference with C. Johnson re same; Review documents stipulations |
| 9/23/2010 | MDB | 1.20 | Legal research; Review agreements and deposition testimony of T. Dwyer |
| 9/23/2010 | MDB | 2.10 | Draft brief to strike errata sheet of T. Dwyer |
| 9/23/2010 | CAJ | 7.80 | Work on response to Defendant's Motion to Exclude Expert testimony of Watson, Hoyt and Smith, including research re cases cited by Defendant in support of exclusion |
| 9/23/2010 | PMK | 1.00 | Update deposition folder and index |
| 9/24/2010 | KAP | 1.90 | Correspondence with P. Snyder and J. Trojanowsky re documents for stipulation; Conference with P. Kraft re exhibit issues; Conference with C. Johnson re T. Watson issues; Correspondence with J. Trojanowsky and P. Snyder re Trepp issues and trial matters; Conference with M. Blackburn re Tenth Circuit law on depositions |
| 9/24/2010 | MDB | 3.40 | Draft motion to strike; Office conference with K. Phansalkar; Legal research re waiver or failure to submit certificate |
| 9/24/2010 | MDB | 2.20 | Draft motion to strike errata |
| 9/24/2010 | CAJ | 7.30 | Work on response to Defendant's Motion to Exclude Expert testimony of Watson, Hoyt and Smith, including research re ███████ ███████████ and USPAP's Standard 3 form |
| 9/25/2010 | CAJ | 3.00 | Work on response to Defendant's Motion to Exclude Expert testimony of Watson, Hoyt and Smith |
| 9/26/2010 | KAP | 3.20 | Review summary judgment response; Review Dwyer motion; Correspondence with P. Snyder and B. Mirakian re various issues; Review portions of Daubert expert response; Correspondence with P. Snyder |
| 9/26/2010 | MDB | 1.70 | Review and revise motion to strike |
| 9/26/2010 | CAJ | 8.70 | Work on response to Defendant's Motion to Exclude |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| | | | Expert testimony of Watson, Hoyt and Smith |
| 9/27/2010 | KAP | 4.70 | Review P. Snyder revisions to summary judgment response; Correspondence with J. Trojanowsky; Correspondence with P. Snyder re ▮▮▮▮ issues; Review J. Hoyt deposition testimony; Review and revise Daubert responses; Correspondence with B. Mirakian; Review Dwyer motion; Finalize Daubert responses and Dwyer motion to strike; Review summary judgment response |
| 9/27/2010 | MDB | 3.00 | Review comments and revise motion to strike |
| 9/27/2010 | CAJ | 15.80 | Review and revise response to Defendant's Motion to Exclude Expert testimony of Watson, Hoyt and Smith; Prepare exhibits to the same; E-correspondence with group re the same; Telephone conference with P. Snyder re the same; Review and revise Response to Defendant's Motion for Summary Judgment; E-correspondence with group re the same; Assist with preparing exhibits and filing |
| 9/28/2010 | KAP | 1.10 | Correspondence with J. Arnold re errata sheets; Correspondence with P. Snyder re deadlines in both cases; Review Isaacs deposition testimony; Correspondence with L. Lee; Correspondence with B. Mirakian re various issues; Review LaSalle motion for leave |
| 9/28/2010 | MDB | 0.60 | Exchange emails re motion to strike in 9th Circuit; Review 9th Circuit case |
| 9/28/2010 | CAJ | 1.10 | E-correspondence with group re Defendant's requested page extension to reply to response to motion to transfer; Draft notice to the Court substituting cover-page and exhibits to response to motion for summary judgment; File Notice re substitution |
| 9/29/2010 | KAP | 1.90 | Correspondence with P. Snyder re proposed extensions; Telephone conference with G. Markel re same; Conference call with P. Snyder and B. Mirakian re extensions of certain deadlines in both cases; Correspondence with K. Gallagher; Telephone conference with G. Markel |
| 9/29/2010 | MDB | 0.60 | Review errata and deposition of P. Isaacs |

| Date | Initial | Hours | Description |
|------|---------|-------|-------------|
| 9/29/2010 | CAJ | 2.30 | Telephone conference with group re strategy for responding to request to extension of deadlines and document stipulation issues; E-correspondence with group re reply strategy; Extended telephone conference with B. Mirakian re strategy for responding to various briefs; Review courtesy copy of Response to Summary Judgment and Response to Motion to Exclude; Draft correspondence to Judge Cauthron re the same |
| 9/30/2010 | KAP | 1.90 | Conference with C. Johnson re LaSalle's reply brief; Telephone conference with G. Markel; Correspondence to P. Snyder re case deadlines; Telephone conference with P. Snyder; Telephone conference with G. Markel |
| 9/30/2010 | MDB | 1.80 | Review deposition of P. Isaacs and errata; Review reply to motion to transfer |
| 9/30/2010 | MDB | 1.20 | Review reply to motion to transfer; Conference re surreply |
| 9/30/2010 | CAJ | 5.20 | Telephone conference with group re extension of deadlines and reply to response to motion to transfer; Review and analyze Response to Plaintiff's Motion to Exclude Dwyer and draft extended correspondence re strategy for reply re the same; Draft Joint Application for extension of witness/exhibit deadline and response to summary judgment and Daubert deadlines; Analyze Reply to Response to Motion to Transfer; Draft summary of Reply to Response to Motion to Transfer; E-correspondence with group re the same and whether ████████ |

| | Total Hours | 295.90 | | Total Fees $ | 61,733.50 |
|--|-------------|--------|--|-------------|-----------|

**Disbursements Advanced:**

| | |
|--|--|
| Telephone Charges | 24.16 |
| Meals | 215.45 |
| Mileage/Toll/Parking | 40.00 |
| Telephone Charges | 5.70 |
| Photocopies | 22.65 |

|                                        |     |           |
| -------------------------------------- | --- | --------- |
| Postage                                |     | 1.32      |
| Total Disbursements                    | $   | 309.28    |
|                                        |     |           |
| Matter Total Fees and Disbursements    | $   | 62,042.78 |

Balance Due...........................................................................................................$    62,042.78

CWOK000262

Dallas, TX
Houston, TX
Northwest Arkansas
Oklahoma City, OK
Santa Fe, NM
Tulsa, OK
Washington, DC

# CONNER & WINTERS
## ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-5711**

Crown Northcorp, Inc.
October 11, 2010
Page 12

Invoice No. 2106531A  KAP
Client No.  12327

| Name | Initials | Rate | Hours | | Fees |
|------|----------|------|-------|---|------|
| Kiran A. Phansalkar | KAP | 300.00 | 62.80 | $ | 18,840.00 |
| Mitchell D. Blackburn | MDB | 280.00 | 43.50 | | 12,180.00 |
| Crystal A. Johnson | CAJ | 165.00 | 173.30 | | 28,594.50 |
| Paige Kraft | PMK | 130.00 | 16.30 | | 2,119.00 |
| TOTAL | | | 295.90 | $ | 61,733.50 |

CWOK000263